UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-295 |
| | : | |
| | : | GRAND JURY ORIGINAL |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| EDWARD EVERETT BROWN, JR | : | |
| | : | |
| | : | 18 U.S.C. §1344 |
| | : | (Bank Fraud) (Count 1) |
| | : | 18 U.S.C. § 514 |
| | : | (Fictitious Instrument) (Counts 2-3) |
| | : | |
| Defendant. | : | |

COLLYER, J. RMC

**INDICTMENT**

OCT 04 2006

The GRAND JURY charges that:

**INTRODUCTORY ALLEGATIONS**

At all times relevant to the Indictment:

1. Defendant EDWARD EVERETT BROWN JR., was a resident of the State of Maryland.

2. Defendant EDWARD EVERETT BROWN JR. was the owner of Spiritual Oasis, a business formerly located at 808 Pershing Drive in Silver Spring, Maryland.

3. The Treasury Department Federal Credit Union (TDFCU) is a financial institution with branches located in Washington, D.C. and whose accounts are insured by the National

Credit Union Share Insurance Fund.

4. The United States Department of Treasury is an agency within the United States government. A function of the Department of Treasury is to manage federal finances and government accounts.

5. Suntrust Bank is a financial institution.

## COUNT I

### The Scheme to Defraud

6. From on and between the 18th day of July, 2005 and on or about the 23rd of February 2006, in the District of Columbia, EDWARD EVERETT BROWN JR. devised a scheme and artifice to defraud the Treasury Department Federal Credit Union and to obtain moneys and assets, owned by or under the custody or control of the Treasury Department Federal Credit Union, by means of false and fraudulent pretenses and representations.

### Purpose of the Scheme and Artifice

7. A purpose of the scheme and artifice was for EDWARD EVERETT BROWN JR. to enrich himself by fraudulently obtaining money and/or funds from the Treasury Department Federal Credit Union for his own personal use and benefit.

### Manner and Means

EDWARD EVERETT BROWN JR. used the following manners and means, among others, to knowingly carry out and execute or attempt to execute his scheme and artifice:

8. It was a part of the scheme and artifice for EDWARD EVERETT BROWN JR. to present fictitious financial instruments to the Treasury Department Federal Credit Union in an attempt to fraudulently obtain moneys and/or funds.

9. It was a part of the scheme and artifice that on or about July 18, 2005, EDWARD EVERETT BROWN JR. applied for membership and opened an account with the Treasury Department Federal Credit Union.

10. It was a part of the scheme and artifice that on or about July 20, 2005, EDWARD EVERETT BROWN JR., presented or caused to be presented for negotiation at a Treasury Department Federal Credit Union branch located in the District of Columbia, a fictitious financial instrument, labeled "Suntrust International Bill of Exchange" number 645, purportedly drawn on an account from Suntrust Bank and backed by the United States Treasury Department for $2.9 million dollars for deposit in EDWARD EVERETT BROWN JR.'s credit union account.

11. It was a part of the scheme and artifice that on or between July 20, 2005 and August 5, 2005, EDWARD EVERETT BROWN JR., sent or caused to be sent correspondence and telephone calls to the Treasury Department Federal Credit Union in order to have the Treasury Department Federal Credit Union negotiate the "Suntrust International Bill of Exchange" described in paragraph 10.

12. It was a part of the scheme and artifice that on or about August 5, 2005, EDWARD EVERETT BROWN JR., returned to the Treasury Department Federal Credit Union in order to insure the negotiation of the fictitious financial instrument labeled, "Suntrust International Bill of Exchange" described in paragraph 10, by the Treasury Department Federal Credit Union and provide a deposit slip for the fictitious financial instrument.

13. It was a part of the scheme and artifice that on or about February 17, 2006, EDWARD EVERETT BROWN JR., presented or caused to be presented for negotiation to a

Treasury Department Federal Credit Union branch located in the District of Columbia, a fictitious financial instrument, labeled "CERTIFIED US DEPARTMENT OF TREASURY" number 100004, which appeared or purported to be an actual security or other financial instrument issued under the authority of the United States with the intent to defraud and purportedly backed by the United States Treasury Department for $5.5 million dollars for deposit in EDWARD EVERETT BROWN JR.'s credit union account.

14. It was part of the scheme and artifice that on or about February 23, 2006, EDWARD EVERETT BROWN JR., returned to a Treasury Department Federal Credit Union branch in order to insure the negotiation of the fictitious financial instrument described in paragraph 13 by the Treasury Department Federal Credit Union and provide a deposit slip for the fictitious financial instrument and wiring instructions for a portion of the purported funds from the fictitious financial instrument to a title company in Maryland.

(Bank Fraud, in violation of Title 18 United States Code, Section 1344)

## COUNT TWO

15. Paragraphs 1-5 of this indictment are realleged and incorporated by reference as if set out in full.

16. That on or between the 20th day of July, 2005 and the 5th day of August, 2005, in the District of Columbia, EDWARD EVERETT BROWN JR., with the intent to defraud did pass, utter, present, offer or attempt to or cause the same, a false or fictitious financial instrument, document or other item, labeled, "Suntrust Bank International Bill of Exchange" number 645, in the amount of $2.9 million dollars, appearing, representing, purporting or contriving through scheme and artifice, to be an actual security or other financial instrument issued under the

authority of the United States, specifically the United States Department of Treasury.

(Fictitious Instrument, in violation of Title 18 United States Code, Section 514)

### COUNT THREE

17. Paragraphs 1-5 of this indictment are realleged and incorporated by reference as if set out in full.

18. That on or between the 17th day of February, 2006 and the 23rd day of February, 2006, in the District of Columbia, EDWARD EVERETT BROWN JR., with the intent to defraud did pass, utter, present, offer or attempt to or cause the same, a false or fictitious financial instrument, document or other item, labeled "CERTIFIED US DEPARTMENT OF TREASURY" number 100004, in the amount of $5.5 million dollars, appearing, representing, purporting or contriving through scheme and artifice, to be an actual security or other financial instrument issued under the authority of the United States, specifically, the United States Department of Treasury.

(Fictitious Instrument, in violation of Title 18, United States Code, Section 514)

A TRUE BILL

FOREPERSON

*Jeffrey A. Taylor/SJW*
ATTORNEY FOR THE UNITED STATES IN
AND FOR THE DISTRICT OF COLUMBIA