# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: None  06-295 | MAGIS. NO: None |
| V.<br>EDWARD EVERETT BROWN, JR. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | FILED<br>NOV 01 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB: _____  PDID: None | | |
| WARRANT ISSUED ON THE BASIS OF: Indictment Return | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Bank Fraud (Count 1) and Fictitious Instrument (Counts 2-3)

**IN VIOLATION OF:**  UNITED STATES CODE TITLE & SECTION: 18 U.S.C. § 1344 and 18 U.S.C. § 514

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | SIGNATURE: DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | DATE ISSUED: OCT 04 2006 |
| CLERK OF COURT: NANCY MAYER-WHITTINGTON | BY DEPUTY CLERK | DATE: OCT 04 2006 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 11/01/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 11/01/06 | D.L. BALDWIN | D. Baldwin |
| HIDTA CASE: Yes  No | SDUSM | OCDETF CASE: Yes  No |

1224666