*06-295 (RMC)*

# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Southern Division Address

Frances E. Kessler, Chief Deputy
Lisa Rosenthal, Chief Deputy

October 31, 2006

Nancy Mayer -Whittington, Clerk of Court
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: Our Case No. 06-4508 WC
    Your Case No. 06-295
    United States of America v Edward Everett Brown, Jr.

**FILED**

**NOV 0 1** 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk:

Enclosed please find the following documents:

1. Indictment
2. Warrant for Arrest
3. Criminal Memo - Initial Appearance (Rule 5)
4. CJA 23 Financial Affidavit
5. Order Appointing Federal Public Defender
6. Waiver of Rule 5(c)(3) Hearings
7. Order Setting Conditions of Release
8. Certified copy of docket sheet

Please acknowledge receipt anc return to the undersigned.

If you have any questions, please do no hesitate to contact the undersigned at (301) 344-3114.

Sincerely,

Zandra Frazier
Deputy Clerk

Enclosed Received on _____ by _____

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

# U.S. District Court
## District of Maryland (Greenbelt)
# CRIMINAL DOCKET FOR CASE #: 8:06-mj-04508-WGC All Defendants
## Internal Use Only

Case title: USA v. Brown

Date Filed: 10/30/2006

Assigned to: Magistrate Judge William Connelly

**Defendant**

**Edward Everett Brown, Jr. (1)**

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1344 Bank Fraud (1) | |
| 18:514 Fictitious Instrument (2-3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

I hereby attest and certify on
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.

OCT 31 2006

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

**Plaintiff**

USA

represented by **Chan Park**
United States Attorneys Office
6500 Cherrywood Lane Ste 400
Greenbelt, MD 20770
13013444124
Email: chan.park@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2006 | 1 | INDICTMENT as to Edward Everett Brown, Jr (1) count(s) 1, 2-3 (zf, Deputy Clerk) (Entered: 10/31/2006) |
| 10/30/2006 | 2 | Warrant for Arrest Issued by Judge Deborah A. Robinson, United States District Court for the District of Columbia in case as to Edward Everett Brown, Jr. (zf, Deputy Clerk) (Entered: 10/31/2006) |
| 10/30/2006 | | Initial Appearance in Rule 5(c)(3) Proceedings as to Edward Everett Brown, Jr. held on 10/30/2006 before Judge William Connelly (FTR: Frazier 3B) (zf, Deputy Clerk) (Entered: 10/31/2006) |
| 10/30/2006 | 3 | CJA 23 Financial Affidavit by Edward Everett Brown, Jr. (filed separately) (zf, Deputy Clerk) (Entered: 10/31/2006) |
| 10/30/2006 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Edward Everett Brown, Jr. Signed by Judge William Connelly on 10/30/06 (zf, Deputy Clerk) (Entered: 10/31/2006) |
| 10/30/2006 | 5 | WAIVER of Rule 5(c)(3) Hearing by Edward Everett Brown, Jr (zf, Deputy Clerk) (Entered: 10/31/2006) |
| 10/30/2006 | 6 | ORDER Setting Conditions of Release as to Edward Everett Brown, Jr. Signed by Judge William Connelly on 10/30/06 (chd 10/30/06 zf) (zf, Deputy Clerk) (Entered: 10/31/2006) |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**　　　　*

　　　　　　　**vs.**　　　　　　　*　　　**Case No. 06-4508 WC**

**Edward Everett Brown, Jr.**　　　*

　　　　　　　　　　　　　　\*\*\*\*\*\*

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

OCT 3 0 2006

## <u>ORDER SETTING CONDITIONS OF RELEASE</u>

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                                          DEPUTY

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case. The defendant shall notify the U.S. Pretrial Services Office for this District within 24 hours if he/she is arrested or questioned by a law enforcement officer or charged with an offense, including any traffic offense.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at  <u>U.S. District Court, DC Federal Courthouse, 333 Constitution Ave., NW, Washington, DC 20001 on Wednesday, November 1, 2006 at 1:30 p.m. in Courtroom 4  (defendant must report to pretrial services by 1:00 p.m. on the 2nd floor)</u>

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

☑ (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

❑ (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($_____) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

### Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant or will endanger the safety of any other person or the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

❑ (6) The defendant is placed in the custody of:
*(Name of Person/Organization)* _____
*(Address)* _____




(City/State/Zip) _____ (Phone No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and © to notify the court immediately in the event the defendant violates any conditions of release or disappears.

_____
Signature of Custodian or Proxy

❏ (7) The defendant shall:

❏ (a) maintain or actively seek employment.

❏ (b) maintain or commence an educational program.

