IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr. No. 06-295 (RMC) |
| | : | |
| EDWARD E. BROWN, JR., | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF CHANGE IN COUNSEL FROM THE OFFICE OF THE FEDERAL
PUBLIC DEFENDER FOR DEFENDANT EDWARD E. BROWN**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Jonathan S. Jeffress has assumed responsibility for the defense of Edward E. Brown, Jr., in the above-captioned case.

Mr. Brown's case had previously been assigned to Assistant Federal Public Defender Tony L. Axam.

Respectfully submitted,

A.J. Kramer
Federal Public Defender


"/s/"
Jonathan S. Jeffress
Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500