U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA  :

v.  :

EDWARD EVERETT BROWN, JR  :    Case No. 06-295

:

:

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __21st__ day of __November 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __12/8/06 at 11 a.m.__ by __SA Ryan Petrasek of USSS or SA Patrick Blake of OIG__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate)

**FILED**
NOV 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DOJ USA-16-1-80

COURT