RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 NOV -9 PM 12: 22

NANCY M.
MAYER-WHITTINGTON
CLERK




:Edward-Everett:Brown, Jr.
C/o Andrew I. Chance Notary Acceptor
6308 Willow Way
Clinton, Maryland 20735

**IN ADMIRALY**

**28 U.S.C. §1333 and §1337**

*Let this be
Filed. R.M. Colley*
*11/21/06*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

NOV 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff** | ) | |
| **vs.** | ) | **Sui Juris Litigant moves** |
| | ) | **Proof of Identity Sealed By** |
| | ) | **the Secretary Of State of Maryland** |
| **EDWARD EVERETT BROWN, JR.©®** | ) | **and West Virginia** |
| | ) | **Case No. 06-295** |
| **Defendant** | ) | *RMC* |

---

**ENTRY INTO EVIDENCE**

**PROOF OF IDENTITY AND SETTLEMENT AND CLOSURE**

I, Edward-Everett:Brown, Jr., hereforth known as Libellee serving notice to

this court and officers with the attached documentation serves to the Clerk

of The Court Nancy Mayer-Whittington d.b.a. NANCY MAYER-WHITTINGTON in the

PROOF OF IDENTITY FROM THE SECRETARY OF STATE OF MARYLAND

# RECEIVED

NOV - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT





:Edward-Everett:Brown, Jr.
C/o Andrew I. Chance Notary Acceptor
6308 Willow Way
Clinton, Maryland 20735

### IN ADMIRALY

### 28 U.S.C. §1333 and §1337

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff** | ) | |
| **vs.** | ) | **Sui Juris Litigant moves** |
| | ) | **Proof of Identity Sealed By** |
| | ) | **the Secretary Of State of Maryland** |
| **EDWARD EVERETT BROWN, JR.©®** | ) | **and West Virginia** |
| | ) | **Case No. 06-295** |
| **Defendant** | ) | RMC |

---

## ENTRY INTO EVIDENCE

## PROOF OF IDENTITY AND SETTLEMENT AND CLOSURE

I, Edward-Everett:Brown, Jr., herceforth known as Libellee serving notice to

this court and officers with the attached documentation serves to the Clerk

of The Court Nancy Mayer-Whittington d.b.a. NANCY MAYER-WHITTINGTON in the

PROOF OF IDENTITY FROM THE SECRETARY OF STATE OF MARYLAND

RE: EDWARD EVERETT BROWN, JR.
                                                          CASE NO. 06-295

1    Form of A UCC-1 Financing Statement, Limited Power of Attorney, Security

2   Agreement Certified, Copyright Documentation and Act of State Reaffirmation

3   of Character and Renunciation of Attempted Expatriations. Documents have

4   been Apostilled/Certified by the Secretary of State of Maryland to present

5   to this Court. This is Actual and Constructive Notice to this Court to

6   demonstrate a Secured Party Creditor can not be a Defendant unless in

7   capital murder. Who has been injured by EDWARD EVERETT BROWN, JR.©®? For the

8   record Release the ORDER OF THE COURT to EDWARD EVERETT BROWN, JR.©®, so

9   this Court HONOR'S Bond # EEBJ-000123 issued by Edward-Everett:Brown, Jr.,

    for Settlement and Closure in the above case.

10

11   _Edward Everett Brown jr._

12

13   :Edward-Everett:Brown, Jr., Secured Party Creditor, Without Recourse, UCC-1-

     308

14

15   **The attached documents is a true and correct document exhibiting true identity. Apostilled by the Secretary of State**

16   **of Maryland**

17

18

19   Washington _____)

20                                       )          **JURAT**

21   District of Columbia _____)

22

23

24

25

*On the 7th day of November, 2006 A.D., before me, the above Asseverant personally appeared before me and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he or she executed the same in his or her authorized capacity and that by his or her signature on the instrument, the person or the entity upon behalf of which the person acted, signed under oath or asseveration, and accepts the truth thereof.*

Sandra F. Hutton
_____
Notary name PRINTED

_____
Notary Signature

My Commission Expires 9/14/2010
_____

My commission expires



PROOF OF IDENTITY FROM THE SECRETARY OF STATE OF MARYLAND
                    3 of 3          RE: EDWARD EVERETT BROWN, JR.
                                         CASE NO. 06-295

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**
**Grand Jury Sworn in on April 29, 2005**

UNITED STATES OF AMERICA          :          CRIMINAL NO. **0 6 - 2 9 5**
                                                   :
                                                   :          **GRAND JURY ORIGINAL**
                                                   :
       v.                                   :          **VIOLATIONS:**
                                                   :
                                                   :
EDWARD EVERETT BROWN JR.    :          18 U.S.C. § 344
                                                   :          (Bank Fraud) (Count 1)
                                                   :          18 U.S.C. § 514
                                                   :          (Fictitious Instrument) (Counts 2-3)
    Defendant.                           :

**INDICTMENT**

The GRAND JURY charges that:

**INTRODUCTORY ALLEGATIONS**

At all times relevant to the Indictment:

1. Defendant EDWARD EVERETT BROWN JR., was a resident of the State of Maryland.

2. Defendant EDWARD EVERETT BROWN JR. was the owner of Spiritual Oasis, a business formerly located at 808 Pershing Drive in Silver Spring, Maryland.

3. The Treasury Department Federal Credit Union (TDFCU) is a financial institution with branches located in Washington, D.C. and whose accounts are insured by the National

-1-

Credit Union Share Insurance Fund.

4. The United States Department of Treasury is an agency within the United States government. A function of the Department of Treasury is to manage federal finances and government accounts.

5. Suntrust Bank is a financial institution.

## COUNT I

### The Scheme to Defraud

6. From on and between the 18th day of July, 2005 and on or about the 23rd of February 2006, in the District of Columbia, EDWARD EVERETT BROWN JR. devised a scheme and artifice to defraud the Treasury Department Federal Credit Union and to obtain moneys and assets, owned by or under the custody or control of the Treasury Department Federal Credit Union, by means of false and fraudulent pretenses and representations.

### Purpose of the Scheme and Artifice

7. A purpose of the scheme and artifice was for EDWARD EVERETT BROWN JR. to enrich himself by fraudulently obtaining money and/or funds from the Treasury Department Federal Credit Union for his own personal use and benefit.

### Manner and Means

EDWARD EVERETT BROWN JR. used the following manners and means, among others, to knowingly carry out and execute or attempt to execute his scheme and artifice:

8. It was a part of the scheme and artifice for EDWARD EVERETT BROWN JR. to present fictitious financial instruments to the Treasury Department Federal Credit Union in an attempt to fraudulently obtain moneys and/or funds.

-2-

9. It was a part of the scheme and artifice that on or about July 18, 2005, EDWARD EVERETT BROWN JR. applied for membership and opened an account with the Treasury Department Federal Credit Union.

10. It was a part of the scheme and artifice that on or about July 20, 2005, EDWARD EVERETT BROWN JR., presented or caused to be presented for negotiation at a Treasury Department Federal Credit Union branch located in the District of Columbia, a fictitious financial instrument, labeled "Suntrust International Bill of Exchange" number 645, purportedly drawn on an account from Suntrust Bank and backed by the United States Treasury Department for $2.9 million dollars for deposit in EDWARD EVERETT BROWN JR.'s credit union account.

11. It was a part of the scheme and artifice that on or between July 20, 2005 and August 5, 2005, EDWARD EVERETT BROWN JR., sent or caused to be sent correspondence and telephone calls to the Treasury Department Federal Credit Union in order to have the Treasury Department Federal Credit Union negotiate the "Suntrust International Bill of Exchange" described in paragraph 10.

12. It was a part of the scheme and artifice that on or about August 5, 2005, EDWARD EVERETT BROWN JR., returned to the Treasury Department Federal Credit Union in order to insure the negotiation of the fictitious financial instrument labeled, "Suntrust International Bill of Exchange" described in paragraph 10, by the Treasury Department Federal Credit Union and provide a deposit slip for the fictitious financial instrument.

13. It was a part of the scheme and artifice that on or about February 17, 2006, EDWARD EVERETT BROWN JR., presented or caused to be presented for negotiation to a

Treasury Department Federal Credit Union branch located in the District of Columbia, a

fictitious financial instrument, labeled "CERTIFIED US DEPARTMENT OF TREASURY"

number 100004, which appeared or purported to be an actual security or other financial

instrument issued under the authority of the United States with the intent to defraud and

purportedly backed by the United States Treasury Department for $5.5 million dollars for deposit

in EDWARD EVERETT BROWN JR.'s credit union account.

14. It was part of the scheme and artifice that on or about February 23, 2006, EDWARD

EVERETT BROWN JR., returned to a Treasury Department Federal Credit Union branch in

order to insure the negotiation of the fictitious financial instrument described in paragraph 13 by

the Treasury Department Federal Credit Union and provide a deposit slip for the fictitious

financial instrument and wiring instructions for a portion of the purported funds from the

fictitious financial instrument to a title company in Maryland.

(Bank Fraud, in violation of Title 18 United States Code, Section 1344)

## COUNT TWO

15. Paragraphs 1-5 of this indictment are realleged and incorporated by reference as if set

out in full.

16. That on or between the 20th day of July, 2005 and the 5th day of August, 2005, in the

District of Columbia, EDWARD EVERETT BROWN JR., with the intent to defraud did pass,

utter, present, offer or attempt to or cause the same, a false or fictitious financial instrument,

document or other item, labeled, "Suntrust Bank International Bill of Exchange" number 645, in

the amount of $2.9 million dollars, appearing, representing, purporting or contriving through

scheme and artifice, to be an actual security or other financial instrument issued under the

-4-

authority of the United States, specifically the United States Department of Treasury.

(Fictitious Instrument, in violation of Title 18 United States Code, Section 514)

## COUNT THREE

17. Paragraphs 1-5 of this indictment are realleged and incorporated by reference as if set out in full.

18. That on or between the 17th day of February, 2006 and the 23rd day of February, 2006, in the District of Columbia, EDWARD EVERETT BROWN JR., with the intent to defraud did pass, utter, present, offer or attempt to or cause the same, a false or fictitious financial instrument, document or other item, labeled "CERTIFIED US DEPARTMENT OF TREASURY" number 100004, in the amount of $5.5 million dollars, appearing, representing, purporting or contriving through scheme and artifice, to be an actual security or other financial instrument issued under the authority of the United States, specifically, the United States Department of Treasury.

(Fictitious Instrument, in violation of Title 18, United States Code, Section 514)

A TRUE BILL

FOREPERSON

*Jeffrey A. Taylor /STD*

ATTORNEY FOR THE UNITED STATES IN
AND FOR THE DISTRICT OF COLUMBIA

3062 Mozart Drive
Silver Spring, MD [20904]
Edward-Everett:Brown, Jr.

# (MONTGOMERY COUNTY
## (Asservation
(the land commonly referred to the
state of <u>Maryland</u>
(united states of America
L.S. Edward-Everett:Brown, Jr.
only in capacity as beneficiary to the Original Jurisdiction
## NOTICE OF SURETY ACT AND BOND
### ORIGINAL UCC-1 FILING NUMBERS # 200300351620-0000000181205671.
## Re: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
## COLUMBIA-CASE # 06-295
## ATTENTION: NANCY MAYER-WHITTINGTON (CLERK OF COURT)
## # EEBJ-11302051

**KNOW ALL MEN, BY THESE PRESENTS**, I, Edward-Everett:Brown, Jr., Principal, Titled Sovereign, living-soul, Stateless, Non-Patriot, Neutral, Non-combatant, surety, Guarantor, free Man upon the free Soil of the Land commonly known as the state of <u>Maryland</u>, both public and private, foreign and domestic, state that I am not a corporation, age of majority, competent to testify, have personal first hand knowledge of the truths and facts herein being true, correct, complete, certain, not misleading. I certify this under the penalties of perjury under the laws of the united states of America.

I, Edward-Everett:Brown, Jr., of my own free will and accord, in the presence of Almighty YHVH, in capacity as beneficiary to the Original Jurisdiction, in good conscience, do willingly undertake to act as surety, to pledge and provide private bond, in the amount of twenty one Dollars in silver Coin, minted by the American Treasury (at legal and lawful 24 to 1 ratio prescribed by law) united states of America, Lawful coin Dollars of the united states of America, personally held in My ownership and possession.

