UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-0295 (RMC) |
| | : | |
| EDWARD EVERETTE BROWN, JR., | : | |
| | : | |
| | : | |
| Defendant. | | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Diane G. Lucas, Bar Number 443610, telephone number (202) 514-8097 and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
DIANE G. LUCAS
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 443610
555 4th Street, N.W., Room 5921
Washington, DC 20530
(202) 514-8097

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Assignment and Appearance was served via ECF to counsel for the defendant, Jonathan Jeffress, Federal Public Defender, 625 Indiana Ave., NW, Suite 550, Washington, DC 20004, on this 7th day of December, 2006.

_____
DIANE G. LUCAS
ASSISTANT UNITED STATES ATTORNEY