

*let this be filed*
*RMColey*
*2/14/07*

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 FEB -9 AM 11: 04

NANCY M.
MAYER-WHITTINGTON
CLERK



:Edward-Everett:Brown, Jr.
C/o Kathleen A. Toler Notary Acceptor
4641 Montgomery Ave.
Bethesda, Maryland 20814

IN ADMIRALY

28 U.S.C. §1333 and §1337

FILED

FEB 14 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff | ) |
| vs. | ) Sui Juris Litigant moves |
| | ) Proof of Identity Sealed By |
| | ) the Secretary Of State of Maryland |
| EDWARD EVERETT BROWN, JR.©® | ) and West Virginia |
| | ) Case No. 06-295 RMC |
| Defendant | ) |

**ENTRY INTO EVIDENCE**

**AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT**

**FEDERAL RULE CIVIL PROCEDURE, RULE 9 (a)**

**AND BILL OF PEACE**

DECLARATION OF THE SECURED PARTY

AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT
FEDERAL RULE CIVIL PROCEDURE, RULE 9 (a)

1  Comes now the living, breathing man, Secured Party, known as :Edward-
2  Everett:Brown,Jr. who is unschooled in law, makes this special visitation
3  and Notices the court to take Judicial Notice of the enunciation of the
4  principles stated in <u>Haines v Kerner,</u> 404 U.S. 519, wherein the court
5  directed that those who are unschooled in law making complaints/pleading
6  shall have the court look to the substance of the complaint rather
7  than the form.

8  **NOTICE OF FILING FOR INCLUSION TO AND AUGMENTATION OF THE**
9  **RECORD**

10  I, Edward-Everett:Brown, Jr., hereforth known as Libellee serving notice to
11  this court and officers with the attached documentation serves to the Clerk
12  of The Court Nancy Mayer-Whittington d.b.a. NANCY MAYER-WHITTINGTON in the
13  Form of An **AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT, FEDERAL RULE CIVIL**
14  **PROCEDURE RULE 9 (a), and BILL OF PEACE** a UCC-1 Financing Statement
15  Apostilled via the OFFICE OF THE SECRETARY OF STATE OF Maryland providing
16  and substantiating Edward-Everett:Brown, Jr., pursuant to UCC §9-317 AND UCC
17  §9-513 evidence of
18  identity.

19  Without Recourse, UCC-1-308

20  *[signature: Edward-Everett Brown Jr.]*

21  :Edward-Everett:Brown, Jr., Secured Party Creditor, Without Recourse, UCC-1-
22  308

23  The attached documents are a true and correct document exhibiting true identity. Apostilled by the Secretary of
24  
25  **AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT**
    **FEDERAL RULE CIVIL PROCEDURE, RULE 9 (a)**

1  State of Maryland

2  County of Montgomery  _____ )

3                                   )       **JURAT**

4  State of Maryland    _____ )

5

6  On the 9th day of February, 2007 A.D., before me, the above Asseverant personally appeared before me and proved to me on the basis

7  of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he or she executed

8  the same in his or her authorized capacity and that by his or her signature on the instrument, the person or the entity upon behalf of which

9  the person acted, signed under oath or asseveration, and accepts the truth thereof.

10

11

12

13  _____          _Lance S. Meldon_____

14  Notary Signature                    Notary Print Name

15
                                        LANCE S. MELDON
                                   NOTARY PUBLIC STATE OF MARYLAND
16                                 My Commission Expires September 1, 2007

17                                  _____

18                                  My commission expires

19

20

21

22

23

24

25  **AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT**
    **FEDERAL RULE CIVIL PROCEDURE, RULE 9 (a)**
                    3 of 3           RE: EDWARD EVERETT BROWN, JR.
                                         CASE NO. 06-295



# The State of Maryland
### Office of the Secretary of State

## Apostille

*(Convention de La Haye du 5 Octobre 1961)*

1. Country: United States of America
   This public document

2. has been signed by **Sherry L. Pinkard**

3. acting in the capacity of **Charter Divison Custodian**

4. bears the seal/stamp of the **Department of Assessments and Taxation**

### Certified

5. at Annapolis, Maryland

6. the **3rd day of April, 2006**

7. by The Secretary of State of Maryland

8. Seal



9. Signature

*Secretary of State*

No. 173461

```
CUST ID: 0001480483
WORK ORDER: 0000950203
DATE: 09-23-2004 02:30 PM
AMT. PAID: $166.00
```

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Edward E. Brown, Jr.
c/o 3062 Mozart Drive
Silver Spring, Maryland [20904]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: BROWN, EDWARD EVERETT, JR., ORGANIZATION/TRADE NAME/TRADE MARK - DEBTOR

