IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-295 (RMC) |
| ) | |
| EDWARD E. BROWN, JR., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT EDWARD E. BROWN, JR.'S MOTION FOR
TWO-DAY CONTINUANCE OF DEADLINE FOR OPPOSITION
TO GOVERNMENT'S MOTION TO INTRODUCE EVIDENCE OF THE
DEFENDANT'S ALLEGED OTHER CRIMES AND BAD ACTS**

Defendant, Edward E. Brown, Jr., through undersigned counsel, respectfully moves this Court for a two-day continuance of the deadline for submitting his Opposition to the government's motion to introduce evidence of defendant's alleged other crimes and bad acts.

In support of this Motion, defendant respectfully submits:

1.  Mr. Brown is currently charged by indictment with one count of Bank Fraud, in violation of 18 U.S.C. § 1344, and two counts of Fictitious Instruments, in violation of 18 D.C. Code § 514. Trial is set to begin April 9, 2007.

2.  The parties are discussing a possible disposition of this matter and have a meeting scheduled for tomorrow, March 27, 2007. The parties should be able to determine with reasonable certainty tomorrow whether or not this matter will result in a disposition prior to trial.

3.  Defendant's opposition to the government's 404(b) motion is currently due today, March 26, 2007. In order to focus on plea negotiations, the defense respectfully requests a two-day extension of the deadline. If the parties do not reach an agreed-upon disposition tomorrow,

defendant will file his opposition to the government's 404(b) motion on April 28, 2007.

WHEREFORE, for the foregoing reasons, defendant Edward Brown respectfully requests that the Court grant defendant a two-day extension for submission of his Opposition to the government's motion to introduce evidence of defendant's alleged other crimes and bad acts.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., #550
Washington, D.C.  20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-295 (RMC) |
| ) | |
| EDWARD E. BROWN, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendant's motion for a two-day continuance of the deadline for submitting his Opposition to the government's motion to introduce evidence of defendant's alleged other crimes and bad acts, any opposition thereto, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**. Defendant's Opposition to the government's 404(b) motion is now due April 28, 2007.

**SO ORDERED.**

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

_____
DATE


Jonathan S. Jeffress, AFPD
Diane Lucas, AUSA