**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 06-295 (RMC)** |
| ) | |
| **EDWARD E. BROWN, JR.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**JOINT MOTION FOR ONE-DAY CONTINUANCE**
**OF DEADLINE FOR SUBMISSION OF PRETRIAL ORDER**

Defendant, Edward E. Brown, Jr., through undersigned counsel, respectfully submits this

Joint Motion for One-day Continuance of the Deadline for Submitting the Joint Pretrial Order.

In support of this Motion, the parties respectfully submit:

1.      Mr. Brown is currently charged by indictment with one count of Bank Fraud, in

violation of 18 U.S.C. § 1344, and two counts of Fictitious Instruments, in violation of 18 D.C.

Code § 514.  Trial is set to begin April 9, 2007.

2.      On April 2, 2007, the parties contacted the Court regarding an unexpected pretrial

issue that has arisen with respect to Mr. Brown's defense.  That issue has diverted defense

counsel's efforts from preparing the Joint Pretrial Order.  The parties anticipate that they will

have completed the Order by c.o.b. tomorrow, April 4, 2007.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court grant defendant a one-day extension for submission of the Joint Pretrial Order.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., #550
Washington, D.C.  20004
(202) 208-7500

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                      )
**UNITED STATES OF AMERICA**          )
                                                      )
v.                                        )          **Criminal No. 06-295 (RMC)**
                                                      )
**EDWARD E. BROWN, JR.,**              )
                                                      )
Defendant.                            )
_____)

## ORDER

Upon consideration of the Joint Motion for One-day Continuance for Submission of Joint

Pretrial Order, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**.  The Joint Pretrial Order is now due

April 4, 2007.

**SO ORDERED.**


_____


UNITED STATES DISTRICT JUDGE


_____

DATE


Jonathan S. Jeffress, AFPD
Diane Lucas, AUSA