UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 06-295 (RMC) |
| ) | |
| EDWARD EVERETT BROWN, JR., ) | **FILED** |
| ) | |
| Defendant. ) | APR - 3 2007 |
| ) | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

ORDER

Pursuant to the parties' teleconference with the Court on April 2, 2007, the parties requested a preliminary screening examination of the mental competency of Defendant under D.C. Code § 24-531. Accordingly, it is hereby

**ORDERED** that Defendant shall be examined by the psychiatric staff affiliated with the Legal Services Division and, after such examination, a report shall be submitted to this Court pursuant to D.C. Code § 24-531.03(c)(3). The report shall indicate whether Defendant is competent, incompetent, or whether further evaluation is needed. The report shall answer the following questions:

(1) Is Defendant presently mentally competent to understand the proceedings against him and to properly assist in the preparation of his defense?

(2) If the answer to the preceding question is negative, does the examining psychiatrist believe Defendant should be transferred to a mental hospital for further examination and treatment?

**IT IS FURTHER ORDERED** that the U.S. Marshal, or his designated deputy, shall transport Defendant to the Cellblock in the Superior Court for the District of Columbia on _4/4/07 at 12:30 PM_ for the purpose of a preliminary psychiatric examination.

**SO ORDERED.**

Dated: April 2, 2007

ROSEMARY M. COLLYER
United States District Judge