```
            UNITED STATES DISTRICT COURT            FILED
            FOR THE DISTRICT OF COLUMBIA
                                                    APR 1 3 2007
UNITED STATES
                                               NANCY MAYER WHITTINGTON, CLERK
    VS.                                             U.S. DISTRICT COURT
                                    CR 06-295
EDWARD EVERETT BROWN, JR.
```

NOTE FROM JURY

Needs Masking tape + list of evidence (an index)

Date: 4/13

Time: 10 am

FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES

vs.

EDWARD EVERETT BROWN, JR.

CR 06-295

NOTE FROM JURY

Transcript Requested

Date: 6/13

Time: 10:29

FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES

VS.

EDWARD EVERETT BROWN, JR.

CR 06-295

NOTE FROM JURY

"Legal Definition of "Defraud", "Pretense"

More Note From Jury Forms

Date: 4/13

Time: 11:05

FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES

  VS.

EDWARD EVERETT BROWN, JR.

CR 06-295

NOTE FROM JURY

- How long can deliberation be?
- If no transcript, can we have Agent Blake's testimony
- Define / what a "Financial instrument issued by United States"

Date: 4/13

Time: 1:20

FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES

   VS.

EDWARD EVERETT BROWN, JR.

CR 06-295

NOTE FROM JURY

*I Have a Emergery And need to leave now Jury 0606*

Date:_____

Time:_____

                                              FOREPERSON