UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*let this
be filed.
Hogan, C.J.
4/15/07*

U.S.A.

vs.

Edward Everett Brown, Jr.

Civil/Criminal No. 06-295

## FILED

APR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

1) We Have a Hung Jury.

2) Jury #9 (or Jurist) wants to approach
Defense team after trial to talk
to defendant

Date: 4/16

Time: 10:35

FOREPERSON

CO-109A