**RECEIVED**

APR 1 1 2007

CHAMBERS OF
JUDGE COLLYER





IN ADMIRALTY

**28 U.S.C. §1391(a) and 1406(a)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Let this be filed
RM Colly
4/17/07

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| vs. | ) | Sui Juris Litigant moves |
| | ) | Proof of Identity Sealed By |
| | ) | the Secretary of State for the |
| Edward Everett Brown, Jr.©® | ) | District of Columbia |
| | ) | Case No. 06-295 |
| Secured Party Creditor | ) | |
| AmbassadoR/diplomaT | | |

**FILED**
APR 1 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ENTRY INTO EVIDENCE PROOF OF IDENTITY IN THE FORM OF ACT OF STATE AND A

CERTIFIED APOSTILLED UCC-1 FINANCING STATEMENT

I, Edward-Everett:Brown, Jr./Edward-Everett:Brown-Bey II, hereforth known as

Third Party Intervener/Offer serving notice to this court and officers

with the attached documentation served to the Clerk of The Court Nancy M

Mayer-Whittington (Clerk of Court) d.b.a. NANCY MAYER-WHITTINGTON in the

Form of an Act of State Declaration of Standing and Identity.

ENTRY INTO EVIDENCE PROOF OF IDENTITY
IN THE FORM OF ACT OF STATE        1 of 4        RE: EDWARD EVERETT BROWN, JR.
                                                          CASE NO. 06-295

1 Apostilled by the Secretary of State for the DISTRICT OF COLUMBIA to present
2 to this Court. This is Actual and Constructive Notice to this Court which
3 constitutes Secured Party accepts the role, duties, and lawful Citizenship
4 Status of Public Minister (Ambassador) and "dominium" (owner) inhabitant
5 within North America within the Constitution for the United States of
6 America pursuant to All Treaties, The Vienna Convention, The Hague
7 Convention, The UNCITRAL Convention, and Treaty of Peace of September 16,
8 1836 with Morocco signed at Meccanez. The Secured Party assumes the Title
9 and Role of PRIVATE BANKER, Operating in Commerce under O.T. E. PRIVATE BANK
10 via Secured Party's Commercial Registered Exemption Priority Pre-Paid
11 Account Number and Bond and U.C.C. Contract Trust Account Number pursuant to
12 Public Policy House Joint Resolution 192 of June 5, 1933, Public Law 73-10.
13 Public Policy is the supersede bond because it limits the liability to pay
14 alleged debts. Transmitting Commerce under this Legislation pursuant to The
15 Uniform Commercial Code affords the Secured Party the Rights and Privileges
16 to CREATE and ISSUE for ACCEPTANCE, PAYMENT, DISCHARGE or Setoffs. Using
17 Notes, Bonds, International Bill of Exchange, Documentary Drafts, Letters Of
18 Credit and any other form of Negotiable Commercial Instruments are exchanged
19 for goods and services as Secured Party's form of payment/discharge/setoffs.
20 The Secured Party stipulates establishing/ initiating any Financial
21 Institution account (Personal or Commercial) only APOSTILLE # 171765 will
22 be PRESENTED, ACCEPTED, and SUBSTITUTED for SOCIAL SECURITY NUMBER. Pursuant
23 to any DISHONOR of these stipulations by any Institution, Corporation, De
24
25

**ENTRY INTO EVIDENCE PROOF OF IDENTITY**
**IN THE FORM OF ACT OF STATE**     2 of 4     RE: EDWARD EVERETT BROWN, JR.
                                               CASE NO. 06-295

Facto Governments or living breathing entity, they accept a FINE not to exceed $10,000,000.00 dollars or 10 times the face value of the INJURY or PROPERTY (not Subjected to Arbitration). Secured Party is not subjected to any CODES, STATUES, or COLOR of LAW and operates in ALL COMMERCIAL ACTIVITY UNDER APOSTILLE # 171765 issued via The Secretary of State for the District of Columbia. I, Edward-Everett:Brown, Jr./Edward-Everett:Brown-Bey II Ambassador/Diplomat is deemed inviolable and protected under the US Treaties and Other International Agreements -Multi Diplomatic Relations April 18, 1961, 23 UST 3227-3250 .United Nations Conference on Diplomatic Intercourse and Immunities. Vienna Convention On Relations, Entered into Force with Respect to the United States of America December 13, 1972...By the President of the United States of America. The following Articles are now Public Record and in Full Effect for the above Ambassador/Diplomat. 1. Article 29 Diplomatic Immunity not be arrested nor detained under any circumstances, and to be protected against any attack on his person, freedom and dignity. 2. Article 30 …Protection of Private Property……that includes, papers, correspondence and all possessions on said property. 3. Article 26…Freedom of Movement and Travel.  4. Article 31 …Immunity from Criminal/Civil/Administrative Procedures. 5. Article 33 Exempt from Social Security, under the Multilateral Agreement. 6. Article 34 Exempt From Taxes and Dues..23 UST 3240…These Articles are now in Effect, Under International Law………….Edward Everett Brown, Jr.,/ Edward Everett Brown-Bey II Ambassador/Diplomat, Secured Party, Sui Juris, Creditor, Autochthon. For the





