UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD EVERETT BROWN, JR.,<br><br>Defendant. | 06-CR-00295 (TFH) |

### ORDER

In accordance with the proceedings that took place in open court on May 10, 2007, it hereby is

**ORDERED** that the parties shall appear for a pretrial conference on Monday, May 21, 2007, at 10:00 a.m. in Courtroom 25A. The parties shall be prepared to discuss any pending motions or other matters that must be resolved in anticipation of trial. It also is

**ORDERED** that the United States shall provide notice of its intent to introduce evidence pursuant to Fed. R. Evid. 404(b) no later than Friday, May 18, 2007. In addition, the parties shall file a joint report identifying proposed voir dire questions, jury instructions, verdict forms, exhibits, expert witnesses, and agreed stipulations no later than Friday, May 25, 2007. It further is

**ORDERED** that the trial shall commence on Monday, June 4, 2007, at 9:30 a.m. in Courtroom 25A.

SO ORDERED.

May 11th, 2007

_____
Thomas F. Hogan
Chief Judge