



RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 MAY 21 AM 9: 59

NANCY M.
MAYER-WHITTINGTON
CLERK

IN ADMIRALTY

<u>28 U.S.C. §1391(a) and 1406(a)</u>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| Plaintiff | ) |
| vs. | ) Sui Juris Litigant moves |
| | ) Motion to Dismiss |
| | ) |
| **EDWARD EVERETT BROWN, JR.** | ) |
| | ) CR Case No. <u>06-295</u> TFH |
| Defendant | ) |

---

### MOTION TO DISMISS

Now comes Edward-Everett:Brown, Jr., hereforth known as

Third Party Intervener for EDWARD EVERETT BROWN, JR., motioning this

Honorable Court for Dismissal of Case # 06-295, for Want of

Prosecution.

MOTION TO DISMISS

*Copies to AUSA Diane Lucas and FPD Jonathan Jeffress*

1 of 2

RE: EDWARD EVERETT BROWN, JR.
CASE NO. 06-295

Without Prejudice

*[signature: Edward Everett Brown Jr.]*

Edward Everett Brown, Jr., Ambassador/Diplomat, Secured Party, Sui Juris, Creditor, Autochthon.