

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 MAY 21  AM 9:59

NANCY
MAYER-WHITTINGTON
CLERK



IN ADMIRALTY

<u>28 U.S.C. §1391(a) and 1406(a)</u>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
UNITED STATES OF AMERICA      )
                              )
         Plaintiff            )
                              )
vs.                           )   Sui Juris Litigant moves
                              )
                              )   Motion to Fire PUBLIC DEFENDER
                              )
                              )   AND OFFICE
                              )
EDWARD EVERETT BROWN, JR.     )
                              )CR Case No. 06-295 TFH
                              )
         Defendant            )
```

---

**MOTION TO FIRE PUBLIC DEFENDER AND OFFICE**

Now comes Edward-Everett:Brown, Jr., hereforth known as Third Party Intervener for EDWARD EVERETT BROWN, JR., motioning this Honorable Court for Firing Public Defender for violation of my Constitution Rights and pursuant to the attached Notice for Competency and Incompetence in Case # 06-295. Public Defender has violated his fiduciary duties and his oath as a Bar Member to support

MOTION TO FIRE PUBLIC DEFENDER AND OFFICE
copies to AUSA Diane Lucas   1 of 3   RE: EDWARD EVERETT BROWN, JR.
and FPD Jonathan Jeffress              CASE NO. 06-295

the Constitution of the United States and the Constitution of the District of Columbia; I will maintain the respect due to courts of justice and judicial officers; I will not counsel or maintain any suit or proceeding which shall appear to me to be unjust, nor any defense except such as I believe to be honestly debatable under the law of the land; I will employ for the purpose of maintaining the causes confided to me such means only as are consistent with truth and honor, and will never seek to mislead the judge or jury by any artifice or false statement of fact or law; I will maintain the confidence and preserve inviolate the secrets of my client, and will accept no compensation in connection with my client's business except with my client's knowledge and approval; I will abstain from all offensive personality, and advance no fact prejudicial to the honor or reputation of a party or witness, unless required by the justice of the cause with which I am charged; I will never reject, from any consideration personal to myself, the cause of the defenseless or oppressed, or delay any cause for lucre or malice; I will in all other respects conduct myself personally and professionally in conformity with the high standards of conduct imposed upon members of the bar as conditions for the privilege to practice law in the District of Columbia. Edward-Everett:Brown, Jr., known as Third Party Intervener for EDWARD EVERETT BROWN, JR., request this oath be placed into the record and bar numbers and bonds of all Attorneys trespassing to try title and impeding commerce to be Public Record

**MOTION TO FIRE PUBLIC DEFENDER AND OFFICE**

and Notice so all parties will have full disclosure or dismiss this case without prejudice.

Without Prejudice

By *[signature: Edward Everett Brown Jr.]*

Edward Everett Brown, Jr., Ambassador/Diplomat, Secured Party, Sui Juris, Creditor, Autochthon.

**Notice** for Competency and Incompetence, Revocation of Power of Attorney
and Firing all Persons below and Demand to cease and desist.

Jonathan Jeffress
US PUBLIC DEFENDERS
c/o 625 INDIANA AVE. NW 5TH FLOOR
WASHINGTON, DC [20004]

To all Agents, Administrators, acting as third party titled persons.

**Equality under the Law is PARAMOUNT, and Mandatory by law.**
We are competent to handle our own affairs. A Secured Party Creditor cannot be tried in his/her court.

I am accepting all documented matters as recorded by the below listed, present or future with the person named **EDWARD EVERETT BROWN, JR©** or any other derivative and everything in them as true. I am returning all documented recorded past, present and future matters to you for discharge and closure.

**To all BAR members and 3rd party agents acting in/and for the following:**

1. The CROWN OF ENGLAND et. al.
2. The UNITED NATIONS et. al.
3. The UNITED STATES et. al. and / or the united States of America
4. The TREASURY OF THE UNITED STATES et. al.
5. THE FEDERAL RESERVE et. al.
6. The INTERNAL REVENUE SERVICE et. al.
7. The BUREAU OF ALCOHOL AND FIREARMS et. al.
8. The FEDERAL BUREAU OF INVESTIGATION et. al.
9. The UNITED STATES POSTAL SERVICE et. al.
10. The FEDERAL BUREAU OF PRISONS et. al.
11. The FIFTH U.S. ARMY et. al.
12. THE STATE OF VIRGINIA et. al.
13. THE DISTRICT OF COLUMBIA et. al.
14. THE STATE OF MARYLAND et. al.
15. THE STATE OF NEW YORK et. al.

I, **Edward-Everett:Brown, Jr.,** now and forever, declare all the 3rd party Agents for the above so named as incompetent and I presently and permanently revoke their power of attorney for representing or making any legal determinations for me in any of my affairs. You are now **Fired, Fired, Fired, Fired, Fired, Fired and Fired**. This action is specifically directed to **Jonathan Jeffers**. Return the voucher to me immediately. Your invoice will be forth coming.

This the 21th day of May 2007 by me _/s/ Edward Everett Brown Jr._
                                                                owners, principal surety without recourse

_/s/ William Green_
Witness

_/s/ [signature]_
Witness

2

## CERTIFICATE OF SERVICE

On <u>May 21, 2007</u> I mailed to:

        JONATHAN JEFFRESS
        FEDERAL PUBLIC DEFENDER
        625 INDIANA AVE. NW
        WASHINGTON, DC 20004

the papers identified as:

1. MOTION TO DISMISS
2. MOTION TO FIRING PUBLIC DEFENDER AND OFFICE
3. CERTIFICATE OF SERVICE

by mailing them in a pre-paid envelope, addressed to the recipient named above, bearing First Class USPS Mail for Edward E. Brown, Jr.

I am over the age of 18 and not a party to the transaction regarding the papers I mailed.

Dated: <u>May 21, 2007</u>

William Green
Printed Name

                                    Signature