FILED
MAY 30 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-295 (TFH) |
| ) | |
| EDWARD EVERETT BROWN, JR., ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the Government's Supplemental Motion to Introduce Evidence of the Defendant's Other Crimes and Bad Acts. Upon consideration of the Government's motion, Defendant's Opposition, and the Government's reply thereto, the Government's motion is hereby **GRANTED.** For reasons the Court will explain from the bench on Monday, June 4, 2007, pursuant to Federal Rule of Evidence 404(b), the Court grants the Government permission to introduce Government's Exhibit 22 (Instrument dated 2/7/06, numbered 654, made payable to Coldwell Banker for $50,000) and testimony from Defendant's real estate agent regarding Defendant's failure to pay for a home inspection of property. The Court finds that this evidence is relevant to show Defendant's motive, intent, knowledge, and lack of mistake or accident. Additionally, the Court finds that the probative value of this evidence is not "substantially outweighed by the danger of unfair prejudice." Fed. R. Evid. 403.

**SO ORDERED.**

May 30, 2007

Thomas F. Hogan
Chief Judge