RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 MAY 30   AM 9: 39

NANCY M.
MAYER-WHITTINGTON
CLERK





Edward Everett Brown, Jr.

*Let this be filed C.J. Hogan 5/30/07*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>EDWARD EVERETT BROWN, JR<br>__Defendant__<br><br>EDWARD EVERETT BROWN, JR.<br>3rd Party Plaintiff<br>v.<br><br>DIANE LUCAS<br>__3RD Party Defendant__<br>Edward Everett Brown, Jr., Real Party<br>__in Interest, agent__ | in ~~Admiralty~~ Criminal<br>Case # 06-295<br><br>MEMORANDUM IN SUPPORT OF<br>NOTICE OF "Edward Everett Brown, Jr."<br>AS AMICUS CURIAE REGARDING<br>COMMERCIAL NOTICE<br>FOR SETTLEMENT AND CLOSURE<br><br>FILED<br>MAY 3 0 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## MOTION FOR SETTLEMENT AND CLOSURE

Now comes Edward-Everett:Brown, Jr., hereforth known as

Third Party Intervener for EDWARD EVERETT BROWN, JR.,

Motioning this Honorable Court for Settlement and Closure of Case # 06-

295. The Secured Party/Surety for the Entity in Question/Defendant makes

This Court an Offer for Settlement and Closure of all accounting. The Real

Party in Interest has placed Silver Surety Bond # EEBJ-000123 into the

Court Docket to Bond the Civil Side of the Case and extends a pledge to

*copies to: Chief Judge Hogan,
FPD Jonathan Jeffress
and AUSA Diane Lucas*

the 3rd Party Defendant to place her Bond against the liabilities of the facts. I, Edward Everett Brown, Jr., am the Surety offering these presents in the form of Bond # EEBJ-000120 PRIVATE BOND FOR SET OFF in Case 06-295. Case # 06-295 has been Accepted for Value and Returned for Settlement and Closure of All Accounting. Pursuant to the dishonor of the Prosecutor this case is Dismissed Without Prejudice.

Without Recourse UCC-1-308

*Edward-Everett Brown* 
_____
Edward-Everett:Brown, Jr.  /Secured   Party   Creditor,   Sui   Juris,   Creditor, Ambassador/Diplomat 23UST Apostille # 171765

| | |
|---|---|
| Edward-Everett:Brown, Jr. | Issue date:    28 May 2007<br>Bond number:  EEBJ-000120 |

non domestic without the US

| | |
|---|---|
| Henry Paulson, Secretary of the US Treasury<br>The United States Department of the Treasury<br>c/o 1500 Pennsylvania Ave NW<br>Washington, D.C. [20220] | **REGISTERED MAIL**<br>**RETURN RECEIPT REQUESTED**<br>**REGISTERED NO. RB 715 569 680 US** |

**PRIVATE BOND FOR SET OFF - NON-NEGOTIABLE**
Value of Bond is Unlimited

Re:     CERTIFICATE OF LIVE BIRTH #145-57-079384 ACCEPTED FOR VALUE and EXEMPT FROM LEVY
         DEPOSITED TO US TREASURY AND CHARGED TO EDWARD EVERETT BROWN, JR., 228843399


Attention:  Henry Paulson, and NANCY MAYER-WHITTINGTON (Clerk Of Court) Respondent

     Enclosed, the undersigned, Edward-Everett:Brown, Jr., herewith accepts for value the enclosed bond, Certificate of Live Birth, No. 145-57-079384, and all endorsements front and back, being the only legitimate acceptor of said bond being the only party to have put any value into said bond, being the contributing beneficiary of the same.  This is in accordance with Uniform Commercial Code, and House Joint Resolution 192 of 5 June 1933, and UCC 1-104 and UCC 10-104.

**BOND ORDER**

     Please deposit this bond to an account bearing the Registered Mail Number RB 715 569 680 US for future identification purposes, and to be used as a set off account against any bills, taxes, or claims, and the like, against the Edward-Everett:Brown, Jr., as listed on Certificate of Live Birth, No. 145-57-079384 or any bills, taxes, or claims, and the like, against the EDWARD EVERETT BROWN, JR., 228843399 (EDWARD EVERETT BROWN, JR., debtor to Edward-Everett:Brown, Jr., Secured Party, see enclosed UCC-1 Financing Statement), said claim(s) to have been "accepted" and endorsed by the Edward-Everett:Brown, Jr.

     Please adjust any bills, taxes, or claims, and the like, against the Edward-Everett-Brown, Jr., [see Certificate of Live Birth] or the EDWARD EVERETT BROWN, JR., 228843399 to zero, charge, settle and close any such account, and return the interest to the principal, Edward-Everett:Brown, Jr., via the EDWARD EVERETT BROWN, JR., 228843399 at the above post location.

     Henry Paulsen, the Secretary of the Treasury, the United States Department of the Treasury shall have Thirty (30) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the USPS Domestic Return Receipt, to dishonor this Bond by returning this Bond to the Principal at the stipulated mailing address by non domestic post.  Failure to return the Bond as stated shall constitute Acceptance and Honoring of this Bond and the Associated transactions, in accordance with the Law, by Henry Paulson, the Secretary of the US Treasury, and The United States Department of the Treasury to all of the Terms and Conditions contained herein.

     This Bond shall be ledgered as an asset as best suits the needs of The United States Department of the Treasury.
     This Bond expires at the moment the Edward-Everett:Brown, Jr., expires.

