


**IN ADMIRALTY**

**28 U.S.C. §1391(a) and 1406(a)**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

JUN - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| vs. | ) | Sui Juris Litigant moves |
| | ) | COMMERCIAL AFFIDAVIT OF TRUTH |
| | ) | PETITION IN THE FORM OF A MOTION |
| EDWARD EVERETT BROWN, JR. | ) | |
| | ) | Case No. 06-295 TFH |
| Defendant | ) | CR- |

**COMMERCIAL AFFIDAVIT OF TRUTH PETITION IN THE FORM OF A MOTION**

Now comes Edward-Everett:Brown, Jr., hereforth known as Third Party Intervener for EDWARD EVERETT BROWN, JR., petitioning This Honorable Court in the form of a **COMMERCIAL AFFIDAVIT OF TRUTH** for Dismissal of Case # 06-295.

Without Prejudice

*[signature: Edward-Everett Brown Jr.]*

Edward Everett Brown, Jr., Ambassador/Diplomat, Secured Party, Sui Juris, Creditor, Autochthon.

**COMMERCIAL AFFIDAVIT OF TRUTH PETITION IN THE FORM OF A MOTION**



# Apostille

*(Convention de La Haye du 5 octobre 1961)*

1. *District of Columbia*
   *United States of America*

2. This public document has been signed by **KATHLEEN A. TOLER**

3. acting in the capacity of **NOTARY PUBLIC IN AND FOR THE DISTRICT OF COLUMBIA**

4. bears the seal/stamp of **KATHLEEN A. TOLER, NOTARY PUBLIC IN AND FOR THE DISTRICT OF COLUMBIA**

**CERTIFIED**

5. at Washington, D.C.

6. the **1ST** day of **JUNE 2007**

7. by *Secretary of the District of Columbia*

8. No. **174477**

9. Seal

    FILED
    JUN - 1 2007
    NANCY MAYER WHITTINGTON, CLERK
    U.S. DISTRICT COURT

    10. Signature

    CR 06-295-TFH
    Attachment

    Stephanie D. Scott

86 – PO138

Date of Mailing: 31 May 2007 A.D.
US DISTRICT COURT FOR DISTRICT OF COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON, DC 20001

RE: Personal Injury Complaint, Violation of Due Process, Legal Opinion to Deny Affiant raising the Issue of Subject Matter Jurisdiction, Settlement and Closure of Case 06-295

# COMMERCIAL AFFIDAVIT OF TRUTH

Maryland     State
                                    *
                                              KNOW ALL MEN BY
                                    *
                                              THESE PRESENTS
Montgomery County
                                    *

Whereas The Eternal And Unchanging Principles Of The Laws Of Commerce Are:

1. A matter must be expressed to be resolved.

2. In Commerce, Truth is sovereign.

3. Truth is expressed in the form of an Affidavit.

4. An unrebutted Affidavit stands as Truth in Commerce.

5. An unrebutted Affidavit becomes the judgement in Commerce.

6. An Affidavit of Truth, under Commercial Law, can only be satisfied: (i) through a rebuttal Affidavit of Truth, point for point, (ii) by payment, (iii) by agreement, (iv) by resolution by a jury by the rules of Common Law.

7. All are equal under the Common Law.

The foundation of Commercial Law is based upon certain eternally just, valid, and moral
     Precepts and Truths, which have remained unchanged for at least six thousand
          years, having its roots in Mosaic Law. Said Commercial Law forms the
underpinnings of Western Civilization, if not all Nations, Law, and Commerce in
the world. Commercial Law is non-judicial, and is prior to and superior to, the
     basis of, and cannot be set aside or overruled by the statutes of any Governments,
Legislatures, Governmental, or Quasi-Governmental agencies, Courts, Judges, and law
enforcement agencies, which are under an inherent obligation to uphold said Commercial
                              Law.      CR 06-295-TFH
               Page 1 of 7        Attachment              FILED

                                                          JUN - 1 2007

                                                     NANCY MAYER WHITTINGTON, CLERK
                                                          U.S. DISTRICT COURT

KNOW ALL MEN, THAT I CERTIFY IN THIS AFFIDAVIT OF TRUTH THAT THE FOLLOWING FACTS ARE TRUE, CORRECT, AND COMPLETE:

I, Edward-Everett:Brown, Jr., sui juris, Affiant, the undersigned, am the Secured Party authorized to speak for and respond on behalf of the creator of this document, a natural person, a Citizen of the Republic of Maryland, domiciled in Montgomery county, c/o: General Delivery, town of Silver Spring, state of Maryland, USA, do solemnly swear, affirm, declare, attest, and depose:

1. That I am of lawful age and am competent to make this Affidavit.

2. That I have personal knowledge of the facts stated herein.

3. That I am not under the lawful guardianship or disability of another. This sworn Affidavit is made as a matter of record of my own right, sui juris, in my own proper status, propia persona.

