RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 12 AM 10: 11

NANCY M.
MAYER-WHITTINGTON
CLERK



## IN ADMIRALTY

### 28 U.S.C. §1333 and 1406(a)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED
JUN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **Plaintiff** | ) |
| **vs.** | ) Sui Juris Litigant moves |
| | ) Notice of Acceptance of |
| | ) Oath |
| **EDWARD EVERETT BROWN, JR.** | ) |
| | )cr Case No. <u>06-295</u> *TFH* |
| **Defendant** | ) |

---

### NOTICE OF ACCEPTANCE OF OATH

Now comes the man, a lawful man, under restricted appearance without representation of necessity without recourse and expressly without waiver of law or rights. For the record Nancy M Mayer-Whittington (Clerk of Court) d.b.a. NANCY MAYER-WHITTINGTON, I want to pay you the honor and respect that you deserve, therefore, I, the man, accept your oath of office being your open general offer to contract to form a firm and binding contract between

**NOTICE OF ACCEPTANCE OF OATH**

Copies to Ed Sussman
and Diane Lucas

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 12 AM 10: 11

NANCY M.
MAYER-WHITTINGTON
CLERK



# The State of Maryland

### Office of the Secretary of State

**I, Dennis C. Schnepfe, Interim Secretary of State of Maryland,** under and by virtue of the authority vested in me by Section 7-106 of the State Government Article of the Annotated Code of Maryland, Do Hereby Certify that

### Robert P. Duckworth

who has made and signed the attached certificate, was on the date thereof, the duly elected and qualified Clerk of the Circuit Court for Anne Arundel County whose official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.



**In Testimony Whereof**, I hereunto set my hand and have caused to be affixed the official seal of of the Secretary of State, at Annapolis, this 7th day 2007 of June, in the year of our Lord.

*Interim Secretary of State*

CR 06-295-TFH
Attachments

No. 85243

**FILED**
JUN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**State of Maryland, Anne Arundel County, Sct.**

I, ROBERT P. DUCKWORTH, Clerk of the Circuit Court for Anne Arundel County, Maryland, a court of record, do hereby certify that **Denise Lemke** was a commissioned/appointed and qualified Notary Public commencing on the 28th day of February, 2006.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of the court this 7th day of June, 2007.



*Robert P Duckworth*

Robert P. Duckworth, Clerk
Circuit Court for Anne Arundel County, Maryland

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 12 AM 10: 11

NANCY MAYER-WHITTINGTON
CLERK

1 me and you. I am pleased that when you said "so help me God" that you

2 promised to abide by your word that you would protect all of my unalienable

3 rights. I trust that your word is your bond and that you will honor your

4 private contracts with me by not allowing third party agents acting without

5 delegated authority to interfere with your duty to me.

6

7

8 Without Prejudice

9

10 _Edward Everett Brown, Jr._

11

12 Edward Everett Brown, Jr., Ambassador/Diplomat, Secured Party, Sui Juris,

13 Creditor, Autochthon.

14

15 On this ___7th___ day of June, A.D., Two Thousand Seven, before me, a Notary

16 Public of the State of Maryland, came a man who proved to me on the basis of

17 satisfactory evidence to be the man whose signature is subscribed hereon.

18 The said man solemnly swore under oath that he has first hand knowledge of

19 the facts contained herein and that they are true, correct, complete and

20 certain.

21

22 Signature By _____, Notary Public

23 DENISE LEMKE
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires __9/1/2010__

24

25 **NOTICE OF ACCEPTANCE OF OATH**

# CERTIFICATE OF SERVICE

On <u>June 11, 2007</u> I mailed to:

       DIANE LUCAS
       PROSCUTING ATTORNEY
       555 4TH STREET NW
       WASHINGTON, DC 20530

the papers identified as:

1. COPY NOTICE OF ACCEPTANCE OF OATH
2. CERTIFICATE OF SERVICE

by mailing them in a pre-paid envelope, addressed to the recipient named above, bearing First Class USPS Mail for Edward E. Brown, Jr.

My mailing location is:

_____

I am over the age of 18 and not a party to the transaction regarding the papers I mailed.

Dated: <u>June 11, 2007</u>

<u>William Green</u>              _William Green_ (signature)
Printed Name                Signature