RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 12 AM 10: 07

NANCY M.
MAYER-WHITTINGTON
CLERK

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

UNITED STATE OF AMERICA,

    Plaintiff in Error,

v.                               CR Case No. 06-295 TFH

Edward Everett Brown. Jr.,

    Defendant in Error.

FILED

JUN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

### JUDICIAL NOTICE

**COMES NOW** Edward-Everett:Brown, Jr., *sui juris*, a natural born, free Sovereign American Citizen, defendant-in-error, with and claiming all unlimited, unalienable Constitutionally guaranteed Rights, whose name is properly spelled only in upper and lower case letters, the undersigned, and now gives Notice to the court;

NOTICED the court is now a Judicial, and not an administrative, proceeding, and

FURTHER NOTICED said defendant-in-error is an American Citizen, one who retains full Constitutional Rights and enjoys the benefits thereof, and

FURTHER NOTICED, FAIR WARNING, NOT AS A THREAT, NOTICE pursuant to *United States v. Lanier* on certiorari No. 95-1717, is hereby given each member of the prosecuting party.

                                         Respectfully submitted,
                                         All Rights Reserved

                                         *[signature: Edward Everett ...]*
                                         Edward-Everett:Brown, Jr., American Citizen

*[handwritten: Copies to Ed Sussman and Diane Lucas]*

# CERTIFICATE OF SERVICE

On <u>June 11, 2007</u> I mailed to:

        DIANE LUCAS
        PROSCUTING ATTORNEY
        555 4TH STREET NW
        WASHINGTON, DC 20530

the papers identified as:

1. **COPY JUDICIAL NOTICE**
2. **CERTIFICATE OF SERVICE**

by mailing them in a pre-paid envelope, addressed to the recipient named above, bearing First Class USPS Mail for Edward E. Brown, Jr.

My mailing location is:

I am over the age of 18 and not a party to the transaction regarding the papers I mailed.

Dated: <u>June 11, 2007</u>

William Green
Printed Name                            Signature

*RECEIVED U.S. DISTRICT COURT DISTRICT OF COLUMBIA 2007 JUN 12 AM 10: 07 NANCY M. MAYER-WHITTINGTON CLERK*