RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 12 AM 10: 00

NANCY M.
MAYER-WHITTINGTON
CLERK




## IN ADMIRALTY

### 28 U.S.C. §1333 and 1406(a)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED
JUN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|       Plaintiff ) | |
| vs. ) | Sui Juris Litigant moves |
| ) | Letter of Stipulation |
| ) | and Undertaking |
| **EDWARD EVERETT BROWN, JR.** ) | |
| ) | ~~CR~~ Case No. **06-295** *TFH* |
|       Defendant ) | |

---

**LETTER OF STIPULATION AND UNDERTAKING**

    Now comes Edward-Everett:Brown, Jr., hereforth known as Third Party Intervener for EDWARD EVERETT BROWN, JR., Stipulate For and On the Record, I am not in receipt of any bond of record to initiate the matter or answer the matter regarding Case No. # 06-295 and associated matters. Therefore, I, the man, trustee for the trust EDWARD EVERETT BROWN, JR., STATE THE FOLLOWING. This is my firm offer

LETTER OF STIPULATION AND UNDERTAKING
                                  1 of 3                RE: EDWARD EVERETT BROWN, JR.
*Copies to Ed Sussman*                                                            CASE NO. 06-295
*and Diane Lucas*

1  to pay/setoff any and all costs, lost, ... by the court and the
2  respective citizens thereof, in Case No. # 06-295 to be determined by
3  the appropriate officer of the court to indemnify this court and
4  other respective actors. The amount of this undertaking to be
5  determined by Judge Hogan (Chief Judge) of the court and entered by
6  the clerk of the court for this bond **EEBJ-000120- RB 715 569 680 US**
7  returned to the trustee/maker for the proper accounting crediting payment.
8  The Court is requested to respond in ten days of presentment of this Bond
9  **EEBJ-000120- RB 715 569 680 US** so that Edward-Everett:Brown, Jr., has thirty
10 days after receipt of the court to enter payment. Ant irrevocable letter of
11 credit, bid bond, performance bond, payment bond or insurance or re-
12 insurance by accommodation signature has and have been issued in Case No.#
13 06-295, are hereby recalled, redeemed and replaced by Bond **EEBJ-000120- RB**
14 **715 569 680 US** covering both criminal and civil as a matter of right. The
15 intent is to insure that this court and all respective actors are properly
16 indemnified against any potential losses due to this action of alleged
17 Defendant/vessel with any understanding that this Bond **EEBJ-000120- RB 715**
18 **569 680 US** should issue in lieu of arrest or detention of the vessel
19 (attachment of property, etc) letters written without prejudice or rights or
20 defenses which said plaintiffs or defendants may have pursuant to the
21 general maritime law and applicable statute law in the forum applicable
22 contracts, none of which are to be regarded as waived and are specifically
23 reserved.
24
25

**LETTER OF STIPULATION AND UNDERTAKING**

1  Without Prejudice

2

3  *Edward-Everett Brown Jr.* (signature)

4

   Edward Everett Brown, Jr., Ambassador/Diplomat, Secured Party, Sui Juris,
5  Creditor, Autochthon.

6

7  On this **7th** day of June, A.D., Two Thousand Seven, before me, a Notary

8  Public of the State of Maryland, came a man who proved to me on the basis of

9  satisfactory evidence to be the man whose signature is subscribed hereon.

10 The said man solemnly swore under oath that he has first hand knowledge of

11 the facts contained herein and that they are true, correct, complete and

12 certain.

13

14

15 Signature By _____, Notary Public

   DENISE LEMKE
   NOTARY PUBLIC STATE OF MARYLAND
16 My Commission Expires 4/1/2010



25 **LETTER OF STIPULATION AND UNDERTAKING**

                        3 of 3              RE: EDWARD EVERETT BROWN, JR.
                                            CASE NO. 06-295

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 12  AM 10: 00

NANCY M.
MAYER-WHITTINGTON
CLERK



# The State of Maryland

### Office of the Secretary of State

**I, Dennis C. Schnepfe, Interim Secretary of State of Maryland,** under and by virtue of the authority vested in me by Section 7-106 of the State Government Article of the Annotated Code of Maryland, Do Hereby Certify that

**Robert P. Duckworth**

who has made and signed the attached certificate, was on the date thereof, the duly elected and qualified Clerk of the Circuit Court for Anne Arundel County whose official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.



**In Testimony Whereof**, I hereunto set my hand and have caused to be affixed the official seal of of the Secretary of State, at Annapolis, this 7th day 2007 of June, in the year of our Lord.

*Interim Secretary of State*

No. 85244

CR 06-295-TFH
Attachments

FILED
JUN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**State of Maryland, Anne Arundel County, Sct.**

I, ROBERT P. DUCKWORTH, Clerk of the Circuit Court for Anne Arundel County, Maryland, a court of record, do hereby certify that **Denise Lemke** was a commissioned/appointed and qualified Notary Public commencing on the 28th day of February, 2006.

**In Testimony Whereof,** I have hereunto set my hand and affixed the seal of the court this 7th day of June, 2007.

*Robert P. Duckworth*

Robert P. Duckworth, Clerk
**Circuit Court for Anne Arundel County, Maryland**



RECEIVED  61107
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 JUN 12  AM 10:00
NANCY M.
MAYER WHITTINGTON
CLERK

# CERTIFICATE OF SERVICE

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 JUN 12 AM 10: 00
NANCY M.
MAYER-WHITTINGTON
CLERK

On <u>June 11, 2007</u> I mailed to:

        DIANE LUCAS
        PROSCUTING ATTORNEY
        555 4TH STREET NW
        WASHINGTON, DC 20530

the papers identified as:

1. **COPY LETTER OF STIPULATION AND UNDERTAKING**
2. **CERTIFICATE OF SERVICE**

by mailing them in a pre-paid envelope, addressed to the recipient named above, bearing First Class USPS Mail for Edward E. Brown, Jr.

My mailing location is:

    _____

I am over the age of 18 and not a party to the transaction regarding the papers I mailed.

Dated: <u>June 11, 2007</u>

William Green                          *William Green*
Printed Name                        Signature