


RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 12 AM 10: 21

NANCY M.
MAYER-WHITTINGTON
CLERK

IN ADMIRALY

**28 U.S.C. §1391(a) and 1406(a)**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED
JUN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| Plaintiff in Error ) | |
| vs. ) | Sui Juris Litigant moves |
| ) | **AFFIDAVIT OF OBLIGATION** |
| ) | **COMMERCIAL LIEN** |
| **EDWARD EVERETT BROWN, JR.©®** ) | |
| )CR Case No. <u>06-295</u> *TFH* | |
| Defendant in Error ) | |

**AFFIDAVIT OF OBLIGATION**

**COMMERCIAL LIEN**

NOW COMES Edward Everett Brown, Jr., Third Party Intervener/Offer for EDWARD EVERETT BROWN, JR., pursuant to 15 USC does hereby offer these gifts in the form of this Affidavit of Obligation Commercial Lien (SEE ANNEXED DOCUMENT) Silence is acquiescence to offer.

AFFIDAVIT OF OBLIGATION COMMERCIAL LIEN
Copies to Ed Sussman
and Diane Lucas                1 of 2            RE: EDWARD EVERETT BROWN, JR.
                                                 CASE NO. 06-295

WITHOUT RECOURSE UCC 1-308

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 12 AM 10: 21

NANCY M.
MAYER-WHITTINGTON
CLERK

By *(signature)*

Edward Everett Brown, Jr. Secured Party Creditor, Sui Juris Creditor, Ambassador/Dipl, Apostille # <u>171765</u>, Vienna Convention 23 UST 3227-3250,

AFFIDAVIT OF OBLIGATION COMMERCIAL LIEN

2 of 2               RE: EDWARD EVERETT BROWN, JR.
                         CASE NO. 06-295

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 12  AM 10: 21

NANCY M.
MAYER-WHITTINGTON
CLERK



# The State of Maryland

### Office of the Secretary of State

**I, Dennis C. Schnepfe, Interim Secretary of State of Maryland,** under and by virtue of the authority vested in me by Section 7-106 of the State Government Article of the Annotated Code of Maryland, Do Hereby Certify that

### Robert P. Duckworth

who has made and signed the attached certificate, was on the date thereof, the duly elected and qualified Clerk of the Circuit Court for Anne Arundel County whose official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.

**In Testimony Whereof**, I hereunto set my hand and have caused to be affixed the official seal of of the Secretary of State, at Annapolis, this 11th day 2007 of June, in the year of our Lord.



*Interim Secretary of State*

CR 06-295-TFH
Attachments

**FILED**
JUN 1 2 2007

No. 85375

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Edward-Everett:Brown, Jr
c/o PO Box 412
Burtonsville, Maryland
non domestic

*A Security (15 USC)*
*A USSEC Tracer Flag*
*Not a point of Law*

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 12 AM 10: 21

NANCY M.
MAYER-WHITTINGTON
CLERK

## Affidavit of Obligation
## Commercial Lien
(This is a verified plain statement of fact)

**Maxims:**

All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.

Truth as a valid statement of reality is sovereign in commerce.

An unrebutted affidavit stands as truth in commerce.

An unrebutted affidavit is acted upon as the judgement in commerce.

<u>Guaranteed</u>—All men shall have a remedy by the due course of law. If a remedy does not exist, <u>or if the existing remedy has been subverted,</u> then one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit. (Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.)

All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses, hence, governments cannot exercise the power to expunge commercial processes.

The <u>Legitimate Political Power</u> of a corporate entity is absolutely dependent upon its possession of Commercial Bonds against Public Hazard, because no Bond means no responsibility, means no power of Official signature, means no real corporate political power, means no privilege to operate statutes as the corporate vehicle.

The Corporate Legal Power is secondary to Commercial Guarantors. Case law is not a responsible substitute for a Bond.

Municipal corporations which include cities, counties, states and national governments have no commercial reality without bonding of the entity, its vehicle (statutes), and its effects (the execution of its rulings).

Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation, hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bond.

A foreclosure by a summary judgment (non-jury) without a commercial bond is a violation of commercial law.

Governments cannot make unbonded rulings or statutes which control commerce, free enterprise citizens, or sole proprietorships without suspending commerce by a general declaration of martial law.

It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully outside of or without the Court.

An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.

1

An official who impairs, debauches, voids or abridges an obligation of contract or the effect of a commercial lien without proper cause, becomes a lien debtor and his/her property becomes forfeited as the pledge to secure the lien. Pound breach (breach of impoundment) and rescue is a felony.

