


RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 12  AM 10: 02

NANCY M.
MAYER-WHITTINGTON
CLERK

**IN ADMIRALY**

<u>28 U.S.C. §1391(a) and 1406(a)</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

JUN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Plaintiff in Error | ) | |
| vs. | ) | Sui Juris Litigant moves |
| | ) | **NOTICE OF FAULT** |
| | ) | **OPPORTUNITY TO CURE** |
| **EDWARD EVERETT BROWN, JR.©®** | ) | |
| | ) | Case No. <u>06-295</u> *TFH* |
| Defendant in Error | ) | |

---

**NOTICE OF FAULT**

**OPPORTUNITY TO CURE**

NOW COMES Edward Everett Brown, Jr., Third Party Intervener/Offer for EDWARD EVERETT BROWN, JR., pursuant to 15 USC does hereby offer these gifts in the form of this Notice of Fault Opportunity to Cure (SEE ANNEXED DOCUMENT) Silence is acquiescence to offer.

NOTICE OF FAULT OPPORTUNITY TO CURE

*Copies to Ed Sussman and Diane Lucas.*

RE: EDWARD EVERETT BROWN, JR.
CASE NO. 06-295

WITHOUT RECOURSE UCC 1-308

By: /s/ Edward Everett Brown, Jr.

Edward Everett Brown, Jr. Secured Party Creditor, Sui Juris Creditor, Ambassador/Dipl, Apostille # <u>171765</u>, Vienna Convention 23 UST 3227-3250,

NOTICE OF FAULT OPPORTUNITY TO CURE






# The State of Maryland

### Office of the Secretary of State

**I, Dennis C. Schnepfe, Interim Secretary of State of Maryland,** under and by virtue of the authority vested in me by Section 7-106 of the State Government Article of the Annotated Code of Maryland, Do Hereby Certify that

### Robert P. Duckworth

who has made and signed the attached certificate, was on the date thereof, the duly elected and qualified Clerk of the Circuit Court for Anne Arundel County whose official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.

**In Testimony Whereof**, I hereunto set my hand and have caused to be affixed the official seal of of the Secretary of State, at Annapolis, this 11th day 2007 of June, in the year of our Lord.

*Interim Secretary of State*

CR 06-295-TFH
Attachments

**FILED**
JUN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

No. 85374

**State of Maryland, Anne Arundel County, Sct.**

I, ROBERT P. DUCKWORTH, Clerk of the Circuit Court for Anne Arundel County, Maryland, a court of record, do hereby certify that **Sheila M. Boss** was a commissioned/appointed and qualified Notary Public commencing on the 4th day of February, 2004.

**In Testimony Whereof,** I have hereunto set my hand and affixed the seal of the court this 11th day of June, 2007.



*Robert P. Duckworth*
Robert P. Duckworth, Clerk
Circuit Court for Anne Arundel County, Maryland

RECEIVED    61186
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 12  AM 10: 02

NANCY M.
MAYER-WHITTINGTON
CLERK

# NOTICE OF FAULT AND OPPORTUNITY TO CURE

**Parties:**     Edward-Everett:Brown, Jr./Lien Claimant

non domestic

Lien Debtor(s):
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, dba THOMAS HOGAN TRUST
c/o 333 Constitution Ave. NW
Washington, DC 20001
and
Nancy Mayer-Whittington (Clerk of Court) d.b.a. NANCY MAYER-WHITTINGTON TRUST
c/o 333 Constitution Ave. NW
Washington, DC 20001

Other PARTIES/Lien Debtor(s):
Diane Lucas (United States Attorney) d.b.a. DIANE LUCAS TRUST

Affidavit of Obligation Commercial Lien filed at Secretary of State for Maryland

VERIFICATION

Anne Arundel county     )
                        )     Verified Declaration
The state of Maryland   )

Declarant, Edward-Everett:Brown, Jr., on his Commercial Oath with unlimited liability, proceeding in good faith, being of sound mind states: the facts contained herein are true, correct, and complete and not misleading to the best of Declarant's private first hand knowledge and understanding "So-help-me-God" under penalty of International Commercial Law.

*Edward-Everett:Brown, Jr.* (signature)
Edward-Everett:Brown, Jr.

The State of Maryland     }
                          } ss
Anne Arundel county       }

Subscribed before me, _Sheila M. Boss_____, a Notary Public, this day of _June 11, 2007_.

_____ (signature)
NOTARY

SHEILA M. BOSS
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 1, 2008

STATEMENT OF FACTS

On or about May 30, 2007 Judge Thomas Hogan/Lien Debtor and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA/ Lien Debtor received service of Private Bond For Setoff **EEBJ-000120- RB 715 569 680 US** for Setoff and dismissal in Case No. 06-295. Neither Judge Thomas Hogan/Lien Debtor and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA/ Lien Debtor as of 12th of June 2007 has responded to the Commercial Affidavit of Truth Commercial Lien nor effected the remedy.

1. Judge Thomas Hogan/Lien Debtor and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA/ Lien Debtor are at fault.
2. As an operation of law Judge Thomas Hogan/Lien Debtor and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA/ Lien Debtor by dishonor of Commercial Affidavit of Truth Commercial Lien has caused Commercial Affidavit of Truth Commercial Lien to turn into an 'account receivable'.

OPPORTUNITY TO CURE

In the event that Judge Thomas Hogan/Lien Debtor and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA/ Lien Debtor's failure to take the remedy offered in COMMERCIAL AFFIDAVIT OF TRUTH was an oversight, mistake or otherwise unintentional, Edward-Everett:Brown, Jr./Lien Claimant grants Judge Thomas Hogan/Lien Debtor and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA/ Lien Debtor three (3) days, exclusive of the day of receipt, to cure the fault and effect the remedy.

Failure to cure will constitute, as an operation of law, the FINAL admission of the obligation by Judge Thomas Hogan/Lien Debtor and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA/ Lien Debtor through *tacit procuration* to the Commercial Affidavit of Truth Commercial Lien and the whole matter shall be deemed *stare decisis*.

Response by Judge Thomas Hogan/Lien Debtor and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA/ Lien Debtor must be served on Edward-Everett:Brown, Jr./Lien Claimant exactly as provided:
      Edward-Everett:Brown, Jr.


Edward-Everett:Brown, Jr./Lien Claimant awaits Judge Thomas Hogan/Lien Debtor and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA/ Lien Debtor's timely response.

Given under my hand and seal this the 12th day of June, 2007.

By: *[signature]*
Edward-Everett:Brown, Jr./Lien Claimant

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA.

2007 JUN 12 AM 10: 03

NANCY M.
MAYER-WHITTINGTON
CLERK

# CERTIFICATE OF SERVICE

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 12  AM 10: 03

NANCY M.
MAYER-WHITTINGTON
CLERK

On <u>June 11, 2007</u> I mailed to:

        DIANE LUCAS
        PROSCUTING ATTORNEY
        555 4TH STREET NW
        WASHINGTON, DC 20530

the papers identified as:

1. COPY NOTICE OF FAULT OPPORTUNITY TO CURE
2. CERTIFICATE OF SERVICE

by mailing them in a pre-paid envelope, addressed to the recipient named above, bearing First Class USPS Mail for Edward E. Brown, Jr.

My mailing location is:

I am over the age of 18 and not a party to the transaction regarding the papers I mailed.

Dated: <u>June 11, 2007</u>

<u>William Green</u>                                                              _William Green_
Printed Name                                                              Signature