


RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 12 AM 10: 05

NANCY M.
MAYER-WHITTINGTON
CLERK

### IN ADMIRALY

### 28 U.S.C. §1391(a) and 1406(a)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED
JUN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| Plaintiff in Error ) | |
| vs. ) | Sui Juris Litigant moves |
| ) | WRIT OF DISCOVERY |
| ) | REQUEST FOR DEBT VALIDATION |
| **EDWARD EVERETT BROWN, JR.**©® ) | ACCESSMENT |
| ) | CR Case No. 06-295 TFH |
| Defendant in Error ) | |

### WRIT OF DISCOVERY

NOW COMES Edward Everett Brown, Jr., Third Party Intervener/Offer for EDWARD EVERETT BROWN, JR., pursuant to 27 CFR 72.11 does hereby request a validation of debt regarding the above styled case with presentment from the Original Charging Instrument that was Accepted For Value and Returned for Settlement and Closure timed stamped and accepted into the Court record and in the docket. Silence is

WRIT OF DISCOVERY
Copies to Ed Sussman
and Diane Lucas

1 of 2

RE: EDWARD EVERETT BROWN, JR.
CASE NO. 06-295



# The State of Maryland

### Office of the Secretary of State

**I, Dennis C. Schnepfe, Interim Secretary of State of Maryland,** under and by virtue of the authority vested in me by Section 7-106 of the State Government Article of the Annotated Code of Maryland, Do Hereby Certify that

### Robert P. Duckworth

who has made and signed the attached certificate, was on the date thereof, the duly elected and qualified Clerk of the Circuit Court for Anne Arundel County whose official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.

**In Testimony Whereof**, I hereunto set my hand and have caused to be affixed the official seal of of the Secretary of State, at Annapolis, this 11th day 2007 of June, in the year of our Lord.

*Interim Secretary of State*

No. 85376

CR 06 - 295 - TFH
Attachments



FILED
JUN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**State of Maryland, Anne Arundel County, Sct.**

I, ROBERT P. DUCKWORTH, Clerk of the Circuit Court for Anne Arundel County, Maryland, a court of record, do hereby certify that **Sheila M. Boss** was a commissioned/appointed and qualified Notary Public commencing on the 4th day of February, 2004.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of the court this 11th day of June, 2007.



*Robert P. Duckworth*
Robert P. Duckworth, Clerk
Circuit Court for Anne Arundel County, Maryland

1  acquiescence to offer.

2  *Edward Everett Brown, Jr.* (signature)

3  Edward Everett Brown, Jr.

4

5  COUNTY OF ANNE ARUNDEL    )    ss

6  STATE OF MARYLAND          )

7

8  On the _11_ day of _June_, 2007, before me Edward Everett Brown,

9  Jr., personally known to me (or proved to me on the basis of

10 satisfactory evidence of identification) to be a person whose name is

11 subscribed to the within this document.

12 Witnessed, my hand and official seal.

13

14 (signature)

15 NOTARY                    SHEILA M. BOSS
                            NOTARY PUBLIC STATE OF MARYLAND
                            My Commission Expires February 1, 2008
16 My commission Expires:_____

17

18

19

20

21

22

23

24

25

WRIT OF DISCOVERY

                2 of 2           RE: EDWARD EVERETT BROWN, JR.
                                 CASE NO. 06-295

# CERTIFICATE OF SERVICE

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 JUN 12 AM 10: 05

NANCY M.
MAYER-WHITTINGTON
CLERK

On June 11, 2007 I mailed to:

DIANE LUCAS
PROSCUTING ATTORNEY
555 4TH STREET NW
WASHINGTON, DC 20530

the papers identified as:

1. COPY WRIT OF DISCOVERY
2. CERTIFICATE OF SERVICE

by mailing them in a pre-paid envelope, addressed to the recipient named above, bearing First Class USPS Mail for Edward E. Brown, Jr.

My mailing location is:

I am over the age of 18 and not a party to the transaction regarding the papers I mailed.

Dated: June 11, 2007

William Green                          _William Green_
Printed Name                                Signature