UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 06-295 (TFH) |
| : | |
| EDWARD EVERETT BROWN JR. : | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
TO DEFENDANT'S DOCUMENTS FILED ON JUNE 12 AND June 13, 2007**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves pursuant to Fed. R. Crim. Pro. 12, for an order extending the time to respond to defendant's numerous *pro se* pleadings filed on June 12, 2007 and June 13, 2007 until, and if, ordered to respond by the Court and submits the following in support.

1. On June 12, 2007, the defendant filed *pro se* a document entitled, "Judicial Notice" and another document entitled "Notice of Acceptance of Oath." On June 13, 2007, the defendant filed *pro se* documents entitled, "Writ of Discovery," "Notice of Fault-Opportunity to Cure," "Affidavit of Obligation-Commercial Lien," and "Letter of Stipulation and Undertaking."

2. The defendant is charged by Indictment with one count of bank fraud and two counts of fictitious obligation in this criminal matter. The case is set for retrial on July 30, 3007.

3. None of defendant's *pro se* documents have any factual or legal basis.

4. On June 18, 2007, the undersigned counsel spoke to counsel for the defendant and he does not object to the United States' motion for extension of time.

WHEREFORE, the United States moves the Court for an order extending the time for the government to respond until, and if, ordered to respond by the Court.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Diane G. Lucas, D.C. Bar #443610
Assistant United States Attorney
555 Fourth Street, N.W., Fourth Floor
Washington, DC 20530
(202) 514-7912

<u>Certificate of Service</u>

    I hereby certify that on June 18, 2007, a copy of this pleading was served by electronic mail upon Edward C. Sussman, Esquire., 601 Pennsylvania Avenue, N.W., Suite 900, Washington, DC 20004.

_____
Diane G. Lucas
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 06-295 (TFH)** |
| | : | |
| | : | |
| **EDWARD EVERETT BROWN, JR.** | : | |

### ORDER

Upon consideration of the government's Motion for Extension of Time to File Response to Defendant's Pro Se Documents Filed On June 12 and Jue 13, 2007, and for good cause shown, the Motion is hereby granted.

_____
Thomas F. Hogan
Chief, United States District Judge


cc:   Diane Lucas, AUSA
      Edward C. Sussman, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| 5. | : | **Crim. No. 06-295 (TFH)** |
| | : | |
| | : | |
| **EDWARD EVERETT BROWN, JR.** | : | |

## ORDER

Upon consideration of the government's Motion for Extension of Time to File Response to Defendant's Pro Se Documents Filed On June 12 and Jue 13, 2007, and for good cause shown, the Motion is hereby granted.

_____
Thomas F. Hogan
Chief, United States District Judge


cc:   Diane Lucas, AUSA
      Edward C. Sussman, Esquire