RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUL 13 PM 12: 59

NANCY M.
MAYER-WHITTINGTON
CLERK




## IN ADMIRALY

### 28 U.S.C. §1391(a) and 1406(a)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**



FILED
JUL 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
UNITED STATES OF AMERICA      )
                              )
     Plaintiff in Error       )
                              )
vs.                           )   Sui Juris Litigant moves
                              )
                              )   CERTIFICATE AND NOTICE
                              )
                              )   OF NONE RESPONSE
                              )
EDWARD EVERETT BROWN, JR.©®   )
                              )
                              )   Case No. 06-295
                              )
     Defendant in Error       )
```

---

### CERTIFICATE AND NOTICE OF NONE RESPONSE

NOW COMES Edward Everett Brown, Jr., Third Party Intervener/Offer for EDWARD EVERETT BROWN, JR., pursuant to 15 USC does hereby offer these gifts in the form of this **CERTIFICATE AND NOTICE OF NONE RESPONSE** (SEE ANNEXED DOCUMENT) Silence is acquiescence to offer.

CERTIFICATE AND NOTICE OF NONE RESPONSE

```
                    RECEIVED
                 U.S. DISTRICT COURT
                 DISTRICT OF COLUMBIA

                 2007 JUL 13  WITHOUT RECOURSE UCC 1-308

                    NANCY M.
                 MAYER-WHITTINGTON
                    CLERK

              By: /s/ Edward-Everett [signature]
```

Edward Everett Brown, Jr. Secured Party Creditor, Sui Juris Creditor, Ambassador/Dipl, Apostille # <u>171765</u>, Vienna Convention 23 UST 3227-3250,

25 | **CERTIFICATE AND NOTICE OF NONE RESPONSE**

2 of 2   RE: EDWARD EVERETT BROWN, JR. (Trustee)
         CASE NO. 06-295



RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUL 13  PM 1:01

NANCY M.
MAYER-WHITTINGTON
CLERK

# The State of Maryland

Office of the Secretary of State

## Apostille

*(Convention de La Haye du 5 Octobre 1961)*

1. Country: United States of America
   This public document

2. has been signed by **Robert P. Duckworth**

3. acting in the capacity of **Clerk of the Circuit Court for Anne Arundel County**

4. bears the seal/stamp of the **Circuit Court for Anne Arundel County**

### Certified

5. at Annapolis, Maryland

6. the **9th day of July, 2007**

7. by The Secretary of State of Maryland

8. Seal



9. Signature

*Interim Secretary of State*

No. 200322

NOTICE OF COMMERCIAL CLAIM WITHIN THE UCC, ADMINISTRATIVE REMEDY
of Edward-Everett:brown, Jr., CREDITOR, SECURED PARTY

CASE # **06-295**                                     Registered Mail #RB 715 570 060 US

                                                      2007 JUL 13 PM 1:01

                                                      NANCY M.
                                                      MAYER-WHITTINGTON
                                                      CLERK

## NOTICE OF DEFAULT

### CASE # **06-295**

Date: July 9, 2007

Affiant:      Edward-Everett:brown, Jr., Creditor Secured Party,
              C/o Denise Lemke Notary Acceptor
              7 Church Circle
              Annapolis, [21401] MD

Libellee:     THOMAS HOGAN, Et al.
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
              333 CONSTITUTION AVE. NW
              WASHINGTON, DC 20001

              DIANE LUCAS                    UNITED STATES ATTORNEY
              NANCY M. MAYER-WHITTINGTON     CLERK OF COURT
              ALBERTO GONZALES               US ATTORNEY GENERAL
              EQUIFAX                        CORPORATION
              EXPERIAN                       CORPORATION
              TRANSUNION                     CORPORATION

In care of:   THOMAS HOGAN, Et al.
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
              333 CONSTITUTION AVE. NW
              WASHINGTON, DC 20001

                                              Libellee is additionally subject to <u>postal
                                              statutes</u> and the jurisdiction of the Universal
                                              Postal Union.

### COMMERCIAL OATH AND VERIFICATION

Anne Arundel county    )
                       )    Commercial Oath and Verification
Maryland state         )

### NOTICE OF DEFAULT
Page 1 of 3

I, EDWARD EVERETT BROWN, JR., under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Libellant's knowledge and belief under penalty of International Commercial Law.

EDWARD EVERETT BROWN, JR.

61884

### State of Maryland, Anne Arundel County, Sct.

I, ROBERT P. DUCKWORTH, Clerk of the Circuit Court for Anne Arundel County, Maryland, a court of record, do hereby certify that **Denise Lemke** was a commissioned/appointed and qualified Notary Public commencing on the 28th day of February, 2006.