☑ (c) abide by the following restrictions on his personal associations, place of abode, or travel: _____ __ _
Defendant shall not mave without prior authorization from Pretrial Services

❏ (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses:
_____

☑ (e) report on a regular basis to the supervising officer. The defendant shall promptly obey all reasonable directions and instructions of the supervising officer.

❏ (f) comply with the following curfew: _____

❏ (g) refrain from possessing a firearm, destructive device, or other dangerous weapon.

❏ (h) refrain from excessive use of alcohol.

❏ (i) refrain from any use of a narcotic drug or other controlled substance as defined in 21 U.S.C §802, unless prescribed by a licensed medical practitioner.

❏ (j) undergo medical, psychological, or psychiatric treatment, and/or remain in an institution as follows: _____

❏ (k) execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property: _____

❏ (l) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____

❏ (m) execute a bail bond with solvent sureties in the amount of $ _____.

❏ (n) return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____

☑ (o) surrender any passport to the Clerk of the Court.

☑ (p) obtain no passport.  Dob Tuesday October 31, 2006

❏ (q) Defendant shall undergo drug and/or alcohol testing and treatment as determined appropriate by the PreTrial Services agency.

❏ (r) submit to an electronic monitoring program as directed by the supervising officer; the defendant may be directed to pay all or part of the costs as directed by Pretrial Services.

❏ (s) The defendant is not to use computer systems, Internet-capable devices and/or similar electronic devices at any location (including employment or educational program) without the prior written approval of the U.S. Probation or Pretrial Services Officer. The defendant shall cooperate with the U.S. Probation and Pretrial Services Office monitoring of compliance with this condition. Cooperation shall include, but not be limited to, participating in a Computer & Internet Monitoring Program, identifying computer systems, Internet-capable devices and/or similar electronic devices the defendant has access to, allowing the installation of monitoring software/hardware at the defendant's expense, and permitting random, unannounced examinations of computer systems, Internet-capable devices and similar electronic devices under the defendant's control.

☑ (t) other: Travel restricted to the Washington, DC metropolitan area; update address with MNA within 30 days; defendant permitted to travel to Richmond, VA with prior approval from Pretrial services

## Advice of Penalties and Sanctions

**TO THE DEFENDANT: EDWARD EVERETT BROWN**
**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

Convictions for the commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release you knowingly fail to appear as required by the conditions of release, or to surrender for the service of any sentence imposed, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_without Recourse UCC1-308_

_____
Signature of Defendant

_____
Address

_____
City/State/Zip                    Telephone No.

## Directions to United States Marshal

☑ The defendant is ORDERED released after processing.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

_October 30, 2006_
Date

_____
WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

OCT 3 0 2006

UNITED STATES OF AMERICA          *

vs.                                        *

Edward Everett Brown, Jr.          *          Case No.   06-4508 WC

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

*******

## WAIVER OF RULE 5(c)(3) HEARINGS
## (Formerly Rule 40 Hearings)

I understand that in the ___United States District Court___ District of ___Columbia___,

charges are pending alleging violation of ___18 U.S.C. 1344 (Bank Fraud) and 18 U.S.C. 514___

___(Fictitious Instrument)___ and that I have been arrested in this District and taken before a United States

Magistrate Judge who informed me of the charge and of my right to:

1. retain counsel or request the appointment of counsel if I am unable to retain counsel;
2. an identity hearing to determine if I am the person named in the charge;

***check one only***

[X]    **ALL CASES EXCEPT PROBATION AND SUPERVISED RELEASE CASES**

3. a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution; and
4. request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty.

[  ]    **PROBATION OR SUPERVISED RELEASE CASES**

3. a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release; and
4. a hearing under Rule 46(d), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release.

I HEREBY WAIVE MY RIGHT TO:

❑ an identity hearing
❑ a preliminary hearing
[X] an identity hearing and have been informed I have no right to a preliminary hearing
❑ an identity hearing but request a preliminary hearing be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

___October 30, 2006___              _____
Date                                          Defense Counsel

(5)

# CRIMINAL MEMO

OCT 3 0 2006

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEP:

DATE: __October 30, 2006__    JUDGE: __William Connelly__

TIME: ___4:00 P.M.___    FTR: __Zandra Frazier  3B__

AUSA: __Chan Park__    DFDT ATTY: __Lesley Whitcomb__

UNITED STATES OF AMERICA v. __Edward Everett Brown, Jr.__

DFDT'S AGE: _____    DATE OF BIRTH: _____

CRIMINAL NO. __06-4508 WC__    NO. OF COUNTS: ___1___

| | | | |
|---|---|---|---|
| ☒ | Initial Appearance | ☐ | Guideline Sentencing |
| ☐ | Arraignment | ☐ | Non-guideline Sentencing |
| ☐ | Rearraignment | ☐ | Indictment |
| ☐ | Sentencing | ☐ | Superseding Indictment |
| ☐ | Sentencing Hearing | ☐ | Superseding Information |
| ☐ | Violation of Probation | ☒ | WAIVER  of Rule 5 executed_____ |
| ☐ | Violation of Supervised Release | ☐ | _____ |
| ☐ | Detention Hearing | | _____ |

Defendant Arraigned and plead "NOT GUILTY" as to Count___ of the Indictment;

Defendant arraigned and plead "NOT GUILTY" as to Count(s) _____

Defendant arraigned/rearraigned and plead GUILTY as to Count(s) _____,

NOT GUILTY as to Count(s) _____ which was/were accepted by the Court.