This bond is to the credit of the private party listed hereon, Edward-Everett:Brown, Jr., in capacity as beneficiary to the Original Jurisdiction, by his appellation, as full faith and credit guarantee to any Lawful Bill in Redemption, duly presented under Seal in Lawful specie money of account of the united states of America, Original Jurisdiction, to wit, and pursuant and in parity to the cost-expense ratio of Florida senate bill 70 on file with this state as international law.

The Bill of Redemption is a tender as a set-off for any alleged contract, agreement, consent, assent purportedly held, as an obligation or duty against Edward-Everett:Brown, Jr., so as to cause an imputed disability, or presumption against the capacity, Rights and powers of Edward-Everett:Brown, Jr., The

specific intent of the bond, under seal, is to establish, by My witness, the good credit in Lawful money

specie of Edward-Everett:Brown, Jr.

I, Edward-Everett:Brown, Jr., do make this surety, pledge, bond, under My seal, as full faith and credit guarantee, to any Lawful Bill, duly presented, to Me, under Seal, under penalties of perjury, in Lawful money of account of the united states of America, in matter of correct public judicial/corporate actions in the forum of Original Rules, Original Jurisdiction, for the benefit and credit of the peculiar private party listed above and their heirs and assigns. Principal further demands that the court take mandatory judicial notice under rule 201(d) of Texas Business and Commerce Code, Section 1.202 (stated as foreign law outside of the Republic of Texas) regarding admissibility of third-party documents, Section 1.203 & 2.103(a)(2) requiring "good faith" and "honesty in fact," Section 1.103 providing for the principles of law and equity, including the law merchant, of principal and agent, estoppel, fraud, misrepresentation, duress, coercion, mistake, bankruptcy, etc., and Section 2.302 providing equitable remedies for unconscionability.

Intent of the bond, under Seal, is to establish, by My witness, good credit, in the sum-certain amount of at least twenty-one Dollars in silver Coin, which carries no debt obligation worldwide, minted by the American Treasury, united states of America, Lawful specie Dollars of the united states of America, available to bond actions of the private party listed above, and further, in reservation of Rights under common law and customs of the united states of America, Original Jurisdiction, Original Rules, has, before this assembly of Men, bond in tender of twenty one Dollars Silver, Coinage Act of A.D. 1792, Bond of Identity and Character as proof positive, competent evidence, Edward-Everett:Brown, Jr., cannot be bankrupt, the *causa debendi*, not *cessio bonorum*, or a forma pauperis, *dolus* trust EDWARD EVERETT BROWN, JR.

Life of this bond covers a period of two (5) years from date entered below unless the plaintiff enters true bill of particulars and all related causes of action and your advice of counsel (who do you work for?) and information with testamentary documentation under penalties of perjury per 26 USC 6065 into evidence in case of peculiar private party listed above, in which case life of this bond will be extended for a period of two (2) years after such documentation is presented under penalties of perjury per 26 USC 6065 in case of peculiar private party listed above, whereby, by  signature Jurat and Seal of Edward-Everett:Brown, Jr., in capacity as beneficiary of Original Jurisdiction, surety, Guarantor, herein confirms, attests, and affirms this bond. All assumptions and presumptions have to be proven in writing, signed and sealed before three witnesses as a valid response, if any.

Upon your failure of response required under the three (3) day grace period under Truth In Lending, Regulation Z of response and rebuttal of this Notice of Surety Act and Bond, point for point, from receipt, UCC §1-204, you are in default/ are hereby collaterally estopped from any further adversarial actions against peculiar private party listed above, and for good cause not limited to laws of collateral estoppel, coercion, fraud and want of subject matter jurisdiction, peculiar private party listed above

demands that cause(s) be vacated, dismissed and accounts be immediately discharged with prejudice. Failure of response or rebuttal under penalties of perjury is your assent to this Notice of Surety Act and Bond without recourse and that fault exists, UCC §1-201(16), creating fraud through material misrepresentation that vitiates all forms, contracts, testimony, agreements, etc. expressed or implied, from the beginning, UCC §1-103 on which you rely, and there is no longer permission by consent or assent for any demand of payment being ordered or levied against peculiar private party listed above, and peculiar private party listed above further demands that record be expunged and records and facts of above attached captioned case be turned over to the FBI, Secret Service and any other interested federal agencies for their investigation of violations of federal law and any interlocking agencies thereto, et al. **Failure to comply pursuant to Truth in Lending Act will negate your remedies. No third party intervenors are allowed. NOTE: THIS DOCUMENT WILL BE MADE PART OF THE PUBLIC RECORD UNDER RULE 902 (4), (8) OF THE FEDERAL RULES OF EVIDENCE AND WILL BE USED TO ESTABLISH AN ADMINISTRATIVE RECORD WHICH WILL BE PROVIDED AS EVIDENCE IN ANY JUDICIAL PROCEEDINGS AT LAW OR EQUITY REGARDING THIS CASE.**

## NOTICE TO PRINCIPALS IS NOTICE TO AGENTS
## NOTICE TO AGENTS IS NOTICE TO PRINCIPALS

Teste Meipso

Done this the _7th_ day of the _November_ month, anno Domini, in the year of our Mighty One, YHVH, two thousand six.

X _Edward-Everett . Jr_ . No Dolus

{right thumbprint SEAL}

Certification Mark by: Edward-Everett:Brown, Jr., (signed in red above), only in capacity as beneficiary of the Original Jurisdiction, Pursuant to: at Lee County, Florida and "The Law of Land Warfare" file #549875, book 3681, pages 3945-3949 and book 3681, pages 3956-3958, 3963-3964 and 3969-3970. Also applicable rule #74, 75 and 79 to "knowingly communicate or correspond without proper authority. . .", ET AL.

## ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC1-207 and UCC1-308

**Washington**                    ]
                                  ]        **ss:**
**District of Columbia**          ]

_Edward-Everett:Brown, Jr.,_ known by Me or made known for Me by proper identification and duly sworn, Certified, Verified, and Exemplified, pursuant to 1 Stat 122, 2 Stat 298 this the _7th_ day _November 11th_ (month), anno Domini, in the year of our Mighty One, YHVH, two thousand six.

**Notice**

The use of a Notary Seal or any other Seal on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose of notary is for verification and identification only and not for entrance into any foreign jurisdiction, and for the benefit of those who are blinded to the Truth and in darkness so they, whom I pray, may become knowledgeable in and through the Holy Spirit of the Almighty, King and Judge of the Universe and the Law of our Creator, our Holy Father in Heaven and repent, HalleluYah, so they will no longer be alienated from their True Most High God (Yah/Yahushua/EmmanuEl-ohim).

x _Edward Everett. Jr._

**Notary** _Sandra F. Hutton_

Sandra F. Hutton

My Commission Expires 9/14/2010

**My Notary Expires**

Witness: _Kathleen A. Toler_
Print: _Kathleen A. Toler_
Witness _Chris Garland_
Print: _CHRIS GARLAND_

## ORIGINAL
## SILVER SURETY BOND
## EEBJ-000123

**Montgomery County**
**State of Maryland**

I, (:Edward-Everett:Brown, Jr.), do hereby enter myself security for costs in the cause, and acknowledge myself bound to pay or cause to be paid (Unlimited) all costs which may accrue in such actions upon proof of claim and proof of loss to any party injured by any UNBONDED claim presented against (EDWARD EVERETT BROWN, JR.©™). And, I, (:Edward-Everett:Brown, Jr.) underwrite with my private exemption, (EDWARD EVERETT BROWN, JR.©™) (CUSIP/AUTOTRIS # <u>228843399</u>, C 90945490 UCC EXEMPTION # 145-57-079384), all such costs that may be proven.

Dated this ___7th___ day of ___NOVEMBER___ .2006.

_Edward Everett Jr._

"As Good As Aval"

(:Edward-Everett:Brown, Jr.), agent, Ambassador, Apostille # <u>175034</u>, Creditor
*Acilo non datur non damnificato*

## JUSTIFICATION OF SURETY SUBROGATION

**Washington**              )
                            )
**District of Columbia**    )

Personally appeared this day before me (:Edward-Everett:Brown, Jr.) of the County of Montgomery and State of Maryland aforesaid, surety on the bond of (:Edward-Everett:Brown, Jr.), being duly sworn, deposes and says that he is seized of his right mind, and that over and above all of his just debts and liabilities, in property not exempt by law from levy and sale under execution, of a clear unencumbered estate of the value in excess of (<u>unlimited</u>) within the jurisdiction of this State and/or the District of Columbia.

Subscribed and sworn to before me _____Sandra F. Hutton_____

a Notary Public residing in the <u>District of Columbia</u>.

Notary _Sandra F. Hutton_                    Date: _Nov. 7 2006_

My Commission Expires 9/14/2010

Registered with US Department of the Treasury RB 715 569 217 US

Form **56**
(Rev. July 2004)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I    Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| Edward-Everett:Brown, Jr. | | |

Address of person for whom you are acting (number, street, and room or suite no.)

City or town, state, and ZIP code (If a foreign address, see instructions.)

Fiduciary's name
**Nancy Mayer-Whittington (Clerk of Court)**

Address of fiduciary (number, street, and room or suite no.)
**333 Constitution Ave. NW**

City or town, state, and ZIP code
**Washington, DC 20001**

Telephone number (optional)
(     )

**Part II    Authority**

1    Authority for fiduciary relationship. Check applicable box:
    **a(1)** ☐ Will and codicils or court order appointing fiduciary . . . . . . . .    **(2)** Date of death ............................
    **b(1)** ☐ Court order appointing fiduciary . . . . . . . . . .    **(2)** Date (see instructions) ..................
    **c** ☐ Valid trust instrument and amendments
    **d** ☑ Other. Describe ▶ **Settle/Discharge the accounting pursuant to Case # 06-295 with Accepted for Value,**
    **ASSERVATION Labeled #EEBJ-11302051 and BOND # EEBJ-000123 Valued (UNLIMITED).**

**Part III    Nature of Liability and Tax Notices**

2    Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ .........................................
3    Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ ...............................................................
4    Year(s) or period(s) (if estate tax, date of death) ▶ ...................................................................
5    If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items
     described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☑
6    If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all)
     of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable Federal tax form number and the year(s) or
     period(s) applicable
     .........................................................................................................................

**Part IV    Revocation or Termination of Notice**

### Section A—Total Revocation or Termination

7    Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
     Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
     Reason for termination of fiduciary relationship. Check applicable box:
    **a** ☐ Court order revoking fiduciary authority
    **b** ☐ Certificate of dissolution or termination of a business entity
    **c** ☐ Other. Describe ▶

### Section B—Partial Revocation

**8a**  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
     the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐
    **b** Specify to whom granted, date, and address, including ZIP code.
     ▶ ....................................................................................................................

### Section C—Substitute Fiduciary

9    Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
     specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . ▶ ☐
     ▶ ....................................................................................................................

**For Paperwork Reduction Act and Privacy Act Notice, see back page.**    Cat. No. 16375I    Form **56** (Rev. 7-2004)

Form 56 (Rev. 7-2004)                                                                Page **2**

**Part V      Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) <br> **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA** | | Date proceeding initiated | |
|---|---|---|---|
| Address of court <br> **333 CONSTITUTION AVE. NW** | | Docket number of proceeding <br> **06-295** | |
| City or town, state, and ZIP code <br> **Washington, DC 20001** | Date <br> **10-30-2006** | Time <br> **12:00**    a.m. <br> p.m. | Place of other proceedings |

**Part VI      Signature**

| | I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer. |
|---|---|
| **Please Sign Here** | ▶ _____     _____     _____ <br>      Fiduciary's signature                     Title, if applicable              Date |

Form **56** (Rev. 7-2004)

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Edward Everett Brown, Jr.
3062 Mozart Drive
Silver Spring, MD 20904

ASSE____ _____ON

2006 NOV -8 P 12: 06

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| **0000000181205671** | to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any  ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

This is ACTUAL and CONSTRUCTIVE NOTICE with FULL DISCLOSURE Secured Party is/has Discharged/Settled all accounting pursuant to Case # 06-295, in UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, Lodged against the Debtor EDWARD EVERETT BROWN, JR. The True Bill issued by the Court has been ACCEPTED FOR VALUE and RETURNED FOR CLOSURE of all Accounting. The Secured Party has ISSUED an ORIGINAL SILVER SURETY BOND complete with ASSERVATION Labeled #EEBJ-11302051 and BOND # EEBJ-000123 Valued (UNLIMITED). An OMB-1545-0013 Form 56 Department of the Treasury Internal Revenue Service form is issued to the Clerk of the Court Nancy Mayer-Whittington and to US Department of the Treasury c/o Henry M. Paulson, Jr. Pursuant to DISHONOR/ DEFAULT OMB# 1506-0001 SUSPICIOUS ACTIVITY REPORT will be forthcoming for investigation. This Financing Statement enclosed with the above documents are SERVED to the Clerk of Court via (Personal Entry) for Settlement and Closure in the above Case number. And served to US Department of the Treasury c/o Henry M. Paulson, Jr. (TRUSTEE) via U.S.P.S. # RB 715 569 217 US for all settlement and closure pursuant to above case. These proceedings are enforced via Restricted Special Appearance.