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O P. O. BOX 1000 | WARSAW | VA | 22572 | USA |

| 1d. TAX ID #: SSN OR EIN | ADDL INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 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 | | DBA | USA | ☒ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME: HENTLEY-BROWN, VIVIANA VIVEINE, ORGANIZATION/TRADE NAME/TRADEMARK - DEBTOR

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O 100 NO. CALVERT | BALTIMORE | MD | 21202 | USA |

| 2d. TAX ID #: SSN OR EIN | ADDL INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 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 | | DBA | USA | ☒ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Brown | Edward | Everett | Jr. |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 3062 Mozart Drive | Silver Spring | Maryland | [20904] | uSA |

**4. This FINANCING STATEMENT covers the following collateral:**

This is Actual and Constructive Notice that all of Debtor's interest now owned or hereafter acquired is hereby accepted as collateral for securing contractual obligation in favor of the Secured Party as detailed in a true, correct, complete, notarized Security Agreement in the possession of the Secured Party.
NOTICE: In accordance with USC - Property - This is the entry of the Debtor in the Commercial Registry as a transmitting utility and the following property is hereby registered in the same as public notice of a commercial transaction: Certificate of Birth documents #145-57-079384, #1989-14037; Certificate of Naturalization document #No-21570524, INS# A31 418 508; Employer Identification #228843399; UCC Contract Trust Account #(Pending); All property is accepted for value and is exempt from Levy. Adjustment of this filing is from Public Policy HJR-192, Public Law 73-10 and UCC 10-104. All proceeds, products, accounts, fixtures and the orders therefrom are released to the Debtor.
BROWN, EDWARD EVERETT, JR., ORGANIZATION/TRADE NAME/TRADE MARK - DEBTOR
HENTLEY-BROWN, VIVIANA VIVEINE, ORGANIZATION/TRADE NAME/TRADE MARK - DEBTOR
BROWN, SIMONE CHRISTINE ORGANIZATION/TRADE NAME/TRADE MARK-DEBTOR

**5. ALTERNATIVE DESIGNATION** [if applicable]: ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable]  **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]: ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

/s/ Edward Everett Brown Jr.    **Secured Party:**

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

---

STATE OF MARYLAND

I hereby certify that this is a true and complete copy of the 2 page document on file in this office. DATED: 8/17/06

STATE DEPARTMENT OF ASSESSMENTS AND TAXATION

BY: _____, Custodian

This stamp replaces our previous certification system.    Effective: 6/95



# The State of Maryland

### Office of the Secretary of State

**I, Mary D. Kane, Secretary of State of the State of Maryland,** under and by virtue of the authority vested in me by Section 7-106 of the State Government Article of the Annotated Code of Maryland, Do Hereby Certify that

### Sherry L. Pinkard

who has made and signed the attached certificate, was on the date thereof, the duly appointed and qualified Charter Divison Custodian whose official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.



**In Testimony Whereof**, I hereunto set my hand and have caused to be affixed the official seal of of the Secretary of State, at Annapolis, this 17th day 2006 of March, in the year of our Lord.

*Secretary of State*

No. 65514



# Apostille

*(Convention de La Haye du 5 octobre 1961)*

1. *District of Columbia*
   *United States of America*

2. This public document has been signed by **KATHLEEN A. TOLER**

3. acting in the capacity of **NOTARY PUBLIC IN AND FOR THE DISTRICT OF COLUMBIA**

4. bears the seal/stamp of **KATHLEEN A. TOLER, NOTARY PUBLIC IN AND FOR THE DISTRICT OF COLUMBIA**

**CERTIFIED**

5. at Washington, D.C.
6. the **9TH** day of **FEBRUARY 2007**
7. by *Secretary of the District of Columbia*
8. No. **168864**
9. Seal

10. Signature

Stephanie D. Scott (Interim)

86—P0138

## Affidavit of Specific Negative Averment
## Federal Rule Civil Procedure, Rule 9(a)

One living, sentient, free-will, natural man known as Rev. Edward E. Brown, Jr., hereinafter "One," acting with rights granted by life and upheld by all valid and just law declares and attests that the following facts are true, correct, and complete to the best of One's knowledge and in accord with One's deeply held spiritual convictions and creed re God Almighty.