# Apostille

*(Convention de La Haye du 5 octobre 1961)*

1. District of Columbia
   United States of America

2. This public document has been signed by __KATHLEEN A. TOLER__

3. acting in the capacity of ~~NOTARY PUBLIC IN AND FOR THE DISTRICT OF COLUMBIA~~

   __KATHLEEN A. TOLER, NOTARY PUBLIC IN AND FOR THE__

4. bears the seal/stamp of __DISTRICT OF COLUMBIA__


**CERTIFIED**

5. at Washington, D.C.
6. the __4__ day of __APRIL__ __2007__
7. by *Secretary of the District of Columbia*
8. No. __171764__
9. Seal/Stamp

10. Signature

    STEPHANIE D. SCOTT

record Release the ORDER OF THE COURT to EDWARD EVERETT BROWN, JR., so Edward-Everett:Brown, Jr./Edward Everett Brown-Bey II can setoff/discharge the debt with the signing of the bid, performance and payment bonds. Release the cargo to its rightful owner.

All commercial contracts NUN PRO TUNC adherent to 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 are hereby civilly dead and relived of all liabilities pursuant to the above Diplomatic Articles. All credit reporting agencies and Commercial Institutions must esponge all negative entries in all records pursuant to this document i.e Act of State filing within this Court.

Without Prejudice

*[signature: Edward-Everett:Brown, Jr. / Edward-Everett:Brown-Bey II]*

Edward Everett Brown, Jr. / Edward Everett Brown-Bey II
Ambassador/Diplomat, Secured Party, Sui Juris, Creditor, Autochthon.

DISTRICT OF COLUMBIA  )   ss
WASHINGTON            )

I, __Kathleen A. Toler__, a Notary Public for said District of Columbia and Washington, do hereby certify that Rev. Edward-Everett:Brown, Jr., personally appeared before me and signed the foregoing under oath in my presence and under the PENALTY of PERJURY

Witnessed, my hand and official seal.

*[signature: Kathleen A. Toler]*

NOTARY

My commission Expires: __3-14-09__

**ENTRY INTO EVIDENCE PROOF OF IDENTITY**
**IN THE FORM OF ACT OF STATE**       4 of 4        RE: EDWARD EVERETT BROWN, JR.
                                                    CASE NO. 06-295



RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 APR -3 PM 12: 03

NANCY M.
MAYER-WHITTINGTON
CLERK

# Apostille

*(Convention de La Haye du 5 octobre 1961)*

1. *District of Columbia*
   *United States of America*

2. This public document has been signed by KATHLEEN A. TOLER

3. acting in the capacity of NOTARY PUBLIC IN AND FOR THE DISTRICT OF COLUMBIA

   KATHLEEN A. TOLER, NOTARY PUBLIC IN AND FOR THE

4. bears the seal/stamp of DISTRICT OF COLUMBIA

**CERTIFIED**

5. at Washington, D.C.
6. the 4 day of APRIL 2007
7. by *Secretary of the District of Columbia*
8. No. 171765
9. Seal/Stamp

10. Signature

    STEPHANIE D. SCOTT



*publici* juris/Declaration in the nature of an Affidavit Session:
one supreme Court