*Edward-Everett:Brown, Jr.* - Principal
Exemption ID # 228843399
c/o P. O. Box 412
Burtonsville, Maryland
non domestic with the US

**FILED**

MAY 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

On this  29th  day of May, A.D., Two Thousand Seven, before me, a Notary Public of the State of Maryland, came a man who proved to me on the basis of satisfactory evidence to be the man whose signature is subscribed hereon. The said man solemnly swore under oath that he has first hand knowledge of the facts contained herein and that they are true, correct, complete and certain.

Signature By _____ *Kamal* Notary Public

Kamal Ramchandani
Notary Public
Montgomery County
State of Maryland
My Commission Expires 4/1/11

CR 06-295-TFH
Attachments

# CERTIFICATE OF LIVE BIRTH
## COMMONWEALTH OF VIRGINIA
### DEPARTMENT OF HEALTH, BUREAU OF VITAL STATISTICS

Registration District No. _____  Registered No. 10337 / 45 57 079384

**1. PLACE OF BIRTH**
- a. COUNTY: _____
- Magisterial District: _____
- b. CITY OR TOWN: Richmond
- c. FULL NAME OF HOSPITAL OR INSTITUTION: Richmond Community Hospital
- d. IS PLACE OF BIRTH INSIDE CITY OR TOWN LIMITS? YES ☒ NO ☐

**2. USUAL RESIDENCE OF MOTHER**
- a. STATE: Virginia
- b. COUNTY: _____
- c. CITY OR TOWN: Richmond
- d. STREET ADDRESS: 711 D Chimborazo Blvd.
- e. IS RESIDENCE INSIDE CITY OR TOWN LIMITS? YES ☒ NO ☐
- f. IS RESIDENCE ON A FARM? YES ☐ NO ☒

**3. CHILD'S NAME:** (First) Edward  (Middle) Everett  (Last) Brown, Jr.

**4. SEX:** Male

**5a. THIS BIRTH:** Single ☒  Twin ☐  Triplet ☐

**5b. IF TWIN OR TRIPLET:** 1st ☐  2nd ☐  3rd ☐

**6. DATE OF BIRTH:** (Month) 11  (Day) 30  (Year) 57

### FATHER OF CHILD
- **7. FULL NAME:** (First) Edward  (Middle) Everett  (Last) Brown
- **8. COLOR OR RACE:** Negro
- **9. AGE:** 23 YEARS
- **10. BIRTHPLACE:** Virginia
- **11a. USUAL OCCUPATION:** Salesman
- **11b. KIND OF BUSINESS OR INDUSTRY:** _____

### MOTHER OF CHILD
- **12. FULL MAIDEN NAME:** (First) Ann  (Middle) _____  (Last) Christian
- **13. COLOR OR RACE:** Negro
- **14. AGE:** 21 YEARS
- **15. BIRTHPLACE:** James City, Va.
- **16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER:**
  - a. How many OTHER children are now living? 1
  - b. How many OTHER children were born alive but are now dead? 0
  - c. How many children were stillborn after 20 weeks pregnancy? 0

**17. INFORMANT:** Mrs. Ann C. Brown

I hereby certify that this child was born alive on the date stated above at 11:40 A.m.

**18a. SIGNATURE OF ATTENDANT:** William Chelong
**18b. ATTENDANT AT BIRTH:** M.D. ☒  Midwife ☐  Other ☐
**18c. ADDRESS:** 300 East Clay Street
**18d. DATE SIGNED:** _____

**19. DATE RECEIVED BY LOCAL REGISTRAR:** Dec. 10-1957
**20. REGISTRAR'S SIGNATURE:** _____

**21. SUPPLEMENTAL INFORMATION:**

---

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the State Department of Health, Richmond, Virginia.

APR 11 1983
Date Issued

RUSSELL E. BOOKER, JR., State Registrar

ANY REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY STATUTE. DO NOT ACCEPT UNLESS ON SAFETY PAPER WITH THE VITAL STATISTICS SEAL CLEARLY IMPRESSED.

Section 32.1-272, Code of Virginia, as Amended.

# ORIGINAL
# SILVER SURETY BOND
## EEBJ-000123

**Montgomery County**
**State of Maryland**

I, (:Edward-Everett:Brown, Jr.), do hereby enter myself security for costs in the cause, and acknowledge myself bound to pay or cause to be paid (Unlimited) all costs which may accrue in such actions upon proof of claim and proof of loss to any party injured by any UNBONDED claim presented against (EDWARD EVERETT BROWN, JR.©™). And, I, (:Edward-Everett:Brown, Jr.) underwrite with my private exemption, (EDWARD EVERETT BROWN, JR.©™) (CUSIP/AUTOTRIS # <u>228843399</u>, C 90945490 UCC EXEMPTION # 145-57-079384), all such costs that may be proven.

**Dated this** _____**day of** _____ ,2006.

_____
         "As Good As Aval"
(:Edward-Everett:Brown, Jr.), agent, Ambassador, Apostille # <u>175034</u>, Creditor
Acilo non datur non **damnificato**


## JUSTIFICATION OF SURETY SUBROGATION

**Washington**              )
                            )
**District of Columbia**    )

Personally appeared this day before me (:Edward-Everett:Brown, Jr.) of the County of Montgomery and State of Maryland aforesaid, surety on the bond of (:Edward-Everett:Brown, Jr.), being duly sworn, deposes and says that he is seized of his right mind, and that over and above all of his just debts and liabilities, in property not exempt by law from levy and sale under execution, of a clear unencumbered estate of the value in excess of (<u>unlimited</u>) within the jurisdiction of this State and/or the District of Columbia.

**Subscribed and sworn to before me** _____ .

a Notary Public residing in the <u>District of Columbia</u>.

**Notary**_____**Date:**_____

Registered with US Department of the Treasury RB 715 569 217 US