4. I, Edward-Everett:Brown, Jr., on or about April 10, 2007 entered into the case file of the US District Court for the District of Columbia a document titled ENTRY INTO EVIDENCE PROOF OF IDENTITY IN THE FORM OF ACT OF STATE AND A CERTIFIED APOSTILLED UCC 1 FINANCING STATEMENT. As of the present this document has not appeared in the Docket file. This attest to This Court has violated Affiants' due process and tampering with evidence. This document clearly documents proves that Affiant is not the Corporate Entity that appears on the debt instrument that has been Accepted for Value and returned for Settlement and Closure of the Accounting.

5. I, Edward-Everett:Brown, Jr., have been subjected to Terrorists acts of threats, duress, coercion and fear for my life and family. For the record, on the record, let the record show that the real flesh and blood is innocence of any and all charges!

6. This Court is conspiring with the representatives of both parties to convict the real flesh and blood Edward-Everett:Brown, Jr., even after a the Jury was Hung.

7. This Court has been acting Fraudulently by providing a non-lincensed Attorney as representation pursuant to I. AS PER THE UNITED STATES SUPREME COURT; The practice of Law CAN NOT be licensed by any state/State <u>Schware V. Board of Examiners</u>, 353 U.S. 238, 239
B. The practice of Law is AN OCCUPATION OF COMMON RIGHT! <u>Sims v. Aherns</u>, 271 S.W. 720 (1925) II. The "CERTIFICATE" from the State Supreme Court: ONLY authorizes, 1. To practice Law "IN COURTS" As a member of the STATE JUDICIAL BRANCH OF GOVERNMENT.
2. Can ONLY represent WARDS OF THE COURT.
3. INFANTS 4. PERSONS OF UNSOUND MIND SEE CORPUS JURIS SECUNDUM, VOLUME 7, SECTION 4.

5. A. "CERTIFICATE" IS NOT A LICENSE....A. To practice Law AS AN OCCUPATION. B. Nor to DO BUSINESS AS A LAW FIRM!!! The "STATE BAR" CARD IS NOT A LICENSE!!! It is a "UNION DUES CARD"
B. The "BAR" is a "PROFESSIONAL ASSOCIATION."
1. Like the Actors Union, Painters Union, etc.
2. No other association, EVEN DOCTORS, issue their own license. ALL ARE ISSUED BY THE STATE.
C. It is a NON-GOVERNMENTAL PRIVATE ASSOCIATION. See Attorney General Dan Morales' letter. As per this letter; the State does not issue licenses and they are not issued by his office!

8. Affiant has made several offers to This Court to settle and close this case/account and has been constantly battered to take a plea to charges that are not his.

9. Affiant has stayed in honor and performed well within HJR-192 June 5, 1933 Public Policy, and Public Law 73-10 while conducting commerce.

10. Affiant has presented evidence of offers for The Court to use Affiant's private exemption and setoff/discharge the account and as of the present This Court is in DEFAULT.

11. Affiant attest to LAWYERS and LAWYER-JUDGES: Created Unconstitutional "lawyer system" pre-trial "motions" and "Hearings" to have eternal EXTORTIONISTIC litigation's, which is BARRATRY and also is in violation of the U.S. Constitution, and Article 1, as this places defendants in DOUBLE JEOPARDY a hundred times over. Defendants only have a right to A TRIAL, NOT TRIALS. When a criminal is freed on a TECHNICALITY, HE IS FREED BECAUSE OF A FIX and a PAY-OFF, as a defendant can only be freed if found innocent BY A JURY NOT BY ANY "TECHNICALITY." Whenever a lawyer is involved in a case directly or indirectly, as a litigant or assisting in counsel, ALL LAWYER-JUDGES HAVE TO DISQUALIFY THEMSELVES, AS THERE CANNOT BE A CONSTITUTIONAL TRIAL and also there would be a violation of the conflict of interest laws, along with the violation of separation of powers and checks and balances, because "OFFICERS" OF THE COURT ARE ON BOTH SIDES OF THE BENCH.

12. Affiant was denied an identity trial and never showed cause for a Mental Evaluation. Once again a violation of Due Process!