It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a commercial lien.

Notice to agent is notice to principal; notice to principal is notice to agent.

<u>PUBLIC HAZARD BONDING OF CORPORATE AGENTS  All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim-a-facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office.</u>

**Parties:**

Edward-Everett:Brown, Jr./Lien Claimant


non domestic

Lien Debtor(s):
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, dba THOMAS HOGAN TRUST
c/o 333 Constitution Ave. NW
Washington, DC 20001
and
Nancy Mayer-Whittington (Clerk of Court) d.b.a. NANCY MAYER-WHITTINGTON TRUST
c/o  333 Constitution Ave. NW
Washington, DC 20001

Other PARTIES/Lien Debtor(s):
Diane Lucas (United States Attorney) d.b.a. DIANE LUCAS TRUST

**Allegations:**

Allegations arise from the conduct of Lien Debtors in regards to their conduct doing business as UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, dba THOMAS HOGAN TRUST and Nancy Mayer-Whittington (Clerk of Court) d.b.a. NANCY MAYER-WHITTINGTON TRUST

1. Edward Everett Brown, Jr., was born on November 30, 1957, the son by blood of Ann C. Brown and Edward Everett Brown, Sr.
2. Ann Brown was born on July 13, 1936, the daughter by blood of Robert Christian and Mary Christian.
3. Edward Everett Brown, Jr., is the direct heir of Ann Brown and Robert Christian, whom is deceased.
4. Edward Everett Brown, Jr., Lien Claimant, in the month of April of 2007 sent via Registered U.S.P.S. mail # **RB 715 569 530 US** to Judge Thomas Hogan and to my knowledge he is still in receipt of all documents which includes an Invoice valued Five Hundred Forty Seven Million x 2 United States Dollars ($547,000,000.00 x 2). Invoice was also received by

2

  DianeLucas via U.S.P.S. **RB 715 569 543 US** for the same value of Five Hundred Forty Seven Million x 2 United States Dollars ($547,000,000.00 x 2) for doing business with Lien Claimant.

5. Edward-Everett:Brown, Jr., Lien Claimant, in the month of May of 2007 made an Offer to Mr Thomas Hogan d.b.a. JUDGE THOMAS HOGAN. Mr. Thomas Hogan d.b.a. JUDGE THOMAS HOGAN accepted the offer in the Form of a Private Bond for Setoff **EEBJ-000120**. Mr. Thomas Hogan d.b.a. JUDGE THOMAS HOGAN as of the present has dishonored Edward-Everett:Brown, Jr., Lien Claimant, and chosen not to used the negotiable instrument to setoff all charges and dismiss Case No. 06-295.
6. Edward-Everett:Brown, Jr., Lien Claimant, is the injured party and is continually being injured as long as Case No. 06-295 continues.
7. This Honorable Court has not provided Edward-Everett:Brown, Jr., Lien Claimant, with The Writ of Discovery Request for Debt Validation Pursuant to HJR-192 June 5, 1933 Public Policy 73-10 and 27 CFR 7211.
8. Edward-Everett:Brown, Jr., Lien Claimant, and EDWARD EVERETT BROWN, JR. ©™ are not one and the same. EDWARD EVERETT BROWN, JR., is the Corporate entity created by the UNITED STATES OF AMERICA.
9. Edward-Everett:Brown, Jr., Lien Claimant, has entered into the record a Commercial Affidavit of Truth and it as of the present has yet to be rebutted.
10. Edward-Everett:Brown, Jr. Lien Claimant, Falsely Imprisoned and Kidnapping, Trespass To Try Title, conspired against under duress by Public Defender to accept a plea. Been made to accept Representation by Unlicensed Attorneys/Lawyers whom the Court allows to Defend and Prosecute knowingly AS PER THE UNITED STATES SUPREME COURT; The practice of Law CAN NOT be licensed by any state/State <u>Schware V. Board of Examiners</u>, 353 U.S. 238, 239 B. The practice of Law is AN OCCUPATION OF COMMON RIGHT! <u>Sims v. Aherns</u>, 271 S.W. 720 (1925) II. The "CERTIFICATE" from the State Supreme Court: ONLY authorizes, 1. To practice Law "IN COURTS" As a member of the STATE JUDICIAL BRANCH OF GOVERNMENT. 2. Can ONLY represent WARDS OF THE COURT.
3. INFANTS 4. PERSONS OF UNSOUND MIND SEE CORPUS JURIS SECUNDUM, VOLUME 7, SECTION 4.
11. Edward-Everett:Brown, Jr., Lien Claimant has no valid charges placed against him and innocent of any and all charges is Free To Go Without Prejudice.
12. Edward-Everett:Brown, Jr., Lien Claimant claims his settlement valued Five Hundred Forty Seven Million x 2 United States Dollars ($547,000,000.00 x 2)levied against the Public Hazard Bond.
13. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, dba THOMAS HOGAN TRUST, Nancy Mayer-Whittington (Clerk of Court) d.b.a. NANCY MAYER-WHITTINGTON TRUST, DIANE LUCAS d.b.a. Diane Lucas (US Attorney) its products, proceeds, and fixtures are hereby surety for Five Hundred Forty Seven Million x 2 United States Dollars ($547,000,000.00 x 2).