**In Testimony Whereof,** I have hereunto set my hand and affixed the seal of the court this 9th day of July, 2007.



*Robert P. Duckworth*

Robert P. Duckworth, Clerk
Circuit Court for Anne Arundel County, Maryland

By: Edward-Everett:brown, Jr., agent, Libellant, UCC 3-402 (b)(1)

*Edward-Everett:brown, Jr.*
Signature   lawful man

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under Oath this ___9th___ day of ___July___, 2007.

_____
Notary
DENISE LEMKE
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires __11/__2010



## STATEMENT OF FACTS

1. On May 30, 2007, THOMAS HOGAN, Et al., d.b.a. CHIEF JUDGE OF UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA and its Co-Party, received service of a Private Bond for Setoff valued Unlimited Labeled EEBJ-000120. On June 1, 2007 timed stamped for May 32, 2007 THOMAS HOGAN, Et al., d.b.a. CHIEF JUDGE OF UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA and its Co-Party received notice of a Commercial Affidavit of Truth.

2. Affiant granted THOMAS HOGAN, Et al., d.b.a. CHIEF JUDGE OF UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA and its Co-Party and Officers, ten (10) days to respond, or in the alternative, admit all claims and answers to inquires verified therein.

3. On June 12, 2007, THOMAS HOGAN, Et al., d.b.a. CHIEF JUDGE OF UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA and its Co-Party and Officers, received service of a NOTICE OF FAULT-OPPORTUNITY TO CURE regarding Case 06-295 Administrative Remedy, and was therein granted three (3) days to cure the condition of Default.

4. The witness, Denise Lemke and Sheila Boss Notary Acceptors acknowledges and testifies a non response to Agreement and Harmony in the Nature of a Notice of Commercial Claim, Case # 06-295 and Notice of Fault-Opportunity to Cure dated June 12, 2007, for Notice of Commercial Claim within the UCC Administrative Remedy, Case # 06-295.

5. Affiant has received no response from THOMAS HOGAN, Et al., d.b.a. CHIEF JUDGE OF UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA and its Co-Party and Officers.

## NOTICE OF DEFAULT
Page 2 of 3

6. THOMAS HOGAN, Et al., d.b.a. CHIEF JUDGE OF UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA and its Co-Party and Officers are at Default.

7. As an operation of law, THOMAS HOGAN, Et al., d.b.a. CHIEF JUDGE OF UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA and its Co-Party and Officers have admitted to the statements, claims and answers to inquires verified therein.

8. THOMAS HOGAN, Et al., d.b.a. CHIEF JUDGE OF UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA and its Co-Party and Officers have a duty to make the appropriate changes agreed to and enforce the changes in the referenced documents in the Commercial Affidavit of Truth Commercial claim within the UCC Administrative Remedy, Case # 06-295.

9. THOMAS HOGAN, Et al., d.b.a. CHIEF JUDGE OF UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA and its Co-Party and Officers are reminded of their duty in contract, the performance of which is secured by Official Bond or surety, and the duty to take the appropriate actions applicable and referenced at <u>Public Law 42 USC 1986</u>.

### ADMITTED ANSWERS TO INQUIRES

<u>Statement:</u> The Administrative Record for Affiant's Commercial Claim within the UCC Administrative Remedy, Case # 06-295, as identified in Statements 1 and 3 above, shows that all of the Inquires in said file have been agreed to (Admitted/Acknowledged) by tacit procuration by THOMAS HOGAN, Et al., d.b.a. CHIEF JUDGE OF UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA and its Co-Party and Officers' failure/refusal or choice not to respond.
<u>Response:</u> Libellee admits the answer is: YES

Further Libellant sayeth naught.

### DEFAULT

Based upon THOMAS HOGAN, Et al., d.b.a. CHIEF JUDGE OF UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA and its Co-Party and Officers may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceeding.

Given under my hand and seal this the _9th_ day of the _July_ of 2007 anno Domini.
Prepared and submitted by:

_[signature]_
Edward-Everett:brown, Jr. Libellant

# CERTIFICATE OF SERVICE

RECEIVED
U.S. DISTRICT COURT

2007 JUL 13 PM 12: 58

NANCY M.
MAYER-WHITTINGTON
CLERK

On <u>July 13, 2007</u>   I mailed to:

the papers identified as:

1. NOTICE OF DEFAULT
2. CERTIFICATE OF MAILING

by U.S.P.S. FIRST CLASS MAIL mailing them in a pre-paid envelope, addressed to the recipient for Edward Everett Brown, Jr.

I am over the age of 18 and not a party to the transaction regarding the papers I mailed.

Dated 7·13·07

William Green
Printed Name

Signature