☐  Defendant found not to be in violation of probation/supervised release.

Sentencing/remarks: __Defendant advised of rights and charges; financial affidavit reviewd; AFPD appointed; Parties agreed to Conditions of Release; Order Setting Conditions of Release - signed; Defendant to report to charging District (USDC-District of Columbia) on  November 1, 2006 @ 1:30 p.m. in Courtroom 4 (defendant must report to pretrial services on 2nd floor by 1:00 p.m.)__

Oral Motion of AUSA in open court to DISMISS Count(s) ___which was accepted by the Court.

☐  Order signed setting Bail

☐  Defendant continued on Bond.

☐  Motion to be filed by _____

☐  Pretrial Conference & Motions Hearing Date _____

☐  Jury trial ____ days.  Trial week of _____

☒  Pretrial Services Officer __Tanyita Ruley__    Notice _____

☒  Minute entries docketed.    Deputy Clerk __Zandra Frazier__

## WARRANT FOR ARREST

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

CO-180 (Rev. 4/...)

UNITED STATES OF AMERICA

v.

EDWARD EVERETT BROWN, JR.

| DOCKET NO: | | MAGIS. NO: |
|---|---|---|
| None  06-295 | | None |

W-06-4508 (MD)

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

Edward Everett Brown, Jr.

DOB:          PDID:     None

FILED
LODGED
ENTERED
RECEIVED

OCT 30 2006

| WARRANT ISSUED ON THE BASIS OF: | Indictment Return |
|---|---|

| DISTRICT OF ARREST | AT GREENBELT |
|---|---|

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER |
|---|---|

CITY                                         BY                    DEPUTY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Bank Fraud (Count 1) and Fictitious Instrument (Counts 2-3)

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

By _____
Deputy Clerk

IN VIOLATION OF:

UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 1344 and 18 U.S.C. § 514

BAIL FIXED BY COURT:

OTHER CONDITIONS OF RELEASE:

ORDERED BY:
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

SIGNATURE OF JUDGE/MAGISTRATE JUDGE
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

DATE ISSUED:
OCT 04 2006

CLERK OF COURT:
NANCY MAYER-WHITTINGTON

BY DEPUTY CLERK:

DATE:
OCT 04 2006

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

OCDETF CASE:     Yes     No



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on April 29, 2005**  WC06-4508 (MD)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** 0 6 - 2 9 5 (DC) |
| | : | |
| | : | **GRAND JURY ORIGINAL** |
| **v.** | : | **VIOLATIONS:** |
| | : | |
| **EDWARD EVERETT BROWN, JR** | : | |
| | : | |
| | : | **18 U.S.C. §1344** |
| | : | **(Bank Fraud) (Count 1)** |
| | : | **18 U.S.C. § 514** |
| | : | **(Fictitious Instrument) (Counts 2-3)** |
| **Defendant.** | : | |

FILED — ENTERED
LODGED — RECEIVED
OCT 30 2006
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

COLLYER, J. RMC

OCT 04 2006

### INDICTMENT

The GRAND JURY charges that:

### INTRODUCTORY ALLEGATIONS

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____
Deputy Clerk

At all times relevant to the Indictment:

1. Defendant EDWARD EVERETT BROWN JR., was a resident of the State of Maryland.

2. Defendant EDWARD EVERETT BROWN JR. was the owner of Spiritual Oasis, a business formerly located at 808 Pershing Drive in Silver Spring, Maryland.

3. The Treasury Department Federal Credit Union (TDFCU) is a financial institution with branches located in Washington, D.C. and whose accounts are insured by the National

Credit Union Share Insurance Fund.

4. The United States Department of Treasury is an agency within the United States government. A function of the Department of Treasury is to manage federal finances and government accounts.

5. Suntrust Bank is a financial institution.

## COUNT I

### The Scheme to Defraud

6. From on and between the 18th day of July, 2005 and on or about the 23rd of February 2006, in the District of Columbia, EDWARD EVERETT BROWN JR. devised a scheme and artifice to defraud the Treasury Department Federal Credit Union and to obtain moneys and assets, owned by or under the custody or control of the Treasury Department Federal Credit Union, by means of false and fraudulent pretenses and representations.