Adjustment of this filing is from House Joint Resolution 192 of June 5, 1933 and the Uniform Commercial Code Section 1-104 and 10-104

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Brown | Edward | Everett | Jr. |

10. OPTIONAL FILER REFERENCE DATA
Secured Party Creditor Without Recourse UCC 1-308: _Edward-Everett Brown_

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED



# The State of Maryland

## Office of the Secretary of State

## Apostille

*(Convention de La Haye du 5 Octobre 1961)*

1. Country: United States of America
   This public document

2. has been signed by **Robert P. Duckworth**

3. acting in the capacity of **Clerk of the Circuit Court for Anne Arundel County**

4. bears the seal/stamp of the **Circuit Court for Anne Arundel County**

**Certified**

5. at Annapolis, Maryland

6. the **25th day of April, 2006**

7. by The Secretary of State of Maryland

8. Seal



9. Signature

*Secretary of State*

No. 175034

## State of Maryland, Anne Arundel County, Sct.

**I, ROBERT P. DUCKWORTH**, Clerk of the Circuit Court for Anne Arundel County, Maryland, a court of record, do hereby certify that **Denise Lemke** was a commissioned/appointed and qualified Notary Public commencing on the 28th day of February, 2006.

**In Testimony Whereof,** I have hereunto set my hand and affixed the seal of the court this 25th day of April, 2006.



_Robert P. Duckworth_

Robert P. Duckworth, Clerk
Circuit Court for Anne Arundel County, Maryland

52933

Form: publici juris/Affidavit
Session: one supreme Court

**Archetype**

## Act of State
## Reaffirmation of Character
## And Renunciation of Attempted Expatriations

I, **Edward Everett Junior; Brown**, ™®© by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Sovereign within the constitutional Public survey boundaries within **Maryland**, a Republic, within a constitutional Township, within a constitutional County known as Montgomery. The proper jurisdictions of the Common Law thereto, do solemnly make this Reaffirmation, pursuant to my freedom of religion, of an Ambassador, and Citizen of the Kingdom of Heaven under its King, Jesus the Christ; and an American Sovereign, in good standing and behavior, Public Minister (Ambassador), and "*dominium*" (owner) inhabitant within North America within the Constitution for the United States of America (1791 to date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is at the same time that I renounce and declare void, *ab initio*, any and all attempts (DeFacto/ Renegade/Corporate), by means of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory/Military/Maritime/Admiralty/Fictious "U.S.; "person", "consumer", "individual", "citizen", "citizen-subject", plaintiff/defendant, "resident", "whoever", "taxpayer", "driver", "gun/firearm owner", "debtor", et al, subject to the seizure of Alien Properties by the hypothecated, Corporate/Legislative/Military/Maritime/Admiralty/Fictious Democracy UNITED STATES, et al. Such corporations, fraudulent and non-existent in the law, include, but are not limited to, the UNITED STATES, STATE OF MARYLAND, COUNTY OF MONTGOMERY, CITY OF SILVER SPRING, EDWARD EVERETT BROWN, JR, BROWN, JR EVERETT EDWARD, BROWN, EDWARD E., JR, REV. COCHISE BROWN, EDWARD E. BROWN, REV. EDWARD EVERETT BROWN, JR., BROWN, EDWARD EVERETT, E. E. BROWN, E. EVERETT BROWN, JR., E. EVERETT BROWN, E. EDWARD BROWN, E. EDWARD BROWN, JR., E. E. BROWN, JR., E. BROWN, E. BROWN, JR., BROWN, E. E. JR., REV. E. E. BROWN, REV. E. E. BROWN, JR., REV. E. E BROWN, BROWN, JR., E. E., or any variation thereof, **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**, etc. This doctrine of "Piercing the Corporate Veil" with its "Instrumentality Rule", will serve Notice, (judicial, presidential, or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace and safety of all Corporate officers, etc., as well as myself I have identified all my guaranteed, properties ("Life, Liberty, and Pursuit of Happiness"), until such time as the present DeFacto/Renegade/Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record (Serial) Number (Apostille No), as has been recognized, received, recorded, and issued by the DeFacto/Renegade/Corporate government. As this Number is the International registration National authentication, and State certification of a Public Document of the United States of America, my Nations, and of my Citizenships, as well as identification of all guaranteed, properties, whether Private or Public, are and have been in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, Private and Public properties by any of the DeFacto/Renegade/Corporate officers, etc. will result in damages of Ten Million Dollars of United States (Treaty States, nation-state) specie Money, (United States Dollars silver/ "Blocked"), that being enumerated in Article I, Section 10, Clause 1 as "gold and silver Coin" in the Constitution for the United States of America (1791 to date), to be multiplied by not only the damaging party, but all those in concert and cause of action.

This Declaration is affirmed by the enclosed Apostille, (The State of **Maryland**) copy, and, pursuant to 15 Stat. ch.249 pg.223 (1868), shall be made final, adopted, and accepted by the Doctrines of *Estoppel* (by acquiescence), *Law of the Record* (Apostille), *Moral Obligation* (peremptory mandamus), and the Divine Law (380 U.S.163; "The Bible is law to be applied nationally"); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U. S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at any time applied and/or attached to me, pursuant to Congressional demand within 15 Stat. ch. 249.

Dates: spiritual; "In the Beginning" plus Six Days: ___Announcement of Diplomatic Arrival; November 30, 1957___

*Edward Everett Brown Jr.*                    ™ ®© (Common Law);

Me; American; Christian; Private; Sentient;
Sovereign; Divine Inhabitant within North America; Within Maryland, a Republic;
"Within" a constitutional county and a constitutional township republics.

"...at the mouths of two, or at the mouths of three the matter is established."
Deuteronomy 19:15

*Andrew Isaac Adams*                                    *signature*
Divine, Sentient, and Common Law Witness          Divine, Sentient, and Common Law Witness

---

Form: publici juris/Affidavit
Session: one supreme Court

**Archetype**

## Act of State
## Primary Signature Certification
## Convention de la Haye du 5 octobre 1961
### TIAS 10072, 33 UST 883, 527 UNTS 189. (Convention #12)

I, __Denise Lemke__, a duly certified and qualified Notary, do hereby certify the document enclosed to be a true, correct, complete, and not misleading Original of the Archetype, containing the primary signature as sealed below. This notarization is for the purpose of signature certification only, for foreign use (i.e. United States of America) of the U.S. originating document. This is pursuant to the Hague Conference on Private International Law dated 5 October, 1961, at the Convention Abolishing the Requirement of Legislation for Foreign Public Documents. It was on 15 October 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legislation of administrative/judicial documents as herein enclosed.

The State of Maryland    )
County of Anne Arundel  )                 Acknowledged before me the 25th day of ___April___ 2006 A.D

*Edward Everett Brown Jr.*                              *Denise Lemke*
Autograph                                              Notary Signature
                                                       SEAL          DENISE LEMKE
                                                       NOTARY PUBLIC STATE OF MARYLAND
                                                       My Commission Expires 4/1/2010

Apostille Number: __175034__

**Reaffirmation of Character and Renunciation of Attempted Expatriation/Act of State**



# The State of Maryland

### Office of the Secretary of State

**I, Mary D. Kane, Secretary of State of the State of Maryland,** under and by virtue of the authority vested in me by Section 7-106 of the State Government Article of the Annotated Code of Maryland, Do Hereby Certify that

**Sherry L. Pinkard**

who has made and signed the attached certificate, was on the date thereof, the duly appointed and qualified Charter Divison Custodian whose official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.



**In Testimony Whereof** , I hereunto set my hand and have caused to be affixed the official seal of of the Secretary of State, at Annapolis, this 17th day 2006 of March, in the year of our Lord.

*Secretary of State*

No. 65514



# The State of Maryland

## Office of the Secretary of State

## **Apostille**

### *(Convention de La Haye du 5 Octobre 1961)*

1.  Country: United States of America
    This public document

2.  has been signed by **Sherry L. Pinkard**

3.  acting in the capacity of  **Charter Divison Custodian**

4.  bears the seal/stamp of the **Department of Assessments and Taxation**

### **Certified**

5.  at Annapolis, Maryland

6.  the **3rd day of April, 2006**

7.  by The Secretary of State of Maryland

8.  Seal



9.  Signature

*Secretary of State*

No. 173461

```
CUST ID:0001480483
WORK ORDER:0002950203
DATE:09-23-2004 02:38 PM
AMT. PAID:$168.00
```

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

    Edward E. Brown, Jr.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BROWN, EDWARD EVERETT, JR., ORGANIZATION/TRADE NAME/TRADE MARK - DEBTOR | | | |

OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION DBA | 1f. JURISDICTION OF ORGANIZATION USA | 1g. ORGANIZATIONAL ID #, if any | ☒ NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HENTLEY-BROWN, VIVIANA VIVEINE, ORGANIZATION/TRADE NAME/TRADEMARK - DEBTOR | | | |

OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 2c. MAILING ADDRESS | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | USA |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION DBA | 2f. JURISDICTION OF ORGANIZATION USA | 2g. ORGANIZATIONAL ID #, if any | ☒ NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
| Brown | Edward | Everett | Jr. |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | Maryland | | uSA |

4. This FINANCING STATEMENT covers the following collateral:

This is Actual and Constructive Notice that all of Debtor's interest now owned or hereafter acquired is hereby accepted as collateral for securing contractual obligation in favor of the Secured Party as detailed in a true, correct, complete, notarized Security Agreement in the possession of the Secured Party.
NOTICE: In accordance with USC - Property - This is the entry of the Debtor in the Commercial Registry as a transmitting utility and the following property is hereby registered in the same as public notice of a commercial transaction: Certificate of Birth documents #145-57-079384, #1989-140371; Certificate of Naturalization document #No-21570524, INS# A31 418 508; Employer Identification #228843399; UCC Contract Trust Account #(Pending); All property is accepted for value and is exempt from Levy. Adjustment of this filing is from Public Policy HJR-192, Public Law 73-10 and UCC 10-104. All proceeds, products, accounts, fixtures and the orders therefrom are released to the Debtor.
BROWN, EDWARD EVERETT, JR., ORGANIZATION/TRADE NAME/TRADE MARK - DEBTOR
HENTLEY-BROWN, VIVIANA VIVEINE, ORGANIZATION/TRADE NAME/TRADE MARK - DEBTOR
BROWN, SIMONE CHRISTINE ORGANIZATION/TRADE NAME/TRADE MARK-DEBTOR

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. THIS FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

Secured Party:

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

---

STATE OF MARYLAND

I hereby certify that this is a true and complete copy of the 2 page document on file in this office. DATED: 8/17/06
STATE DEPARTMENT OF ASSESSMENTS AND TAXATION
BY: _____, Custodian
This stamp replaces our previous certification system.  Effective: 6/95

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR **BROWN, EDWARD EVERETT, JR., ORGANIZATION/TRADE NAME/TRA** | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **BROWN, SIMONE CHRISTINE, ORGANIZATION/TRADE NAME/TRADE MARK - DEBTOR** | | | | |
| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY USA |
| 11d. | ADD'L INFO RE 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | |
| | ORGANIZATION DEBTOR    DBA | USA | | ☒ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S   NAME - Insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

| 1. Debtor(s) (Last Name First) and address(es) | For Filing Officer |
|---|---|
| **BROWN, JR, EDWARD EVERETT**, Legal Entity<br>**BROWN, SIMONE CHRISTINE**. Legal Entity | |

| 2. Secured Party(ies) and address(es) | 5. Assignee(s) Of Secured Party and Address(es) |
|---|---|
| Edward Everett Brown, Jr | 200300351620<br>Sep 08 2003 02:27PM<br>WV SECRETARY OF STATE |

### 4. This financing statement covers the following types (or items) of property:

The DEBTOR, a Transmitting Utility**, and the following property are accepted for value and hereby entered in the Commercial Registry:

** Transmitting Utility is defined as an agent solely utilized for the purpose of transmitting commercial activity for the benefit of the Secured Party. The DEBTOR is a Legal Entity according to the Uniform Commercial Code. Debtor is not claiming to be a public utility.