One issues this Affidavit of Specific Negative Averment, hereinafter "Affidavit," on the basis that each and every party acting against One in any manner purports to be acting in an official capacity.

One denies that any of the below-named, undefined, and unproved beings/entities/persons/corporations/associations/trusts/unincorporated associations/limited partnerships/whatever exists, is solvent, has capacity to sue and be sued, can appear in court, and is in bona fide, enforceable contract with any alleged party:

EDWARD EVERETT BROWN, JR. OF 12000 PLUM ORCHARD DRIVE, SILVER SPRING, MD 20904
THE STATE OF STATE OF MARYLAND
COUNTY OF MONTGOMERY
THE DISTRICT OF COLUMBIA
US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
WASHINGTON, DISTRICT OF COLUMBIA
THE PEOPLE OF THE DISTRICT OF COLUMBIA
DISTRICT ATTORNEY FOR THE DISTRICT OF COLUMBIA
SECRET SERVICE
HOMELAND SECURITY
UNITED STATES
UNITED STATES OF AMERICA
US
U.S.
USA
U.S.A.
THE GOVERNMENT OF THE UNITED STATES
UNITED STATES GOVERNMENT
U.S. GOVERNMENT
US GOVERNMENT
INTERNAL REVENUE SERVICE
FRANCHISE TAX BOARD
WASHINGTON BAR OF DISTRICT OF COLUMBIA
ALL BAR ASSOCIATIONS

ALL SUB-AGENCIES AND DIVISIONS OF ALL OF THE ABOVE ENTITIES

The correct parties concerning any alleged dispute must be accurately and legally identified and present in court in order for any proceeding to commence, inasmuch as otherwise ambiguity prevails and no way exists to know who is involved with whom, how, and why, rendering any such proceeding, and all matters connected therewith and pertaining thereto void for vagueness as per 46 American Jurisprudence 2d, at Judgments:

> "ss 100 Parties. A judgment should identify the parties for and against whom it is rendered, with such certainty that it may be readily enforced, and a judgment which does not do so may be regarded as void for uncertainty...."

This Affidavit constitutes a "specific negative averment" in accordance with Federal Rules of Civil Procedure Rule 9(a) re alleged "THE District OF Columbia, G.S. 14-100, WARRANT FOR ARREST," allegedly involving some undefined and unproved beings/entities/persons/corporations/associations/trusts/unincorporated associations/whatever referenced as "THE UNITED STATES OF AMERICA," hereinafter Fictional Agency," CLAIMANT, hereinafter Fictional Claimant," and EDWARD EVERETT BROWN, JR., hereinafter Fictional Debtor," whereby One declares and asserts absolutely that:

1. None of the above-enumerated all-capital-letter assemblages of letters exists and is solvent.

2. One is *none* of said all-capital-letter assemblages of letters, i.e. not Fictional Agency, not Fictional Claimant, and not Fictional Defendant, and is therefore a non-party to THE DISTRICT OF COLUMBIA, WASHINGTON, SECRET SERVICE/HOMELAND SECURITY/ALL FEDERAL AGENCIES.

3. One's true name is Edward Everett Junior Brown. and not EDWARD EVERETT BROWN, JR., OR EDWARD EVERETT JUNIOR BROWN.

4. One's rank is that of unlimited-liability, living, sentient being with all absolute, unalienable rights, and power to uphold said rights, intact.

5. One's standing in law is that of a sovereign inhabitant on the soil of the land commonly referenced as "Maryland"

6. All assertions that One is a party to any proceeding concerning THE US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, WASHINGTON, are null and void and of no force and effect ab initio. One is not a party to an imaginary dispute between non-existent and non-appearing entities.

7. WARRANT FOR ARREST FOR FRAUD OR OBTAINING PROPERTY BY FALSE PRETENSE FROM ANY FINANCIAL INSTITUTION MENTIONED IN THE US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA must be abated ab initio.

8. Fictional Agency and Fictional Plaintiff do not possess, and can never possess, jurisdiction over One, nor One's property, nor One's rights, and the issue of jurisdiction cannot be waived.

9. The record must be corrected re this matter immediately.

10. All parties whatsoever are estopped henceforth from acting against any of One's rights and property in any manner re this matter.