### Act of State
### Declaration of Standing and Identity

I, Edward-Everett:Brown, Jr. ™®© by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation in Full Life and a Private, Sentient, Civilian, Absolute Sovereign Neutral *in intinere* upon the Land within the constitutional Public survey boundaries of The State Maryland, a Republic, of a constitutional Township, within the body of a constitutional county, the proper jurisdictions of the Common Law thereto, do solemnly make this Declaration of Status and Identity, pursuant to my absolute freedom of religion, of an Ambassador on a Mission and Subject of the Kingdom of Heaven under its King, Christ; and an American Sovereign Principal in good Standing and Behavior, Public Minister, with "dominium" (absolute owner) and inhabitant of the organic united States ("a more perfect Union") by the Constitution for the united States of America (1791 to Date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is at the same time that I renounce and declare void, *ab initio,* any and all attempts (De Facto /Corporate), by means of fictions or otherwise, of any changes in my lawful Status to that of a Corporate Statutory/Military/Maritime/Admiralty/Fictitious "U.S."; "person", "whoever", "consumer", "individual", "citizen", "citizen-subject" "plaintiff/defendant", "resident", "taxpayer", "driver", "gun/firearm owner", "debtor", et al, subject to the seizure of Alien Properties under the hypothecated, Corporate/Legislative/Military/Maritime/Admiralty/Fictitious Democracy UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, STATE OF MARYLAND, and THE DISTRICT OF COLUMBIA COUNTY OF MONTGOMERY, CITY OF SILVER SPRING; EDWARD EVERETT BROWN, JR, E. BROWN, JR EVERETT EDWARD, Rev. COCHISE BROWN, EDWARD E. BROWN, Rev. EDWARD EVERETT BROWN, JR., E. BROWN, JR,. E. EVERETT BROWN, JR. ETC., 228843399, C90945490, 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, etc. This doctrine of "Piercing the Corporate Veil", with its "Instrumentality Rule", does and will serve Notice, (judicial, presidential, or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace and safety of all Corporate officers, etc., as well as myself, I have identified all my guaranteed, absolute properties ("Life, Liberty, and Pursuit of Happiness"), until such time as the present De Facto/Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record (Serial) Number (Apostille No.), as having been recognized, received, recorded, and issued by the De facto/Corporate government. As this Number is the International registration, National authentication, and State certification of a Public Document of the united States of America, my Nation, as well as identification of all guaranteed, absolute properties, whether Private or Public; have been, are, will be in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, absolute Private and Public properties by any of the De Facto/Corporate officers, etc. will result in damages of Ten Million Dollars of united States (nation-state) specie Money (united States Dollars silver/"Blocked"), that being enumerated in Article I, Section 10, Clause 1 as "gold and silver Coin" in the Constitution for the united States of America (1791 to Date), to be multiplied by not only the damaging party(s), but all those in concert and causes of action.

This Declaration is made absolute by the attached Apostille (The State Maryland and The District of Columbia) copy, and, pursuant to 15 Stat. ch. 249 pg. 223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel (by acquiescence), Law of the Record (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S. 163; The Bible is law to be applied nationally); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U.S. Mail (Registered) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at anytime applied and/or attached to Me, pursuant to Congressional demand within 15 Stat. ch. 249. I can redefine, reverse, alter, amend, change this Action of State, at any time or place I should desire, effecting my birthright treaties, chattels, loans, mortgages, relationships, taxes, government regulations, private rights held back from government(s), externalities, declaration of restrictions, presentments, economic liberties, research and development of rights, not limiting any other restrictions.

Dates: Spiritual; "In the Beginning" plus Six Days.;   Announcement of live birth: 30 November 1957

By: /s/ Edward-Everett Brown, Jr. ™®© (common-law);

Me; American Inhabitant/Inhabitant of Maryland; Christian in Full Life on a Mission; Private, Sentient, Civilian Absolute Sovereign Neutral; United States of America: The State Maryland, a republic. "Within" a constitutional county and a constitutional township republics;

"... at the mouths of two witnesses, or at the mouths of three witnesses, shall the matter be established." Deuteronomy 19:15

By: /s/   Seal   By: /s/   Seal
Divine, Sentient, and Common Law Witness         Divine, Sentient, and Common Law Witness

---

Form: *publici* juris/Affidavit
Session: one supreme Court

### Act of State
### Primary Signature Certification
(Convention de La Haye du 5 October 1961)
TIAS 10072. 33 UST 883. 527 UNTS 189. (Convention # 12)

I do hereby certify the document attached to be a true, correct, complete and not misleading Original of the Declaration of Standing and Identity, containing the primary signature as sealed below. This is for the purpose of signature certification only, for foreign use (i.e. united States of America) of the U.S. document. This is in accordance to the Hague Conference on Private International Law dated 5 October 1961, at Convention Abolishing the Requirement of Legalization for Foreign Public Documents. It was on 15 October 1981 in the United States declared as being a signatory to this Convention, and this procedure is required for the legislation of administrative/judicial documents as herein enclosed.

By: /s/ Edward-Everett Brown, Jr.
Sentient Citizen

District of Columbia ]
The County of Washington]   Subscribed and sworn to me this 23rd day of Jan in the year 2007

/s/ Kathleen A. Toler
Notary
Apostille Number: 171765

My Commission Expires March 14, 2009

Declaration of Standing and Identity