13. Affiant's only remedy is to exhaust his Administrative Remedies via the Uniform Commercial Code.

14. Affiant states a Claim of Injury and Tort valued $547,000,000.00-Five Hundred Forty-Seven Million Current Currency.

15. Affiant entered an ENTRY INTO EVIDENCE IN THE FORM OF ACT OF STATE, APOSTILLED BY THE SECRETARY OF STATE OF THE DISTRICT OF COLUMBIA AND A CERTIFIED ORIGINAL UCC 1 FINANCING STATEMENT APOSTILLED BY THE SECRETARY OF STATE OF MARYLAND which constitutes Affiant is the Secured Party for the Corporate Entity and the Holder in Due Course of The Security Agreement and Copyright for the Corporate Entity. The Court has Trespassed To Try Title knowingly and willfully Committing these Crimes and violations.

16. Affiants' Sui Juris lawful Citizenship Status of Public Minister (Ambassador) and "dominium" (owner) inhabitant within North America within the Constitution for the United States of America pursuant to All Treaties, The Vienna Convention, The Hague Convention, The UNCITRAL Convention, and Treaty of Peace of September 16, 1836 with Morocco signed at Meccanez. The Secured Party assumes the Title and Role of PRIVATE BANKER, Operating in Commerce under O.T. E. PRIVATE BANK via Secured Party's Commercial Registered Exemption Priority Pre-Paid Account Number and Bond and U.C.C. Contract Trust Account Number pursuant to Public Policy House Joint Resolution 192 of June 5, 1933, Public Law 73-10. Public Policy is the supersede bond because it limits the liability to pay alleged debts. Transmitting Commerce under this Legislation pursuant to The Uniform Commercial Code affords the Secured Party the Rights and Privileges to CREATE and ISSUE for ACCEPTANCE, PAYMENT, DISCHARGE or Setoffs. Using Notes, Bonds, International Bill of Exchange, Documentary Drafts, Letters Of Credit and any other form of Negotiable Commercial Instruments are exchanged for goods and services as Secured Party's form of payment/discharge/setoffs. The Secured Party stipulates establishing/ initiating any Financial Institution account (Personal or Commercial) only APOSTILLE # **171765** will be PRESENTED, ACCEPTED, and SUBSTITUTED for SOCIAL SECURITY NUMBER. Pursuant to any DISHONOR of these stipulations by any Institution, Corporation, De Facto Governments or living breathing entity, they accept a FINE not to exceed $10,000,000.00 dollars or 10 times the face value of the INJURY or PROPERTY (not Subjected to Arbitration). Secured Party is not subjected to any CODES, STATUES, or COLOR of LAW and operates in ALL COMMERCIAL ACTIVITY UNDER APOSTILLE # **171765** issued via The Secretary of State for the District of Columbia. I, Edward-Everett:Brown, Jr./Edward-Everett:Brown-Bey II Ambassador/Diplomat is deemed inviolable and protected under the US Treaties and Other International Agreements –Multi Diplomatic Relations April 18, 1961, 23 UST 3227-3250 .United Nations Conference on Diplomatic Intercourse and Immunities. Vienna Convention On Relations, Entered into Force with Respect to the United States of America December 13, 1972...By the President of the United States of America. The following Articles are now Public Record and in Full Effect for the above Ambassador/Diplomat. 1. Article 29 Diplomatic Immunity not be arrested nor detained under any circumstances, and to be protected against any attack on his person, freedom and dignity. 2. Article 30 …Protection of Private Property……that includes papers, correspondence and all possessions on said property. 3. Article 26…Freedom of Movement and Travel. 4. Article 31 …Immunity from Criminal/Civil/Administrative Procedures. 5. Article 33 Exempt from Social Security, under the Multilateral Agreement. 6. Article 34 Exempt

From Taxes and Dues..23 UST 3240...These Articles are now in Effect, Under International Law.............Edward Everett Brown, Jr.,/ Edward Everett Brown-Bey II Ambassador/Diplomat, Secured Party, Sui Juris, Creditor, Autochthon. For the record Release the ORDER OF THE COURT to EDWARD EVERETT BROWN, JR., so Edward-Everett:Brown, Jr./Edward Everett Brown-Bey II can setoff/discharge the debt with the signing of the bid, performance and payment bonds. Release the cargo to its rightful owner. The above content is pursuant to 8 U.S.C. § 1481 note (2000) (quoting R.S. § 1999).

17. Affiant Request Any and All Courts to produce and display to the attention of the Affiant The Law, Code or Statue pursuant to any Jurisdiction it has over the Flesh and Blood Man Edward-Everett:Brown, Jr.