### Proof of Allegations:

1. Lien Debtors affirm that Edward-Everett:Brown, Jr., was born on November 30, 1957, the son by blood of Ann Brown and Edward Everett Brown, Sr. <u>If no timely rebuttal it is AFFIRMED.</u>
2. Lien Debtors affirm that Ann Brown was born on July 13, 1936, the daughter by blood of Robert Christian and Mary Christian. If <u>no timely rebuttal it is AFFIRMED.</u>
3. Lien Debtors affirm that Edward-Everett:Brown, Jr., is the direct heir of Ann Brown and Edward Everett Brown, Sr., who is deceased. <u>If no timely rebuttal it is AFFIRMED.</u>
4. Lien Debtors affirm that in the month of April of 2007 sent via Registered U.S.P.S. mail # **RB 715 569 530 US** to Judge Thomas Hogan, and Diane Lucas US Attorney via Registered U.S.P.S. mail # **RB 715 569 530 US** and to my knowledge he/she is still in receipt of all documents which includes Invoices valued Five Hundred Forty Seven Million x 2 United States Dollars ($547,000,000.00 x 2). <u>If no timely rebuttal it is AFFIRMED.</u>

3

5. Lien Debtors affirm that Edward-Everett:Brown, Jr., Lien Claimant, in the month of May of 2007 made an Offer to Mr. Thomas Hogan d.b.a. JUDGE THOMAS HOGAN. Mr. Thomas Hogan d.b.a. JUDGE THOMAS HOGAN accepted the offer in the Form of a Private Bond for Setoff EEBJ-000120. Mr. Thomas Hogan d.b.a. JUDGE THOMAS HOGAN as of the present has dishonored Edward-Everett:Brown, Jr., Lien Claimant, and chosen not to used the negotiable instrument to setoff all charges and dismiss Case No. 06-295. <u>If no timely rebuttal it is AFFIRMED.</u>
6. Lien Debtors affirm that Edward-Everett:Brown, Jr., Lien Claimant, is the injured party and is continually being injured as long as Case No. 06-295 continues. <u>If no timely rebuttal it is AFFIRMED.</u>
7. Lien Debtors affirm that This Honorable Court has not provided Edward-Everett:Brown, Jr., Lien Claimant, with The Writ of Discovery Request for Debt Validation Pursuant to HJR-192 June 5, 1933 Public Policy 73-10 and 27 CFR 7211. <u>If no timely rebuttal it is AFFIRMED.</u>
8. Lien Debtors affirm that Edward-Everett:Brown, Jr., Lien Claimant, and EDWARD EVERETT BROWN, JR. ©™ are not one and the same. EDWARD EVERETT BROWN, JR., is the Corporate entity created by the UNITED STATES OF AMERICA. <u>If no timely rebuttal it is AFFIRMED.</u>
9. Lien Debtors affirm that Edward-Everett:Brown, Jr., Lien Claimant, has entered into the record a Commercial Affidavit of Truth and it as of the present has yet to be rebutted. <u>If no timely rebuttal it is AFFIRMED.</u>
10. Lien Debtors affirm that Edward-Everett:Brown, Jr., Lien Claimant, Edward-Everett:Brown, Jr. Lien Claimant, Falsely Imprisoned and Kidnapping, Trespass To Try Title, conspired against by public Defender under duress to accept a plea. Been made to accept Representation by Unlicensed Attorneys/Lawyers whom the Court allows to Defend and Prosecute knowingly AS PER THE UNITED STATES SUPREME COURT; The practice of Law CAN NOT be licensed by any state/State <u>Schware V. Board of Examiners</u>, 353 U.S. 238, 239 B. The practice of Law is AN OCCUPATION OF COMMON RIGHT! <u>Sims v. Aherns</u>, 271 S.W. 720 (1925) II. The "CERTIFICATE" from the State Supreme Court: ONLY authorizes, 1. To practice Law "IN COURTS" As a member of the STATE JUDICIAL BRANCH OF GOVERNMENT. 2. Can ONLY represent WARDS OF THE COURT. 3. INFANTS 4. PERSONS OF UNSOUND MIND SEE CORPUS JURIS SECUNDUM, VOLUME 7, SECTION 4. <u>If no timely rebuttal it is AFFIRMED.</u>