### Purpose of the Scheme and Artifice

7. A purpose of the scheme and artifice was for EDWARD EVERETT BROWN JR. to enrich himself by fraudulently obtaining money and/or funds from the Treasury Department Federal Credit Union for his own personal use and benefit.

### Manner and Means

EDWARD EVERETT BROWN JR. used the following manners and means, among others, to knowingly carry out and execute or attempt to execute his scheme and artifice:

8. It was a part of the scheme and artifice for EDWARD EVERETT BROWN JR. to present fictitious financial instruments to the Treasury Department Federal Credit Union in an attempt to fraudulently obtain moneys and/or funds.

-2-

9. It was a part of the scheme and artifice that on or about July 18, 2005, EDWARD EVERETT BROWN JR. applied for membership and opened an account with the Treasury Department Federal Credit Union.

10. It was a part of the scheme and artifice that on or about July 20, 2005, EDWARD EVERETT BROWN JR., presented or caused to be presented for negotiation at a Treasury Department Federal Credit Union branch located in the District of Columbia, a fictitious financial instrument, labeled "Suntrust International Bill of Exchange" number 645, purportedly drawn on an account from Suntrust Bank and backed by the United States Treasury Department for $2.9 million dollars for deposit in EDWARD EVERETT BROWN JR.'s credit union account.

11. It was a part of the scheme and artifice that on or between July 20, 2005 and August 5, 2005, EDWARD EVERETT BROWN JR., sent or caused to be sent correspondence and telephone calls to the Treasury Department Federal Credit Union in order to have the Treasury Department Federal Credit Union negotiate the "Suntrust International Bill of Exchange" described in paragraph 10.

12. It was a part of the scheme and artifice that on or about August 5, 2005, EDWARD EVERETT BROWN JR., returned to the Treasury Department Federal Credit Union in order to insure the negotiation of the fictitious financial instrument labeled, "Suntrust International Bill of Exchange" described in paragraph 10, by the Treasury Department Federal Credit Union and provide a deposit slip for the fictitious financial instrument.

13. It was a part of the scheme and artifice that on or about February 17, 2006, EDWARD EVERETT BROWN JR., presented or caused to be presented for negotiation to a

Treasury Department Federal Credit Union branch located in the District of Columbia, a fictitious financial instrument, labeled "CERTIFIED US DEPARTMENT OF TREASURY" number 100004, which appeared or purported to be an actual security or other financial instrument issued under the authority of the United States with the intent to defraud and purportedly backed by the United States Treasury Department for $5.5 million dollars for deposit in EDWARD EVERETT BROWN JR.'s credit union account.

14. It was part of the scheme and artifice that on or about February 23, 2006, EDWARD EVERETT BROWN JR., returned to a Treasury Department Federal Credit Union branch in order to insure the negotiation of the fictitious financial instrument described in paragraph 13 by the Treasury Department Federal Credit Union and provide a deposit slip for the fictitious financial instrument and wiring instructions for a portion of the purported funds from the fictitious financial instrument to a title company in Maryland.

(Bank Fraud, in violation of Title 18 United States Code, Section 1344)

## COUNT TWO

15. Paragraphs 1-5 of this indictment are realleged and incorporated by reference as if set out in full.

16. That on or between the 20th day of July, 2005 and the 5th day of August, 2005, in the District of Columbia, EDWARD EVERETT BROWN JR., with the intent to defraud did pass, utter, present, offer or attempt to or cause the same, a false or fictitious financial instrument, document or other item, labeled, "Suntrust Bank International Bill of Exchange" number 645, in the amount of $2.9 million dollars, appearing, representing, purporting or contriving through scheme and artifice, to be an actual security or other financial instrument issued under the

-4-

authority of the United States, specifically the United States Department of Treasury.

(Fictitious Instrument, in violation of Title 18 United States Code, Section 514)

### COUNT THREE

17. Paragraphs 1-5 of this indictment are realleged and incorporated by reference as if set out in full.

18. That on or between the 17th day of February, 2006 and the 23rd day of February, 2006, in the District of Columbia, EDWARD EVERETT BROWN JR., with the intent to defraud did pass, utter, present, offer or attempt to or cause the same, a false or fictitious financial instrument, document or other item, labeled "CERTIFIED US DEPARTMENT OF TREASURY" number 100004, in the amount of $5.5 million dollars, appearing, representing, purporting or contriving through scheme and artifice, to be an actual security or other financial instrument issued under the authority of the United States, specifically, the United States Department of Treasury.

(Fictitious Instrument, in violation of Title 18, United States Code, Section 514)

A TRUE BILL

FOREPERSON

*Jeffrey A. Taylor/JTD*

ATTORNEY FOR THE UNITED STATES IN
AND FOR THE DISTRICT OF COLUMBIA

-5-