- Application for State of Virginia CERTIFICATE OF LIVE BIRTH # 145-57-079384, and all other Certificates of Birth, Certificates of Living Birth, Notifications of Registration of Birth, or Certificates of Registration of Birth, or otherwise entitled documents of birth — whether County, State, Federal, or other — either ascribed to or derived from the name of EDWARD EVERETT BROWN, JR, the DEBTOR identified above, or based upon the above described certificate of birth.
- Exemption Identification # 228843399 * Application for Social Security Number 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
- Treasury Posted Registered Account # RA 905 739 711 US * direct treasury account # RA 905 739 711 US - 228843399
- Application for Maryland Driver License # B650-189-238-913
- Application for reserved federal closed banking account #'s l: [ 055002707] l: 15195653" and money order #'s 990001 through 999999 for noncash pre-paid exchange items for discharge of public debts
- Application for voter registration status for EDWARD EVERETT BROWN, JR
- Acceptance of office of Authorized Representative of EDWARD EVERETT BROWN, JR, a trust/organization, corporation sole, which was created in the State of Virginia, from November 30 ,1957, until secured party resigns the office and is replaced, and receives all value due to him from the trust for services rendered, present value of claim is no less than $5000.00
- Application for State of Maryland CERTIFICATE OF LIVE BIRTH # 1989-14037, and all other Certificates of Birth, Certificates of Living Birth, Notifications of Registration of Birth, or Certificates of Registration of Birth, or otherwise entitled documents of birth — whether County, State, Federal, or other — either ascribed to or derived from the name of SIMONE CHRISTINE BROWN, the DEBTOR identified above, or based upon the above described certificate of birth.
- Exemption Identification # 219231772 * Application for Social Security Number 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
- Treasury Posted Registered Account # RA 905 739 708 US * direct treasury account # RA 905 739 708 US - 219231772
- See attached Schedule A as part of Security Agreement

This is actual and constructive notice that a true and complete Security Agreement is in the possession of the Secured Party. All property belonging to the DEBTOR is hereby accepted for value and is exempt from levy and is registered as collateral. Adjustment of this UCC filing is pursuant to House Joint Resolution 192 dated June 5, 1933, and according to Uniform Commercial Code § 1-104 and 10-104. Hereafter, designation of DEBTOR includes all its DBA's and AKA's. See attached pages for additional property belonging to the DEBTOR to be secured by the Secured Party.

| This Statement is filed without the debtor's signature to perfect interest in collateral. ( check X if so) | Filed with: |
|---|---|
| ☐ already subject to a security interest in another jurisdiction when it was brought into this state.<br>☐ which is proceeds of the original collateral described above in which security interest was perfected. | |

Check X if covered: **X** Proceeds of Collateral are also covered. **X** Products of Collateral also covered.   No. of Additional sheets presented:

EDWARD EVERETT BROWN, JR

*Edward Everett Brown, Jr.*

Edward Everett Brown, Jr

*Edward Everett Brown, Jr.*
Signature of Secured Party/a man

SIMONE CHRISTINE BROWN

*Simone Christine Brown*

**GEORGIA SUPERIOR COURT
CLERKS' COOPERATIVE AUTHORITY**

*Notary Division
1875 Century Boulevard, Suite 100
Atlanta, Georgia 30345*

## APOSTILLE
### (Convention de La Haye du 5 Octobre 1961)

1. Country:  **UNITED STATES OF AMERICA**

2. This public document
   has been signed by  **DAVID PAUL CRAWFORD**

3. acting in the capacity of  **NOTARY PUBLIC, STATE OF GEORGIA**

4. bears the seal/stamp of  **DAVID PAUL CRAWFORD
   NOTARY PUBLIC
   FULTON COUNTY, GEORGIA**

## CERTIFIED

5. at  **ATLANTA, GEORGIA**

6. the  **25TH DAY OF OCTOBER, 2002**

7. by  **GEORGIA SUPERIOR COURT CLERKS' COOPERATIVE AUTHORITY**

8. No.  **I-060558**

9. Seal/Stamp                    10.  Signature:



                                 *David R. Williams*
                                 DAVID R. WILLIAMS
                                 EXECUTIVE DIRECTOR

**"Copyright Notice"**

**Copyright Notice:** All rights reserved re common-law copyright of trade-name/trademark, EDWARD EVERETT BROWN JR©
as well as any and all derivatives and variations in the spelling of said trade-name/trademark-Copyright 1975 by Edward Everett
Brown Jr. Said trade-name/trademark, EDWARD EVERETT BROWN JR©, may neither be used, nor reproduced, neither in
whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of Edward
Everett Brown Jr as signified by the red-ink signature of Edward Everett Brown Jr, hereinafter 'Secured Party,' <u>With the intent
of being contractually bound,</u> any Juristic Person, as well as the agent of said Juristic Person, consents and agrees by this
Copyright Notice that neither said Juristic Person, nor the agent of said Juristic Person, shall display, nor otherwise use in any
manner, the trade-name/trademark, nor common-law copyright described herein, nor any derivative of, nor any variation in the
spelling of, said name without prior, express, written consent and acknowledgment of Secured Party, as signified by Secured
Party's signature in red ink.  Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of
EDWARD EVERETT BROWN JR©, and all such unauthorized use is strictly prohibited.  Secured Party is not now, nor has
Secured Party ever been, an accommodation party, nor a surety, for the purported debtor, i.e. EDWARD EVERETT BROWN
JR© nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-
indemnified and held harmless by Debtor, i.e. "EDWARD EVERETT BROWN JR", in Hold-harmless and Indemnity Agreement
<u>EEBJR-301175-SA</u> dated the Thirtieth day of the Eleventh Month in the Year of Our Lord One Thousand Nine Hundred
Seventy-Four against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions,
summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interest, and expenses whatsoever, both absolute and
contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed
on, and incurred by Debtor for any and every reason, purpose, and cause whatsoever.  <u>Self-executing Contract/Security
Agreement in Event of Unauthorized Use:</u> By this Copyright Notice, both the Juristic Person and the agent of said Juristic
Person, hereinafter jointly and severally "Use," consent and agree that any use of EDWARD EVERETT BROWN JR© other
than authorized use as set forth above constitutes unauthorized use of Secured Party's copyrighted property, contractually binds
User, this Notice by Declaration becomes a Security Agreement wherein User is debtor and Edward Everett Brown Jr is Secured
Party, and signifies that User: *(1)* grants Secured Party a security interest in all of User's property and interest in property in the
sum of $500,000.00 per each trade-name/trademark used, per each occurrence of use, plus triple damages, plus cost for each such
use, as well as for each and every use of any and all derivatives of, and variations in the spelling of; EDWARD EVERETT
BROWN JR©; *(2)* authenticates this Secured Agreement wherein User is debtor and Edward Everett Brown Jr is Secured party,
and wherein User's property, i.e. all consumer goods, farm products, inventory, equipment, money, investment property,
commercial tort claims, letters of credit, letter of-credit rights, chattel paper, instruments, deposit accounts, documents, and
general intangibles, and all User's interest in all such foregoing property, now owned and hereafter acquired, now existing and
hereafter arising, and wherever located, as collateral for securing Users contractual obligation in favor of Secured Party for
User's unauthorized use of Secured Party's copyrighted property; *(3)*"consents and agrees with secured party's filing of a UCC
Financing statement wherein User is debtor and Edward Everett Brown Jr is the secured party; (4) consents and agrees that said
UCC Financing Statements described above in paragraph "(3)" is a continuing financing statement, and further consents and
agrees with secured party's filing of any continuation statement necessary for maintaining Secured Party's perfected security
interest in all of User's property and interest in property pledged as collateral in security Agreement described above in paragraph
"(2)," until User's contractual obligation theretofore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any
UCC Financing Statement, as described above in paragraph "(3)," as well as in paragraph "(4)," and the filing of any Security
Agreement as described above in paragraph "(2)'" in the UCC filing office; (6) consents and agrees that any and all such filings
described in paragraph  "(4)," and "(5)," above are not, and may not be considered, bogus, and that User will not claim that any
such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative for User, effective
upon User's default re User's contractual obligations in favor of Secured Party as set forth below under"Payment Terms" and
"Default Terms" with full authorization and power granted Secured Party for engaging in any and all actions on behalf of User,
as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this
appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled
with a security interest. <u>User further consents and agrees with all of the following additional terms of Self-executing
Contract/Security Agreement in Event of Unauthorized Use: Payment Terms:</u> In accordance with fees for unauthorized use of
EDWARD EVERETT BROWN JR© as set forth above, User hereby consents and agrees that User shall pay Secured Party all
unauthorized-use fees in full within ten (10) days of the date Secured Party's invoice, hereinafter "Invoice," itemizing said fees,
is sent.  <u>Default Terms:</u>

> In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User
> shall be deemed in default and (a) all of User's property and interest in property pledged as collateral, by User, as set
> forth in above in paragraph "(2)," immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is
> appointed User's Authorized Representative as set forth above in paragraph "(8)"; and (c) User consents and agrees
> that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured
> Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's
> default, and without further notice, any and all of User's former property and interest in property formerly pledged as
> collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in

Event of Unauthorized Use," that Secured party, again in Secured Party's sole discretion, deems appropriate.

<u>Terms for Curing Default</u>: Upon event of default, as set forth above under "Default Terms," irrespective of any and all of User's former property and interest in property in the possession of, as well as disposed of by, Secured party, as authorized above under "Default Terms," User may cure User's default re only the remainder of User's former property and interest in property formerly pledged as collateral that in neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full, <u>Terms of Strict Foreclosure</u>: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty-(20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property formerly pledged as collateral by User, now property of Secured party, which is not in the possession of, nor otherwise disposed of by, Secured party upon expiration of said twenty-(20) day strict-foreclosure period. Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office, Record Owner, Edward Everett Brown Jr, Autograph Common Law Copyright's 1975.

<u>Unauthorized use; payment</u> *terms;* in accordance with fees for unauthorized use of EDWARD EVERETT BROWN JR© as set forth above the user hereby consent and agrees that users shall pay secured party all Un-authorized-use fees in full within 10 days of date of secured party's invoice, hereinafter 'invoice', itemizing said fees, is sent to. Default Terms: in event of non-payment in full of all unauthorized-use fees by user within 10 days of date invoice is sent, user shall be deemed in default and (a) all of users property and interest in property pledged as collateral by user as set forth in above in paragraph 2, immediately becomes i.e. is, property of secured party; (b) secured party is appointed users Authorized Representative. As set forth above in paragraph 8 and C user consents and agrees that secured party may take possession of as well as otherwise dispose of in any manner that secured party, in Secured party(s) sole discretion, deems appropriate, including but not limited by, sale at auction, at anytime following users default and without further notice, any and all of the user's former property and interest in property formerly pledged as collateral by user, now property of secured party, in respect of this self-executing contract/security agreement in event of unauthorized use, that secured party, again in secured party's sole discretion, deems appropriate and <u>terms for curing default</u> upon the event of default, as set forth above under default terms, user may cure users default re only the remainder of the users for our property and interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, secured party within twenty days at date of users default only by payment in full. <u>Terms of strict foreclosure</u>: users non payment in full of all unauthorized use fees, itemized in invoice Within said 20 day period For curing default as set forth above under terms for curing default limit authorizes secured party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property and interest in property formerly pledged as collateral by user, now property of secured party, which is not in the possession of nor otherwise disposed of by, secured party on expiration of said 20 day strict foreclosure period. Ownership subject to common-law copyright and UCC financing statement and security agreement filed with the UCC filing office.

Record owner: Secured Party/creditor name autographed common-law copyright 2002.