Any man or woman desiring to rebut this Affidavit and disprove the negative averments asserted herein must rebut in the manner of this Affidavit in the responding party's own handwriting, using Christian name for signature, executed true, correct, and complete and notarized, in red ink, and mail to the below-named notary public acceptor, Kathleen A. Toler, at 4641 Montgomery Avenue, Bethesda, MD 20814, within (10) calendar days of receipt or be in default hereof. Said default establishes on the record the confession and consent of judgment by every man and woman acting adversely concerning One in any manner that:

1. None of the all-capital-letter beings/ entities/ persons/ trusts/ corporations/ associations/ unincorporated associations/ limited partnerships/ whatever referenced herein exists, is solvent, possesses "capacity to sue and be sued... or sue and be sued in a representative capacity," and can appear in court re this instant matter, whereby THE

DISTRICT OF COLUMBIA and/or THE STATE OF MARYLAND does not exist ab initio, and Fictional Agency has no jurisdiction over the non-existent cause, the non-existent parties, and the non-existent thing.

2. Any man or woman who is in default hereof who continues to act against One in any manner is acting illegally, without authority, in private capacity, and in the complete absence of all jurisdiction.

3. One is fully authorized to employ any and all just and lawful means of remedy and recourse concerning action against One by any party who admits and confesses by default to be devoid of all right, authority, and official immunity.

The Undersigned Affiant, Reverend Edward E. Brown, Jr. ex rel: Edward Everett Junior Brown, i.e. "One," does herewith assert and declare on One's unlimited liability that One issues this Affidavit of Specific Negative Averment with sincere intent, that One is competent to state the matters set forth herein, that the contents are true, correct, and complete in accordance with One's knowledge, understanding and sincerely held spiritual convictions and creed.

_Rev. Edward E. Brown, Jr._   Date: Jan. 31, A.D. 2007
**Reverend Edward E. Brown, Jr.**

Jurat

**District of Columbia**       )
                               )   ss.
**Washington**                 )

Subscribed and sworn to at 1500 Mass. Ave. NW before me this 31st day of Jan, A.D. 2007.

Notary public _Kathleen A. Toler_

**My Commission Expires** 7-12-09

WITNESS my hand and official seal.

_Kathleen A. Toler_
**Signature of Notary Public**



# Apostille

(Convention de La Haye du 5 octobre 1961)

1. District of Columbia
   United States of America

2. This public document has been signed by **KATHLEEN A. TOLER**

3. acting in the capacity of **NOTARY PUBLIC IN AND FOR THE DISTRICT OF COLUMBIA**

4. bears the seal/stamp of **KATHLEEN A. TOLER, NOTARY PUBLIC IN AND FOR THE DISTRICT OF COLUMBIA**

CERTIFIED

5. at Washington, D.C.
6. the **9TH** day of **FEBRUARY 2007**
7. by *Secretary of the District of Columbia*
8. No. **168865**
9. Seal

10. Signature

Stephanie D. Scott (Interim)

86—P0138

Bill of Peace

One living, sentient, free-will, natural man, known as Edward Everett Brown, Jr., hereinafter "One," acting in unlimited-liability capacity with rights granted by life and upheld by all valid and just law, declares and attests true, correct, and complete, in accordance with One's deeply held spiritual convictions and creed, that One is not an enemy of:

1. Life, God, the laws of being, natural law, truth, love, good will, peace, eternal verities, sanity, and the highest universal principles of mankind.

2. All rights of the sovereign people living on the soil of the land commonly referenced as "Maryland" secured by life, just law, the Constitution of the united States, 1787, the Bill of Rights, 1791, the Constitution of the State of Maryland, 1867, and otherwise.

3. The universal rights of man and woman.

4. People of good will everywhere.

One claims all sovereignty, unalienable rights and power to exercise said rights, innate in One's life and as secured and guaranteed by the de jure Constitution of the United States, 1787, and First Ten Articles of Amendment 1791, Bill of Rights."

One extends to Diane Lucas, Rosemary M. Collyer and Nancy Mayer-Whittington (Clerk of Court) or UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, jointly and severally hereinafter referenced as Respondent," and every other living being alleging involvement with so-called "Case # 060100092878006 AND THE ILLEGAL WARRANT IN DEBT allegedly bearing involvement with some undefined and unproved beings/ entities/ persons/ corporations/ trusts/ limited/ partnerships/ associations/ unincorporated associations/ whatever referenced as "Case # 060100092878006," a covenant and creed of peace and good

2

will and mutual agreement to respect the life, rights, dignity, freedom, and property of One, Respondent, and all people.