18. Affiant in his capacity as a Secured Party Creditor and Ambassador request Judges' Oath of Office to be placed into the Evidence File and on the Docket. Request Order for dismissal of Any and All Charges pursuant to Case # 06-295 for Lack of Subject Matter Jurisdiction, immediately.

19. All commercial contracts NUN PRO TUNC adherent to 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 are hereby civilly dead and relived of all Commercial Obligations and Liabilities pursuant to the above Diplomatic Articles. All credit reporting agencies and Commercial Institutions must expunge all negative entries in all records pursuant to this document i.e Act of State and UCC 1 Financing Statement filing within this Court.

20. Neither Affiant, Creditor, nor Affiant's parents pledge and of the res or property to the state to create CORPORATE ENTITY, debtor, and Affiant's parents did not pledge any of Affiants' biological property.

21. Affiants' Private Bond for Setoff # EEBJ-000120 was accepted by Judge Hogan and copies accepted for the record by the Clerk of Court timed stamped on May 30, 2007.

22. Affiant is declining Legal Counsel from Public Defenders Office.

**23. Affiant is placing the Judge's oath DONE under reserve and without recourse and I hereby accept Judge Hogan's oath of office and Judge Hogan's Surety Bond as His opening and binding offer to Contract to a firm and binding private Contract between you and me in which you agree to perform all of your promises and uphold all of my (Affiant) rights.**

24. "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." Constitution for the United States of America, Article VI, Clause 2.

25. On or about 1938, Erie Railroad vs. Tompkins was established by the Supreme Court –Where there is no CONTRACT there is NO CASE.

26. On or about 1939, the BAR ACT was placed into the Constitution for the states for the UNITED STATES. An Attorney/Lawyer/Counselor/Esquire can only represent a FICTION or a CORPORATION. They are ALWAYS a THIRD PARTY for any DISPUTE and must get permission for being the third party.

27. Affiant is rebutting all contracts entered with or without full disclosure by this Court. Affiant has Accepted the Indictment for Value and Returned It for Full Settlement and Closure Exempt from Levy and Placed his Bond Silver Surety Bond and Private Bond For Setoffs.

28. Affiant has come forward with clean hands and placed his Bond into the Court Records and requested the Prosecutor to Certify all the Facts against her Bond by entering her BAR CARD NUMBER as the security for the liability of the Facts.

29. Affiant is the Flesh and Blood Secured Party Creditor not the Defendant.

30. Affiant rescinds all pleads and contracts pursuant to Case # 06-295 and enters Bond # **EEBJ-000120** for Settlement and Closure.


Edward-Everett:Brown, Jr.; sui juris, Secured Party Creditor, Ambassador
c/o:


Any statements or claims in this Affidavit properly rebutted by facts of law, or overriding Article III supreme Court rulings, such shall not prejudice the lawful validity of other claims not properly rebutted or invalidated by facts of law.

I declare under penalty of perjury under the laws of the united States of America, that the foregoing, to the best of my knowledge, is true and correct.

Executed at: town of Washington, District of Columbia, on 31, May 2007 A.D.

All Rights Reserved, Without Prejudice, UCC 1-308

We will honor you with (6) six days from the date of receipt to complete this transaction pursuant to Regulation J and Z, and The Truth and Lending Act

IN WITNESS WHEREOF Edward Everett Brown, Jr., has duly affixed his signature under seal on this 31ST day of May, 2007.

SIGNED UNDER OATH this 31ST day of May, 2007.

*Kathleen A. Toler*
*Kathleen A. Toler*
My Commission Expires March 14, 2009

**A NOTARY PUBLIC IN AND FOR**
**The District of Columbia**

Without Recourse UCC-1-308
*Edward Everett Brown, Jr.*
**Edward Everett Brown, Jr.**
Diplomat Apostille # <u>171765</u>
Secured Party Creditor, Sui Juris,

# CERTIFICATE OF SERVICE

On <u>June 1, 2007</u> I mailed to:

> DIANE LUCAS
> PROSCUTING ATTORNEY
> 555 4TH STREET NW
> WASHINGTON, DC 20530

the papers identified as:

1. **COMMERCIAL AFFIDAVIT OF TRUTH PETITION IN THE FORM OF A MOTION**
2. **CERTIFICATE OF SERVICE**

by mailing them in a pre-paid envelope, addressed to the recipient named above, bearing First Class USPS Mail for Edward E. Brown, Jr.

My mailing location is:

_____

I am over the age of 18 and not a party to the transaction regarding the papers I mailed.

Dated: <u>June 1, 2007</u>

<u>William Green</u>                    _____
Printed Name                                    Signature