11. Lien Debtors affirm that Edward-Everett:Brown, Jr., Lien Claimant has no valid charges placed against him and innocent of any and all charges and is Free To Go Without Prejudice. <u>If no timely rebuttal it is AFFIRMED.</u>
12. Lien Debtors affirm that Edward-Everett:Brown, Jr., Lien Claimant claims his settlement valued Five Hundred Forty Seven Million United States Dollars ($547,000,000.00 x 2) levied against the Public Hazard Bond. <u>If no timely rebuttal it is AFFIRMED.</u>
13. Lien Debtors affirm that UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, dba THOMAS HOGAN TRUST, Nancy Mayer-Whittington (Clerk of Court) d.b.a. NANCY MAYER-WHITTINGTON TRUST, and its products, proceeds, and fixtures are hereby surety for Five Hundred Forty Seven Million x 2 United States Dollars ($547,000,000.00 x 2). <u>If no timely rebuttal it is AFFIRMED.</u>

NOTICE is hereby given that Lien Debtors have ten (10) days after receipt of this Affidavit of Obligation to rebut, deny, or otherwise prove invalid the above allegations. Failure to rebut, deny, or otherwise prove any allegation will be construed to be failure to rebut, deny, or otherwise prove all allegations.

**Ledgering:** Ledgering in the instant matter is comprised solely of the value of USDollar, EURO, British Pound or gold backed currency payable to Lien Claimant in sum certain Five Hundred Forty Seven Million United States Dollars x 2 ($547,000,000.00 x 2) in functional currency of the United States.

4

61185

**State of Maryland, Anne Arundel County, Sct.**

I, ROBERT P. DUCKWORTH, Clerk of the Circuit Court for Anne Arundel County, Maryland, a court of record, do hereby certify that **Sheila M. Boss** was a commissioned/appointed and qualified Notary Public commencing on the 4th day of February, 2004.

**In Testimony Whereof,** I have hereunto set my hand and affixed the seal of the court this 11th day of June, 2007.



*Robert P. Duckworth*
Robert P. Duckworth, Clerk
Circuit Court for Anne Arundel County, Maryland

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
UNITED STATES 10: 22
NANCY MAYER-WHITTINGTON
CLERK

**Surety:** Surety for the value of this Affidavit of Obligation/Commercial Lien is the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, dba THOMAS HOGAN TRUST and Nancy Mayer-Whittington (Clerk of Court) d.b.a. NANCY MAYER-WHITTINGTON TRUST its products, proceeds and fixtures. If the value of Five Hundred Forty Seven Million x 2 United States Dollars ($547,000,000.00 x 2) cannot be had by the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, dba THOMAS HOGAN TRUST and Nancy Mayer-Whittington (Clerk of Court) d.b.a. NANCY MAYER-WHITTINGTON TRUST, its products, proceeds and fixtures, then the public hazard bonds of Lien Debtors are seized to satisfy any remaining value.

I, Edward-Everett:Brown, Jr., certify on my own commercial liability that I have read the above and I have grounds and do know that it is true, correct, and complete, and not misleading, the truth, the whole truth, and nothing but the truth.

*Edward-Everett-Brown Jr.*
Edward-Everett:Brown, Jr
c/o P. O. Box 412
Burtonsville, Maryalnd [20866]

NOTARY

On this date, June 11, 2007, a man, appearing in his true character, who identified himself as Edward-Everett:Brown, Jr., appeared before me, Sheila M. Boss, a notary public residing in <u>Anne Arundel</u> county, Maryland state, and attested to the truth of this affidavit with his oath and autograph.

*Sheila M Boss*
NOTARY PUBLIC

SHEILA M. BOSS
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 1, 2008

5

This Certifies that a Certificate of Service is Servered to All Parties on JUN 12, 2007

NOTICE TO AGENT IS NOTICE TO PRINCIPLE
NOTICE TO PRINCIPLE IS NOTICE TO AGENT



RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
JUN 12 2007
NANCY M. MAYER-WHITTINGTON
CLERK