Without Prejudice

Copyrighted _OcTObER 10 th_ _____ Date, 2002

: _Edward-Everett : Brown h._
**Secured party/Creditor**

Subscribed and sworn to before me, in my presence,
this _10'_ day of _Oct_ 20 _02_ a Notary Public
in and for the _State_ of _Mary Land_
_Lucia Maria Gom_
Notary Public
My commission expires _Dec 18_ 20 _02_

LUCIA MARIA GOMES
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires December 18, 2002

## CERTIFICATION BY DOCUMENT CUSTODIAN

Georgia State

County of Fulton

I, _____ hereby attest that the attached Document listing:
COPY RIGHTS correct and complete Document in my possession have been filed into
and recorded into the record.

<u>Signature of Custodian of Original Document</u>

c/o 21034 North Decatur Road #161
Decatur Georgia [30033]

Subscribed and attest to (or affirmed)

Before me on this ____23____ day of

____October____, 2002
<sub>Month</sub>

<u>David Paul Crawford, U.C.C. 1-207</u>
Signature of Notary Public

Place Notary Seal Above

"Without Prejudice"
U.C.C. 1-207



DAVID PAUL CRAWFORD
NOTARY
—
PUBLIC
Exp. Dec. 10, 2006
FULTON COUNTY, GA



**Celebrating 151 years**

# The Enquirer

*Serving Prince George's County Since*

Vol. 120 No. 47    Upper Marlboro, Maryland • Thursday, November 21,

# Prince George's County Legal Notices

Copyright Notice. All rights reserved re common-law copyright of trade-name/trademark, Edward Everett Brown, Jr. as well as any and all derivatives and variations in the spelling of said trade name/trademark–Copyright 1974 by Edward Everett Brown, Jr. ©. Said trade-name/trademark Edward Everett Brown, Jr. © may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgement of Edward Everett Brown, Jr. © signified by red-ink signature of Edward Everett Brown, Jr. © UCC Financing Statement NO. 0000000181133201. CERTIFICATION BY DOCUMENT CUSTODIAN Davis Paul Crawford. No.1060558 on October 25, 2002 at 2103 North Decatur Atlanta, Georgia 30345

NOTICE

THE

## COMMERCIAL SECURITY AGREEMENT

### NON-NEGOTIABLE-NON-TRANSFERABLE
### FILED FOR RECORD

Parties

**DEBTOR**

**BROWN JR, EDWARD EVERETT ORGANIZATION, TRADE MARK, TRADE NAME, LLC**
(and all derivatives thereof)

**Social Security #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**

**Secured Party**
**Edward Everett Brown Jr.**
**(Without Prejudice)**

### AGREEMENT

This Security Agreement ("AGREEMENT") is made and entered into on **November 30,1975** between the "real man" **Edward Everett Brown Jr.** (hereinafter known as the Secured Party and the juristic Person/Strawman/Dummy Corporation, LLC, **EDWARD EVERETT BROWN JR, ORGANIZATION (hereinafter known as DEBTOR)** Social Security number #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

**NOW, THEREFORE,** it is hereby agreed as follows:  In consideration for the Secured Party agreeing to provide certain Collateral and goods, identified hereinbelow, and certain accommodations to the Debtor including, but not limited to, allowing the **DEBTOR** to act as an agent, utilized for the purpose of transmitting commercial activity for the benefit of the Secured Party to the extent that context OtherWise required, for the purpose of conducting traffic in commercial activity, as a pipeline for the transmission of goods and chattel property and paper, and as security for payment of all sums due, or to become due or owing by Debtor to Secured Party, Debtor hereby grants to Secure Party for valuable consideration a security interest in the Collateral described hereinbelow and agrees to provide to Secured Party indemnification Bond also contained hereinbelow.  Securing the indebtedness and agrees that the Secured Party shall have the rights stated in this Agreement with respect to the collateral in addition to all other rights which Secured Party may have by law.

The security interest granted herein secures any and all indebtedness and liabilities, whatsoever, owed by Debtor to Secured Party whether direct or indirect, absolute or contingent, due or become due, now existing or hereafter evidenced.  This security interest is also given to secure any other Debts which may be owed by Debtor to Secured party from time to time as stated herein below.

### COLLATERAL

ALL Accounts, Contract Rights Chattel Paper, General Intangibles, Inventory, Equipment and Fixtures, Whether owned or acquired later, all accessions, additions, replacements, and substitution; all records of any kind relating to any of the foregoing; all proceeds, (including insurance, bond, general Intangibles and account proceeds), together with all the other real and personal property with all and singular the improvements, ways, sweet, alleys driveways, passages, waters, watercourse, rights, liberties, privileges, hereditanments, and appurtenances, whatsoever thereunto belonging, or in any wise appertaining, and the reversions and remainders, rents issues and profits thereof, and all estate rights, title interest property, claim and demand whatsoever of the said Debtor, in law, equity, or otherwise however, of, in and to the same and every part thereof including but not limited to the following, Certificate of Birth documents, **COMMONWEALTH OF VIRGINIA VITAL RECORDS DEPARTMENT; CERTIFICATE NO:145-57-079384 .** Volume: N/A; Certificate of Naturalization No. 4 and all document and/or instruments created using said birth documents; Maryland Driver's License B-650-189-238-913;

EEBJR-301175-SA                               1

and all documents and/or instruments created using the license Number, Social Security #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; and all documents and/or instruments created using said Social Security Number and all proceeds thereof all DEBTOR'S UCC Contract Account's U. S. Treasury Accounts and all documents created using said Social Security Number, and all proceeds thereof used within said Treasury Accounts, of DEBTOR'S ORGANIZATION, corporation, business trust and trust, LLC, Voter's Registration: n/a, Name: Edward Everett Brown Jr.; Address; c/o 3062 Mozart Drive, Town or City: Silver Spring; Voter Registration N/A; (1ˢᵗ) Real Estate Location;; Passport: N/A; 1ˢᵗ Automobile Registration: Make: Vin ID. No. ; Place of Registration:; Registration No.,; Plate #; Personal Property (All); Banking & Savings;Trust and or Savings Bonds; (1ˢᵗ) Name on Trust/Bond: N/A; (2ⁿᵈ) Name of Trust/Bond: N/A. (1ˢᵗ) Trust/Bond Numbers N/A;  Postal Address: c/o 3062 Mozart Drive, Silver Spring, MD  Near (20904), Certificate of naturalization N/A.

## INDEMNITY CLAUSE

Know all men by these presents, that I, EDWARD EVERETT BROWN JR (DEBTOR) *am* held firmly bound into Edward Everett Brown Jr., (Secured Party) in the sum of present collateral Values and any debts or losses claimed by any and all persons against the Commercial transactions and Investments of aforesaid Collateral up to the penal sum of One Hundred Million Dollars **($100,000,000.00)** lawful money of the United States, for the payment of which; will and truly be made, I bind myself, my heirs, executors, administrators and third party assigns, jointly and severally and firmly by these presents.

The conditions of the above bond is, that whereas the Collateral described hereinabove and utilized for the purpose of transmitting goods in Commercial Activity by the Debtor are in Pursuance of the Statutes in such case made, provided and indentured to the Secured Party by which indenture the said Debtor covenanted to do certain things in this agreement.

Conditions of this obligation are such that if Secured Party suffers any loss of Vested Rights in the said Collateral Property or monetary Losses due in debts claimed against the aforesaid Collateral Property, or the Debtor, who binds himself by this obligation to make advance payments from Debtor's U. S. Treasury Accounts, established under **IMF, BMF, IRAF,EPMF** (temporary, Permanent and current) accounts to any and all who make debt claims against any of the Collateral or Vested Rights in said Collateral of Secured Party, this obligation shall bind the Debtor in fully and faithfully comply with all applicable provisions of law.

This bond shall effect as of the date hereon and shall remain in full force and effect until the surety (Secured Party) is released from liability by the written order of the UNITED STATES Government and provided that the Debtor may cancel this bond at any time and be relived of further liability hereunder by delivery within thirty (30) days written notice to the Secured Party.  Such cancellation shall not effect any bond before the end of thirty (30) day period for an amount equal to or greater that the value of this instrument unless the parties agree otherwise.

The Debtor (Indemnifying Party), without the benefit of discussion or division, does hereby agree, covenant and undertake to indemnify, defend and hold the Secured Party (Indemnified Party) harmless from and against any and all claims, losses, liabilities, costs, interests and expenses (hereinafter referred to as "claim") including, without restriction, all legal costs, interests, penalties ands fines suffered or incurred by the Secured Party arising as a result of the Secured Party having its personal guarantee with respect to any loan or general indebtedness of the Debtor including, without in any way restricting the generality of the foregoing amount owing by the Debtor to all creditors.

The Indemnified Party (Secured Party/Surety) shall promptly advise the Indemnifying Party (Debtor) of any claim and provide the same with full details thereof, including copies of any document, correspondence, suit or action received by or served upon the Indemnified Party (Secured Party).  The Indemnified Party (Secured Party) shall fully cooperate with the Indemnifying Party (debtor) in any discussion, negotiations or other proceedings relating to any claim.

## OBLIGATIONS OF THE DEBTOR

Debtor warrants and covenants to Secured Party as follows:

**ORGANIZATION.** Debtor is a corporation, business trust or trust which is duly organized, validly existing, and in good standing under the laws of the United States.

2

EEBJR-301175-SA

**AUTHORIZATION.** The execution, delivery, and performance of this Agreement by Debtors have been duly authorized by all necessary action by an organization, or bylaws, or (a) any agreement or other instrument biding upon Debtor or (b) any law, governmental regulation, court decree, or order applicable to Debtor.

**PERFECTION OF SECURITY INTEREST.** Debtor agrees to execute such statements and to take whatever other actions are requested by Secured Party to perfect and continue Secured Party's interest in the Collateral. Upon request of Secured Party, Debtor will deliver to Secured Party any and all of the documents evidencing or constituting the Collateral, and Debtor will note Secured Party's interest upon any and all chattel paper if not delivered to Secured Party for possession by Secured Party. Debtor promptly will notify Secured Party of any change in Debtor's name including any change to the assumed business names of Debtor. This is a continuing Security Agreement and will continue in effect even though all of any part if the Indebtedness is paid in full and even though for a period of time Debtor may not be Indebted to Secured Party.

**ENFORCEABILITY OF COLLATERAL.** To the extent the Collateral consists of accounts, contract rights, chattel paper, or general intangibles, the Collateral is enforceable in accordance with its terms, is genuine, and complies with applicable laws concerning form, content, and manner of preparation and execution, and all persons appearing to be obligated on the Collateral have authority and capacity to contract and are in fact obligated as they appear to be on the Collateral.

**REMOVAL OF COLLATERAL.** Debtor shall keep the Collateral (or to the extent the Collateral consists of intangible property such as accounts, the records concerning the Collateral) at Debtor's address shown above, or at such locations as are acceptable to Principals. Except in the ordinary course of its business, including sales of inventory, Debtor shall not remove the Collateral from its existing locations without the prior written consent of the Secured Party. To the extent that the Collateral consists of vehicles, or other titled property, Debtor shall not take or permit any action which would require registration or sale or disposal, without the prior written consent of Secured party.

**TRANSACTIONS INVOLVING COLLATERAL.** Except for inventory sold or accounts collected in the ordinary course of Debtor's business, Debtor shall not sell, offer to sell, or otherwise transfer or dispose of the Collateral. Debtor shall not pledge, mortgage, encumber or otherwise permit the Collateral to be subject to any lien, security interest, encumbrance, or charge, other than the security interest provided for in this Agreement, without the prior written consent of Secured Party. This includes security interests even if junior in right to the security interests granted under this Agreement. Unless waived by Secured Party, all proceeds from any disposition of the Collateral (for whatever reason) shall be held in trust for Secured Party and shall not be commingled with any other funds; provided however, this requirement shall not constitute consent by Secured Party to any sale or other disposition. Upon receipt, Debtor shall immediately deliver any such proceeds to Secured Party.

**TITLE.** Debtor represents and warrants to Secured Party that it holds good and marketable title to the Collateral, free and clear of all liens and encumbrances except for the lien of this Agreement. No financing statement covering any of the Collateral is on file in any public office other than those which reflect the security interest created by this Agreement or which Secured Party has specifically consented. Debtor shall defend Secured Party's right in the Collateral against the claims and demands of all other persons.