Respondent, and everyone desiring to contract with One as herein, possesses two (2) options re this Bill of Peace:

1. Notarize and sign below in red ink in unlimited-liability capacity, using Respondent's Christian name for signature, signifying contractual agreement to the sentiments and intent of One as expressed herein;

2. Fail to sign, notarize, and return this Bill of Peace and thereby declare under oath that Respondent is an enemy of One and the United States of America and the people, Constitution, and Government thereof.

Respondent must execute this Affidavit, i.e. Bill of Peace," as per the first of the two (2) designated options above and mail to the below-named notary public, Kathleen A. Toler, at 4641 Montgomery Ave., Suite 10, Bethesda, MD 20814 within ten (10) calendar days of Respondent's receipt of this Bill of Peace. Non-response by Respondent, as well as any response of any kind whatsoever other than receipt by notary public John N. Public of this Bill of Peace with Respondent's original, notarized signature thereon in red in, establishes on the record Respondent's confession and consent of judgment under oath that Respondent stipulates that:

1. Respondent is acting under alleged "authority" of some War Powers in accordance with the second of the two (2) above-designated options under alleged "authority" of some War Powers, such as the Trading With The Enemy Act of October 6, 1917 as amended on March 9, 1933, codified in 12 USC 95, which is the "law of necessity," i.e. "law of the jungle," i.e. "no law."

2. Any action of any kind by anyone against One re this instant matter hereafter constitutes a deliberate act of war against One, the United States of America and the

3

government and people thereof, and treason against the Constitution of the United States, 1787.

3. Respondent is operating on alleged authority of a letter of marque and reprisal issued by an undisclosed party.

4. Any papers, notices, subpoenas, writs, true bills and the like which One might receive hereafter are of no legal force and effect due to being hostile acts of aggression, and One can legally and lawfully disregard all of said paperwork without legal force and effect due to being hostile acts of aggression, and One can legally and lawfully disregard all of said paperwork without legal possibility for reprisal under the principle conveyed in and by the Fifth Amendment to the Constitution of the United States, 1787, Bill of Rights, 1791, and such established maxims of law as:

   · No one is bound to arm his adversary against himself, Wing, Max, 665.

   · No man is bound to produce writings against himself, Bell, Dict.

   · No one is bound to accuse himself. Wing. Max. 486:14 M. & W. 286:107                                Mass. 181.

5. No valid, enforceable, and bona fide contract between One and Respondent is possible due to the duress, fraud, menace, and undue influence inherent in Respondent's aggression, non-disclosure, and acts of war against One and One's Country.

6. All commercial intercourse between enemies is both prohibited and cannot be made obligatory between One and Respondent.

4

7. One is authorized to lodge One's complaint with the military of the United States and the World Court for war crimes against indigenous people and humanity.

One herein declares and asserts on One's unlimited liability that One issues this Bill of Peace with sincere intent, that One is competent to state the matters set forth herein, that the contents are true, correct, and complete, not misleading, and the truth, the whole truth, and nothing but the truth to the best of One's knowledge, understanding, and deeply held spiritual convictions and creed.

_____    Date: Jan. 31, _____, A.D. 2007
Edward Everett Brown, Jr.

**Jurat**

Washington              )
                        )   ss.
District of Columbia    )

Subscribed and sworn to at 1500 Mass. Ave. NW before me this 31st day of Jan, A.D. 2007.

Notary public _Kathleen A. Toler_

My Commission Expires  7-12-09

WITNESS my hand and official seal.

_Kathleen A. Toler_
Signature of Notary Public



# CERTIFICATE OF SERVICE

On <u>February 9, 2007</u> I mailed to:

>DIANE LUCAS
>PROSCUTING ATTORNEY
>555 4TH STREET NW
>WASHINGTON, DC 20530

the papers identified as:

1. COPY OF AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT
2. CERTIFIED AND APOSTILLED COPY OF UCC 1 FINANCING STATEMENT AS EVIDENCE OF FLESH AND BLOOD IS SECURED PARTY
3. BILL OF PEACE
4. CERTIFICATE OF SERVICE

by mailing them in a pre-paid envelope, addressed to the recipient named above, bearing First Class USPS Mail Registered # **RB 715 569 472 US**, for Edward E. Brown, Jr.

My mailing location is:
<u>6308 WILLOW WAY</u>
<u>CLINTON, MD 20735</u>

I am over the age of 18 and not a party to the transaction regarding the papers I mailed.

Dated: <u>February 9, 2007</u>

<u>Andrew I. Chance</u>           *Andrew I. Chance*
Printed Name                    Signature