**MAINTENANCE AND INSPECTION OF COLLATERAL.** Debtor shall maintain all tangible Collateral in good condition and repair. Debtor will not commit or permit damage to or destruction of the Collateral or any part of the Collateral. Secured Party and its designated representatives and agents shall have the right at all reasonable times to examine, inspect, and audit the Collateral wherever located. Debtor shall immediately notify Secured Party of all cases involving the return, rejection, repossession, loss or damage of any Collateral, of any request for credit or adjustment or of any other dispute arising with respect to the Collateral; and generally of all happenings and events affecting the Collateral or the value or the amount of the Collateral.

**TAXES, ASSESSMENTS, AND LIENS.** Debtor will pay when due all taxes, assessments and liens upon the collateral, its use or operation, upon this Agreement, upon any promissory note or notes evidencing the Indebtedness, or upon any of the other Related Documents. Debtor may withhold any such payment or elect to contest any lien if Debtor is in good faith conducting an appropriate proceeding to contest the obligation to pay and so long as Secured Party"s interest in the Collateral is not jeopardized in Secured Party's sole opinion. If the collateral is subject to a lien which is not discharge within fifteen (15) days, Debtor shall deposit with Secured Party's cash, a sufficient corporate surety bond or other security satisfactory to Secured Party in an amount adequate to provide for the discharge of the lien plus any interest ,cost, reasonable attorney's fees or other charges that could accrue as a result of foreclosure or sale of the Collateral. In any contest Debtor shall define itself and Debtor shall satisfy any final adverse judgement before enforcement against the Collateral.

3

EEBJR-301175-SA

**COMPLIANCE WITH GOVERNMENTAL REQUIREMENTS.** Debtor should comply promptly with all laws, ordinances and regulations of all government authorities applicable to the production, disposition or use of the Collateral. Debtor may contest in good faith any such law, ordinance or regulation and withhold compliance during any proceeding , including appropriate appeals, so long as Secured Party's interest in the collateral, in Secured Party's opinion, is not jeopardized.

**DEBTOR'S RIGHT TO POSSESSION.** Until default, Debtor may have possession of the tangible personal property and beneficial use of all the Collateral and may use it in any lawful manner not inconsistent with this Agreement or Related Documents, provided that Debtor's right to possession and beneficial use shall not apply to any Collateral where possessions of the Collateral by Secured Party is required by law to perfect Secured Party's security interest in such Collateral. If secured Party at any time has possession of any Collateral, whether before or after an Event of Default, Secured Party shall be deemed to have exercise reasonable care in the custody and preservation of the Collateral, if Secured Party takes such action for that purpose as Debtor shall request or as Secured Party, in Secured Party's sole discretion, shall deem appropriate under the circumstances, but failure to honor any request by Debtor shall not of itself be deemed to be a failure to exercise reasonable care. Secured Party shall not be required to take any steps necessary to preserve any rights in the Collateral against prior parties, nor to protect, preserve or maintain any security interest given to secure the Collateral.

**EXPENDITURES BY SECURED PARTY.** If Secured Party must discharge or pay any amounts under this Agreement, including without limitation all taxes, liens, security interests, encumbrances, and other claims, at any time levied or placed on the Collateral, secured Party also may (but shall not be obligated to) pay all cost for insuring, maintaining and preserving the Collateral. All expenditures incurred or paid by Secured Party for any purposes will then bear interest at the rate charge under the law.

## SUBORDINATION OF DEBTOR'S DEBTS TO SECURED PARTY

Debtor agrees that the indebtedness of the Debtor to the Secured Party, whether now existing or hereinafter created, shall be prior to any such claim that Third Party may now have or hereafter acquire against Debtor whether or not Debtor becomes insolvent. Debtor hereby expressly subordinates any claim Debtor may have against Secured Party, upon any account whatsoever, to any claim that the Secured Party may now or hereafter have against Debtor. In the event of insolvency and consequent liquidation of the assets of Debtor, through bankruptcy, by an assignment for the benefit of creditors, by voluntary liquidation, or otherwise, the assets of the Debtor applicable to the payment of the claims of both Secured Party and Debtor shall be paid to Secured Party and shall be first applied by Secured Party to the indebtedness of Debtor to Secured Party. Debtor does hereby assign to Secured Party all claims which it may have or acquire against Debtor or against any assignee or trustee in the bankruptcy of Debtor, provided however, that such assignment shall be effective only for the purpose of assuring to Secured Party full payment in legal tender of the indebtedness. If the Secured Party so request, any notes or credit agreements now or hereafter evidencing any debts or obligations of Debtor to Third Party shall be marked with a legend that the same are subject to this Agreement and shall be delivered to Secured Party. Debtor agrees, and the Secured Party hereby is authorized, in the name of the Debtor, from the time to execute and file financing statements and continuation statements and to execute such other documents and to take such other actions as Secured Party deems necessary or appropriate to perfect, preserve and enforce the rights under this Agreement.

## MISCELLANEOUS PROVISIONS.

The following miscellaneous provisions are a part of this Agreement:

**AMENDMENTS.** This Agreement together with any Related Documents, constitutes the entire understanding and agreement of the parties as to the matters set forth in this Agreement. No alteration of or amendment to this Agreement expressly or orally shall be effective unless expressed in writing and signed by the party or parties sought to be charged or bound by the alteration or amendment.

**APPLICABLE LAW.** This Agreement has been delivered to Secured Party and accepted by Secured Party in the District of Columbia. If there is a lawsuit, Debtor agrees upon Secured Party's request to submit to the jurisdiction of the District of Columbia courts in the Judicial District at or nearest Secured Party's address shown above, or at Secured Party's option to the jurisdiction of the courts wherever any Property is located. This Agreement shall be governed by and construed in accordance with the laws of the District of Columbia.

**ATTORNEY'S FEES; EXPENSES.** Debtor agrees to pay upon demand all of Secured Party's cost and expenses, including reasonable attorney's fees and Secured Party's legal expenses, incurred in connection with the enforcement of this Agreement. Secured Party may pay someone else to help enforce this Agreement and Debtor shall pay the cost and expenses of such enforcement. Costs and expenses include Secured Party's reasonable attorney's fees and legal expenses whether or

EEBJR-301175-SA                                                              4

not there is a lawsuit, including reasonable attorney's fees and legal expenses for bankruptcy proceedings (and including efforts to modify or vacate any automatic stay or injunction), appeals, and any anticipated post-judgment collection services. Debtor also shall pay all court costs and such additional fees as may be directed by the court.

**NOTICES.** Except for revocation notices by Debtor, all notices required to be given by either party to the other under this Agreement shall be in writing and shall be effective when deposited with a nationally recognized overnight courier, or when deposited in the United States mail, first class postage prepaid, addressed to the party to whom the notice is to be given at the address shown above or to such other addresses as either party may designate to the other in writing.

**INTERPRETATION.** In all cases where there is more than one Debtor or the Debtor's principles, the United States Inc. or the District of Columbia is in any way involved, then all words used in this Agreement in the singular shall be deemed to have been used in the plural where the context and construction so require; and where there is more than one Debtor named in a Claim or when this Agreement is executed on more than one Debtor the words "Debtor" respectively shall mean all and any one or more of them. The words Debtor and Secured Party include the heirs, successors, assigns, and transferees of each of them. Caption headings in this Agreement are for convenience purposes only and are not to be used to interpret or define the provisions of this Agreement.

**Severability.** Should any portion of this Agreement be judicially determined to be invalid or unenforceable, the remainder of this Agreement shall not be affected by such determination and shall remain in full force and effect. If feasible, any such offending provision shall be deemed to be modified to be within the limits of enforceability, or validity; however, if the offending provision cannot be so modified, it shall be stricken and all other provisions of this Agreement in all other respects shall remain valid and enforceable.

**Waiver.** Secured Party shall not be deemed to have waived any rights under this Agreement unless such waiver is given in writing and signed by Secured Party. No delay or omission on the part of Secured Party in exercising any right shall operate as a waiver of such right or any other right. A waiver by Secured Party of a provision of this Agreement shall not prejudice or constitute a waiver of Secured Party's right otherwise to demand strict compliance with that provision or any other provision of this Agreement. No prior waiver by Secured Party, nor any course of dealing between Secured Party and Debtor shall constitute a waiver of any of Secured Party's right or any Debtor's obligations as to any future transactions. Whenever the consent of Secured Party is required under this Agreement, the granting of such consent by Secured Party in any instance shall not constitute continuing consent to subsequent instances where such consent is required and in all cases such consent may be granted or withheld in the sole discretion of Secured Party.

**DEFAULT**

The following shall be events of default hereunder; (a) failure by Debtor to pay any debt secured hereby when due; (b) failure by Debtor to perform any obligations secured hereby when the same should be performed.

**EVENT OF DEFAULT.** The words "Event of Default" mean and include any Events of Default set forth below in the section titled "Events of Default."

**DEBTOR.** The word Debtor means and includes without limitation, each and all of the Debtors and their Principals, sureties, and accommodation parties in connection with the indebtedness.

**INDEBTEDNESS.** The word "Indebtedness" means the indebtedness evidenced by this Agreement, including all principal and interest, together with all other indebtedness and costs and expenses for which Debtor is responsible under this Agreement or under any of the related documents. In addition, the word "Indebtedness" includes all other obligations, debts and liabilities, plus interest thereon, of DEBTOR'S ORGANIZATION, or any one or more of them, to Secured Party, as well as all claims by Secured Party against Debtor, or any one or more of them, whether existing now or later, whether they are voluntary or involuntary, due or not due, direct or indirect, absolute or contingent, liquidated or unliquidated, whether Debtor may be liable individually or jointly with others, whether Debtor may be obligated as Debtor, surety, accommodation party or otherwise; whether recovery upon such indebtedness may be or hereafter may become barred by statue of limitations; and whether such indebtedness may be or hereafter may become otherwise unenforceable.

**RELATED DOCUMENTS.** The words "Related Documents" mean and include without limitation all promissory notes, credit agreements, loan agreements, guaranties, security agreements, registrations, securities with or without a pledge, field warehousing documents and factor's liens, accounts, U.C.C. contract accounts, mortgages, deeds of trust, and all other instruments, agreements and documents, whether now or hereafter existing, executed in connection with the indebtedness.

## EVENTS OF DEFAULT

Each of the following shall constitute an Event of Default under this Agreement:

1.  **DEFAULT ON INDEBTEDNESS.** Failure of Debtor to make any payment when due on the Indebtedness.

2.  **OTHER DEFAULTS.** Failure of Debtor to comply with or to perform any other term, obligation, covenant or condition contained in this Agreement or in any of the Related Documents or in any other agreement between Secured Party and Debtor. If any failure, other than a failure to pay money, is curable and if Debtor has not been given prior notice of a breach of the same provision of this Agreement, it may be cured (and no Event of Default will have occurred) if Debtor, after Secured Party sends written notice demanding cure of such failure: (a) cures the failure within fifteen (15) days; or (b), if the cure requires more than fifteen (15) days, immediately initiate steps sufficient to cure the failure and thereafter continues and completes all reasonable and necessary steps sufficient to produce compliance as soon as reasonably practical.

3.  **FALSE STATEMENTS.** Any warranty, representation or statement made or furnished to Secured Party by or on behalf of Debtor under this Agreement is false or misleading in any material respect, either now or at the time made or furnished.

4.  **DEFECTIVE COLLATERALIZATION.** This Agreement or any of the Related Documents ceases to be in full force and effect (including failure of any collateral documents to create a valid and perfected security interest or lien) at any time and for any reason.

5.  **INSOLVENCY.** The dissolution or termination of Debtor's existence as a going business, the insolvency of Debtor, the appointment of a receiver for any part of Debtor's property, any assignment for the benefit of creditors, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Debtor.

6.  **CREDITOR PROCEEDINGS.** Commencement of foreclosure, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Debtor against the Collateral or any other collateral securing the Indebtedness. This includes a garnishment of any of Debtor's deposit account with Secured Party. However, this Event of Default shall not apply if there is a good faith dispute by Debtor as to the validity or reasonableness of the claim which is the basis of the creditor proceeding and if Debtor gives Secured Party written notice of the creditor proceeding and deposits with Secured Party monies or a surety bond for the creditor proceeding, in an amount determined by Secured Party, in its sole discretion, as being an adequate reserve or bond for the dispute.

7.  **EVENTS AFFECTING DEBTOR.** Any of the preceding events occurs with respect to any Debtor of any of the Indebtedness or such Debtor dies or becomes incompetent. Secured Party, at its option, may, but shall not be required to, permit the Debtor's estate to assume unconditionally the obligations arising under the Agreement in a manner satisfactory to Secured Party, and, in doing so, cure the Event of Default.

8.  **INSECURITY.** Secured Party, in good faith, deems itself insecure.

## RIGHTS AND REMEDIES ON DEFAULT

If an Event of Default occurs under this Agreement, at any time thereafter, Secured Party shall have all the rights of a Secured Party under the Uniform Commercial Code. In addition and without limitation, Secured Party may exercise any one or more of the following rights and remedies:

1.  **ACCELERATE INDEBTEDNESS.** Secured Party may declare the entire indebtedness, including any prepayment penalty which Debtor would be required to pay, immediately due and payable, without notice.

2.  **ASSEMBLE COLLATERAL.** Secured Party may require Debtor to deliver to Secured Party all or any portion of the Collateral and any and all certificates of title and other documents relating to the Collateral. Secured Party may require Debtor to assemble the Collateral and make it available to Secured Party at a place to be designated by Secured Party. Secured Party also shall have full power to enter upon the property of Debtor to take possession of and remove the Collateral. If the Collateral contains other goods not covered by this Agreement at the time of repossession, Debtor agrees Secured Party may take such other goods, provided that Secured Party makes reasonable efforts to return them to Debtor after repossession.

EEBJR-301175-SA

3.  **SELL THE COLLATERAL.** Secured Party shall have full power to sell, lease, transfer, or otherwise deal with the Collateral or proceeds thereof in its own name or that of Debtor. Secured Party may sell the Collateral at public auction or private sale. Unless the Collateral threatens to decline speedily in value or is of a type customarily sold on a recognized market, Secured Party will give Debtor reasonable notice of the time after which any private sale or any other intended disposition of the Collateral is to be made. The requirements of reasonable notice shall be met if such notice is given at least ten (10) days before the time of the sale or disposition. All expenses relating to the disposition of the Collateral, including without limitation the expenses of retaking, holding, insuring, preparing for sale and selling the Collateral, shall become a part of the Indebtedness secured by this Agreement and shall be payable on demand, with interest at the Note rate unless payment of interest at the rate would be contrary to applicable law, in which event such expenses shall bear interest at the highest rate permitted by applicable law from date of expenditure until repaid.

4.  **APPOINT RECEIVER.** To the extent permitted by applicable law, Secured Party shall have the following rights and remedies regarding the appointment of a receiver; (a) Secured Party may have a receiver appointed as a matter of right, (b) the receiver may be an employee of the Secured Party and may serve without bond, and (c) all fees of the receiver and his or her attorney shall become part of the Indebtedness secured by this Agreement and shall be payable on demand, with interest at the Note rate unless payment of interest at that rate would be contrary to applicable law, in which event such expenses shall not bear interest at the highest rate permitted by applicable law from date of expenditure until repaid.

5.  **COLLECT REVENUES, APPLY ACCOUNTS.** Secured Party, either itself or through a receiver, may collect the payments, rents, income, and revenues from the Collateral. Secured Party may at any time in its discretion transfer any Collateral into its own name or that of its nominee and receive the payments, rents, income, and revenue therefrom and hold the same as security for the Indebtedness or apply it to payment of the Indebtedness in such order of preference as Secured Party may determine. Insofar as the Collateral consist of accounts, general intangibles, insurance policies, instruments, chattel paper, choses in action, or similar property, Secured Party may demand, collect, receipt for, settle, compromise, adjust, sue for, foreclose, or realize on the Collateral as Secured Party may determine, whether or not Indebtedness or Collateral is then due. For these purposes, Secured Party may, on behalf of and in the name of Debtor, receive, open and dispose of mail addressed to Debtor; change any address to which mail and payments are to be sent; and endorse notes, checks, drafts, money orders, documents of title, instruments and items pertaining to payment, shipment, or storage of any Collateral. To facilitate collection, Secured Party may notify account debtors and obligors on any Collateral to make payments to Secured Party.

6.  **OBTAIN DEFICIENCY.** If Secured Party chooses to sell any of the Collateral, Secured Party may obtain a judgment against Debtor for any deficiency remaining on the Indebtedness due to Secured Party after application of all amounts received from the exercise of rights in this Agreement. Debtor shall be liable for a deficiency even if the transaction described in this subsection is a sale of accounts or chattel paper.

7.  **OTHER RIGHTS AND REMEDIES.** Secured party shall have all the rights and remedies of a secured creditor under the provisions of the Uniform Commercial Code, as may be amended from time to time. In addition, Secured Party shall have and may exercise any or all other rights and remedies it may have available at law, in equity, or otherwise.

8.  **CUMULATIVE REMEDIES.** All of Secured Party's rights and remedies, whether evidenced by this Agreement or the Related Documents or by any other writing, shall be cumulative and may be exercised singularly or concurrently. Election by Secured Party to pursue any remedy shall not exclude pursuit of any other remedy, and an election to make expenditures or to take action to perform an obligation of Debtor under this Agreement, after Debtor's failure to perform, shall not affect Secured Party's right to declare a default and to exercise its remedies.

7

This statement, upon presentation to the filing officer, is considered to be **FILED FOR RECORD** in accordance with the Uniform Commercial Code § 9-401 and § 9-403 (1).

Date _Oct. 10, 2002_

EDWARD EVERETT BROWN JR
DEBTOR Signature

Secured Party Signature

_____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_____
DEBTOR Social Security Number

The *Secured Party* accepts the DEBTOR'S and Principle's signature in accord with UCC §3-415 (5) and UCC § 3-419.

## SUBSCRIBED AND AFFIRMED:

On this __10th__ day of __Oct,__ _____, __2002__, personally appeared, personally known to me, OR proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to the within instrument.

Witness my hand and official seal.

Signature of Notary

My Commission Expires: 
LUCIA MARIA GOMES
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires December 18, 2002

8

EEBJR-301175-SA

## DEFINITIONS and GLOSSARY OF TERMS

As used in this Security Agreement, the following words and terms shall have meanings ascribed to them in this section, non obstinate. From Black's Law Dictionary and Uniform Commercial Code.

**"Accommodation Party"** *See* Black's Law Dictionary, 6th ed. *See also* UCC § 3-419

**"Account(s)"** *See* Black's Law Dictionary 6th ed., Account. *See also* UCC § 4-104, (1) (a) and UCC § 9-106.

**"Agent"** *See* Black's Law Dictionary, 6th ed.

**"Agreement"** *See* Black's Law Dictionary, 6th ed. *See also* UCC § 1-201 (3)

**"Artificial Person(s)"** *See* Black's Law Dictionary, 7th ed. *See also* Dummy Corporation and Strawman. UCC § 1-201 (28)

**"Bailee"** *See* Black's Law Dictionary, 6th ed. *See also* UCC § 7-102 (l) (a)

**"Beneficiary"** *See* Black's Law Dictionary, 6th ed. *See also* UCC § 5-103 (1) (d) , also see (Secured Party)

**"Buyer"** *See* Black's Law dictionary, 6th ed. *See also* UCC § 2-103 (1) (a)

**"Charge back"** *See* Black's Law Dictionary, 6th ed. *See also* Surely and UCC § 4-212

**"Chattel Paper"** *See* Black's Law Dictionary, 6th ed. UCC § 9-105 (b)

**"Claim(s) means: 1.** right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured. **2.** To demand as one's own, challenge of property or ownership of a thing which is wrongfully withheld. *See* Hill v. Henry, 66 N.J. Eq. 150, 57 Atl. 555. Also a claim is to state. *See* Douglas v. Beasely, 40 Ala. 147, Prigg v. Pennsylvania, 16 pct. 615, 101. Ed. 1060.

**"Collateral"** *See* Black's Law Dictionary, 6ht ed. *and* UCC § 9-105 (l) (c)

**"Contract"** *See* Black's Law Dictionary, 6th ed. *and* UCC § 1-201 (ll)

**"Contract Right"** *See* UCC § 9-106

**"Creditor"** means a person to whom a debt is owing by another person who is the "debtor." One who has a right to require the fulfillment of an obligation or contract. One to whom money is due, and, in ordinary acceptation, has reference to financial or business transactions. The antonym of "debtor." *See also* Black's Law Dictionary, 6th ed. *And* UCC § 1-201 (12) (Secured Party)

**"Currency"** *See* Black's Law Dictionary, 7th ed.

**"Derivatives"** means coming from another, taken from something preceding; secondary. That which has not its origin in itself, but owes its existence to something foregoing. Anything obtained or deduced from another. *See also* Black's Law Dictionary, 6th ed.

**"Debt"** *See* Black's Law Dictionary, 6th ed. See also Burke v. Boulder Milling & Elevator Co. 77 Colo. 230, 235 P. 574, 575, and U.S. Sugar Equalization Board v. P. De Ronde & Co. C.C.A Del, 7.2d 981, 984.

**"Debtor"** means THE ORGANIZATION named herein and all derivatives thereof, *See also* Black's Law Dictionary, 6th ed. and UCC § 9-105 (l) (d)

**"Delegation of Performance"** *See* UCC § 2-210

**"Delivery"** *See* Black's Law Dictionary, 6th ed. *and* UCC §1-201 (14)

**"Documents of Title"** *See* UCC Section 1-201 (15) and UCC Section 7-104, also § 9-105 (l). *See also* Black's Law Dictionary, 7th ed., Document of title.

**"Dummy Corporation"** means THE ORGANIZATION named herein and all derivatives thereof, an artificial person or legal entity created by or under the authority of the laws of a state or nation, composed, in some rare instances of a single person (such as the Debtor). "The corporation is distinct from the individual or individuals who comprise it." Such entity subsists as a body politic under a special denomination, which is regarded in law as having a personality and distinct from that of its several members, *See* Dartmouth College v. Woodward. (4 Wheat), 518 636, 657, 4 l Ed. 629; U.S. v. Trinidad Coal Co. 137 U.S. 160, ll S.CT. 57, 341, Ed. 640; Andrews Bros. Co. v. Youngstown Coke Co. 86 F.585, 30 C.C.A. 293, Porter v. Railroad Co., 76 Ill.573; Nebraska Wheat Grower's Ass'n v. Smith, 115 Neb. 177, 212 N.W. 39,44; State v. Thistle Down Jockey Club, 114 Ohio St. 582,151 N.E. 709, 711; Congdon v. Congdon, 160 Minn. 343, 200 N.W. 76, 87; Forest City Mfg. Co. v. International Ladies' Garment Workers' Union, Local No. 101, 233 Mo. App 935, 111 S.W. 2d. 934; in re Crown Heights Hospital, 183 Misc. 563, 49 N.Y.S. 2d 658, 660; Froclich and Kuttner of Manila, P.I., v. Sutherland, 57 App. D.C. 294, 22 l 2d 870, 872. And also "in rare instances where it lists a single person (such as the Debtor) this would be considered a corporation sole, which consists of only that one person only and his successors, in some particular station, who are incorporated by law in order to give them sone legal capacities and advantages, particularly that of perpetuity, which in their natural persons they could not have." (or in the present situation, to give them some legal capacity or advantage of dealings in the government commercial activities which in their natural persons they could have not have).

Page 1of 3

See Step.Comm. 168, 169; First Parish v. Dunning, 7 Mass. 447; Reid v. Barry, 93 Fla. 849, 112 So. 846, 859. The court cases also state that a corporation may exist as Domestic and or Foreign, with reference to the laws and the courts of any given state, a "domestic" corporation in one created by, or organized under the laws of that state; a "foreign" corporation is one created by or under the laws of another state, government, or country. (As in the present situation of a U.S. corporation in Puerto Rico, see (BMF) Business Master File). In re Grand Lodge, 110 Pa. 613, 1 A 582; Fowler v. Chilingworth, 94 Fla. 1 113 So. 667 669, in re Ewles' Estate, 105 Utah 507, 143 P.2d 903, 905. The also state that, "A Corporation de facto is one existing under the color of law and in pursuance of an effort made in 'good faith' to organize a corporation under the statue; an association of men claiming to be legally incorporated company, and exercising the powers and functions of a corporation, but without actual lawful authority to do so." See Foster v Hare 26 Tex. Civ. App 177, 62 S.W. 541; Cedar Rapids Water Co. v. Cedar Rapids, 118 Iowa, 234, 91 N.W. 1081; Tulare Irrig. Dist. V. Shepard, 185 U.S. 1, 22 S.Ct. 531, 46 L.Ed. 773; Evans v. Anderson, 132 Minn. 59 155 N.W. 1040, 1041. The fictitious named (Debtor), a straw man, or dummy corporation created by the government without knowledge or intent of the natural person (Secured Party), only exist under the color of law and claiming only to be legally incorporated for the purpose of commerce, and exercising the powers and functions of a corporation, without actual lawful authority to do so, but strictly for the benefit of the government and its commerce. The government shows the capital letter spelling of the Debtor name when they created the "fictitious named" corporation, due to the need of a specific name required for each separate legal entity's identification . Therefore, when a corporation is constructed, a name is always given to it, or supposing to be actually given, will attach to it be implication, and by that name alone it must sue and be sued, and do all legal acts. Though a very minute variation therein is not material, and the name is capable of being changed (by competent authority) without affecting the identity or capacity of the corporation. See Wharton on Corporations. See also Black's Law Dictionary. 6th ed, Dummy.

**"Duty of Care; Contractual Limitation"** See UCC § 7-204

**"General Intangibles"** See Black's Law Dictionary, 6th ed And UCC § 9-106

**"Goods"** See Black's Law Dictionary, 6th ed. And UCC §§ 2-105, 9-105 (h), 9-109

**"Entrusting"** See UCC § 2-403 (2), (3), and (4)

**"Incapacity"** See Black's Law Dictionary, 6th and 7th ed. See also UCC § 3-305 (2) (b)

**"Indemnities"** See UCC § 5-113

**"Indemnity"** means a collateral contract or assurance by which one person engages to secure another against an anticipated loss or to prevent him from being damnified by the legal consequences of an act or forbearance on the part of one of the parties or of some third person. See Nat'l Bank of Tifton v. Smith, 142 Ga 663, 83 S.E. 526, 528, I.R.A. 1915B, 116. See also Black's Law Dictionary, 7th ed., Indemnity.

**"Instrument(s)"** See 'Instrument,' Black's Law Dictionary, 6th ed. See also UCC § 3-102 (e) and 9-105 (l)

**"Item(s)"** mean(s) part of a whole. See also UCC Section 4-104 (g)

**"Juristic Person"** Site UNITED STATES V. SCOPHONY CORP. 69 E.SUPP.666, "From earliest times the law has enforced rights and exacted liabilities by utilizing a corporate concept-by recognizing, that is, **Juristic Persons** other than Human Beings. The theories by which this mode of legal operation has developed, has been justified, qualified, and defined are the subject-matter of a very sizable library. The historic roots of a particular society, economic pressures, philosophic notions, all have had their share in the law's response to the ways of men in carrying on their affairs through what is now the familiar device of the Corporation-------- Attribution of legal rights and duties to a JURISTIC PERSON other that man is necessarily a metaphorical process. And none the worse for it. No doubt, "Metaphors in law are to be narrowly watched, Cardozo, J., in Berkey V. Third Avenue r. Co. 244 N.Y. 84, 94. But all instruments of thought should be narrowly watched lest they be abused and fail in their service to reason." Also see DEBTOR, DUMMY CORPORATION, and ARTIFICIAL PERSON.

**"Liability"** means every kind of legal obligation, responsibility, or duty. Also the state of being bound or obligated in law or justice to do, pay or make good something. See Mayfield v. First nat'l Bank of Chattanooga, Tenn, C.C.A. Tenn, 137 F.2d 1013, 1019; Feil v. City of Coer d' Alene, 23 Idaho 32, 129 P. 643, 649, 43 I.R.A. N.S. 1095; Breshaw v. Rightmire, 196 N.Y.S. 539, 541, 119 Misc. 833. See also Black's Law Dictionary, 6th ed. Liability.   **"Money"** means the medium of exchange authorized or adopted by a government as part of its currency. See also UCC § 1-201 (24)

**"Natural Person(s)"** means a human being, as distinguished from an artificial person created by law. See Black's Law Dictionary, 7th ed. **Negotiable"** means capable of being transferred by indorsement or delivery so as to pass to holder the right to sue in his own name and take free of equities against assignor payee. Fischbach & Moore v. Philadelphia Nat. Bank, 134 Pa Super. 84, 3 A.2d 1011, 1012. See also Black's Law Dictionary, 4th ed. See also UCC §§ 7-501 and 7-502. **"Non Negotiable"** means not negotiable; not capable of passing title or property by indorsement or delivery. Any document of title that is not a negotiable document. An installment which may not be transferred by indorsement and delivery or by delivery alone, though it may be assigned. The transferee does not become a holder unless it is negotiated. Compare Negotiable. See Black's Law Dictionary, 7th ed. See UCC §§ 7-501, 7-502

**"Non obstante"** means a phrase used in documents to preclude any interpretation contrary to the stated object or purpose. See Black's Law Dictionary 6th ed.

"**Notice**" means a warning or intimation of something. *See also* UCC §§ 1-201 (25) (a), (26), and (27)

"**On Demand**" *See* Black's Law Dictionary, 6th ed. and UCC § 3-108

"**Organization**" *See* Black's Law Dictionary, 6th ed. And *See* UCC 1-201 (28)

"**Party**" means a person concerned or having or taking part in any affair, matter, transaction, or proceeding, considered individually. *See also* UCC Section 1-201 (29)

"**Persons**" *See* Black's Law Dictionary, 7th ed. *See also* UCC 1-201 (30)

"**Proceeds**" *See* Black's Law Dictionary, 6th ed. *and* UCC § 9-306 (l)

"**Property**" in the strict legal sense, means an aggregate of rights which are guaranteed and protected by the government, and in the ordinary sense, indicates the thing itself, rather that the rights attached to it. See 62 Misc. Rep. 189, 116 N.Y. Supp 1000.

"**Real Man**" means a real live flesh and blood man; refers to the Secured Party name herein and all derivatives thereof. "There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent."

CRUDEN V. NEALE, 2 N.C. 338 (1796) 2 S.E. 70.

"**Registered form**" *See* UCC § 8-102 (3) (a)

"**Remedy for Breach of Collateral**" *See* UCC § 2-701

"**Remedy of Indemnity**" *See* UCC § 5-115

"**Representative**" *See* Black's Law Dictionary, 6th ed *and* UCC § 1-201 (35) (Debtor)

"**Right to Reimbursement**" *See* UCC § 5-114

"**Rights Acquired to Indemnity**" *See* UCC § 7-504 (4)

"**Secondary Party**" *See* Black's Law Dictionary, 6th ed. , Secondary parties. *See also* UCC § 3-201

"**Secured Party**" refers to the real man and natural named herein in all derivatives thereof; (also considered Creditor.) *See also* Black's Law Dictionary 6th ed. and UCC § 9-105 (m)

"**Securities**" *See* Black's Law Dictionary, 6th ed. *See also* UCC §§ 8-102 (l) (c) 8-105

"**Security Interest**" *See* Black's Law Dictionary, 6th ed and UCC § 1-201 (37)

"**Seller**" *See* Black's Law Dictionary, 6th ed. and UCC § 201-3 (l) (d)

"**Signature**" *See* UCC § 3-401 (considered signed)

"**Signed**" *See* UCC §1-201 (39) (Considered Signature)

"**Straw man**" means THE ORGANIZATION named herein and all derivatives thereof. *See* Black's Law Dictionary, 6th ed. *also* DUMMY CORPORATION. *See also* UCC § 1-201 (28). *See Also* DEBTOR.

"**Surety**" *See* Black's Law Dictionary, 6th ed. *See also* UCC § 1-201 (40) (considered 'charge back')

"**Transferable**" is a term used in a quasi legal sense, to indicate that the character of assignability or negotiability attaches to the particular instrument, or that it may pass from hand to hand, carrying all rights of the original holder. The words "not transferable" are sometimes printed upon a ticket, receipt, or bill of lading, to show that the same will not be good in the hands of any person other than the one to whom first issued. *See* Black's Law Dictionary, 6th ed. *See also* UCC § 3-201 "**Value**" *See* Black's Law Dictionary, 6th ed. *See also* UCC §§ 1-201 (44), 3-303

EEBJR-301175-SA

# POWER OF ATTORNEY
## LIMITED

Know All Men by These Presents: That I, EDWARD EVERETT BROWN JR, the Debtor, corporate entity, and leg'ens is, 'the undersigned hereby make, constitute and appoints Edward Everett Brown Jr., herein, the flesh and blood man, a living soul, the Secured Party/Creditor as my true and lawfully Attorney-in-fact for me and in my corporate capacity (LLC), place and stead and for my personal and commercial use and benefit:

1. To ask, demand, request, file, sue, recover, register, collect and receive each and every sum of money, credit, account legacy, bequest interest, dividend, annuity and demand (which now is or hereafter shall become due, owing or payable or dischargeable) belonging to or accepted or claimed by me, or presented to the **DEBTOR; EDWARD EVERETT BROWN JR,**(a corporate entity) and to use and take any lawful and/or commercial means necessary for the recovery thereof by legal or commercial process or otherwise, and to execute and deliver or receive a satisfaction or release therefore, together with the right and power to settle, compromise, compound and or discharge any claim or initiate any administrative claim for damages or make any necessary demands;

2. To exercise any or al of the following powers as to all kinds of personal property, private property and any property, goods, wares and merchandise, chooses in action and other property in possession or where a security interest is established and to or in other actions;

3. To secure by private registration the interest, or the security interest in any or all property where necessary, to accept for value and to discharge any and all debts for fine, fee, or tax where necessary, to cause the commercial adjustment of any such account held open against the **DEBTOR- EDWARD EVERETT BROWN JR,;** to use where necessary any Sight Drafts/Money Orders, Bills of Exchange to finalize any of the above in my behalf,

4. To create, amend, supplement and or **terminate** any trust or the **RES** created by the government (District of Columbia) and ratified or exercised in any manner by any other state;

5. To request, retrieve, file, submit, or otherwise, any papers in my behalf for any matter whether commercial, quasi-judicial, administrative, or otherwise and to sign my legal corporate name as my act and deed, to execute and deliver same for any redress or remedy, claim, suit or otherwise..

**GIVING AND GRANTING**, unto my said Attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite, necessary or appropriated to be done in and about all matters as fully to all intents and purposes as I might or could do if I was personally present, and hereby ratifying all that my Attorney-in-fact shall lawfully do or cause to be done by virtue of these presents.

1-POWER OF ATTORNEY From the Edward Everett Brown Jr.
EEBJR-301175-POA

The powers and authority hereby conferred upon my said Attorney-in-fact shall be applicable to all real and private property, personal property or interest therein now owned or hereinafter acquired by me as the 'ENS LEGIS/LLC and wherever situate, and as evidenced by a filed security interest.

My said Attorney-in-fact: Edward Everett Brown Jr. is empowered hereby to determine in his sole discretion the time, purpose for and manner in which any power herein conferred upon him shall be exercised, and the conditions, provisions and covenants of any instrument(s) or document(s) which may be executed by him pursuant hereto; and, in the acquisition or distribution of real, personal or private property, my said Attorney-in-fact shall have exclusive power to fix the terms or amounts thereof for cash, funds, credit and/or affecting all property, including rights, titles, interest to same and if on/for credit with or without security.

When the context so requires, the, masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural.

WITNESS my hand this *10th* day of *October*_____ 2002
A.D.

/S/ *Edward Everett Brown Jr.*
EDWARD EVERETT BROWN JR

STATE OF *Maryland*)
)SS.
MARYLAND        )

On *10th October, 2002*_____, 2002, before me, the undersigned, a Notary Pubic in and for said State, personally appeared Edward Everett Brown Jr. known to me to be the man whose name subscribed to the within instrument.

(Seal) *Lucia Maria Gomes*_____
Notary Public in and for said State
LUCIA MARIA GOMES
NOTARY PUBLIC STATE OF MARYLAND
My commission expires My Commission Expires December 18, 2002

POA no. 0001 Power of Attorney from the Edward Everett Brown Jr. 2.

EEBJR-301175-POA