

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUL 13 PM 1: 01

NANCY M.
MAYER-WHITTINGTON
CLERK

## IN ADMIRALY

### 28 U.S.C. §1391(a) and 1406(a)



FILED

JUL 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff in Error | ) | |
| vs. | ) | **Sui Juris Litigant moves** |
| | ) | **NOTICE OF DEFAULT** |
| | ) | |
| EDWARD EVERETT BROWN, JR.©® | ) | *TFH* |
| | ) | Case No. <u>06-295</u> |
| | | *CR* |
|     Defendant in Error | ) | |

---

## NOTICE OF DEFAULT

NOW COMES Edward Everett Brown, Jr., Third Party Intervener/Offer for

EDWARD EVERETT BROWN, JR., pursuant to 15 USC does hereby offer these gifts

in the form of this NOTICE OF DEFAULT (SEE ANNEXED DOCUMENT) Silence is

acquiescence to offer.

NOTICE OF DEFAULT

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUL 13 PM 1:01        WITHOUT RECOURSE UCC 1-308

NANCY M.
MAYER-WHITTINGTON
CLERK

By: _Edward Everett Brown Jr._

    **Edward Everett Brown, Jr. Secured Party Creditor, Trustee Sui Juris Creditor, Ambassador/Dipl, Apostille # 171765, Vienna Convention 23 UST 3227-3250,**

**NOTICE OF DEFAULT**



RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUL 13  PM 12: 59

NANCY M.
MAYER-WHITTINGTON
CLERK

# The State of Maryland

## Office of the Secretary of State

## Apostille

*(Convention de La Haye du 5 Octobre 1961)*

1.  Country: United States of America
    This public document

2.  has been signed by **Robert P. Duckworth**

3.  acting in the capacity of **Clerk of the Circuit Court for Anne Arundel County**

4.  bears the seal/stamp of the **Circuit Court for Anne Arundel County**

**Certified**

5.  at Annapolis, Maryland

6.  the **9th day of July, 2007**

7.  by The Secretary of State of Maryland

8.  Seal



9.  Signature

*Interim Secretary of State*

No. 200323

NOTICE OF COMMERCIAL CLAIM WITHIN THE UCC ADMINISTRATIVE REMEDY
of Edward-Everett:brown, Jr., CREDITOR, SECURED PARTY

CASE # **06-295**                                           Registered Mail #RB 715 570 073 US

207 JUL 13 PM 12: 59

NANCY M.
MAYER-WHITTINGTON
CLERK

# CERTIFICATE AND NOTICE OF NONE RESPONSE
## 28 U.S.C. §1333 and §1337

### CASE # **06-295**

Date: July 9, 2007

Affiant:      Edward-Everett:brown, Jr., **Creditor Secured Party,**
              C/o Denise Lemke **Notary Acceptor**
              7 Church Circle
              Annapolis, [21401] MD

Libellee:     THOMAS HOGAN, **Et al.**
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
              333 CONSTITUTION AVE. NW
              WASHINGTON, DC 20001

              DIANE LUCAS                    UNITED STATES ATTORNEY
              NANCY M. MAYER-WHITTINGTON     CLERK OF COURT
              ALBERTO GONZALES               US ATTORNEY GENERAL
              **EQUIFAX**                        **CORPORATION**
              **EXPERIAN**                       **CORPORATION**
              **TRANSUNION**                      **CORPORATION**

In care of:   THOMAS HOGAN, **Et al.**
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
              333 CONSTITUTION AVE. NW
              WASHINGTON, DC 20001

Libellee is additionally subject to <u>postal
statutes</u> and the jurisdiction of the Universal
Postal Union.

## COMMERCIAL OATH AND VERIFICATION

Anne Arundel county   )
                      )          Commercial Oath and Verification
Maryland state        )

NOTARY ACCEPTOR, Denise Lemke, under her Commercial Oath with unlimited liability, proceeding in
good faith being of sound mind states that the facts contained herein are true, correct, complete and not
misleading to the best of her private first hand knowledge and belief under penalty of International
Commercial Law.

1. That the evidence shows that the Libellees named in this administrative remedy were duly served by
   entry into the US DISTRICT COURT OF THE DISTRICT OF COLUMBIA via time stamp and entry
   into Case # 06-295 Docket/Evidence File and Court Service and U.S.P.S. First Class Mail on or after
   May 30, 2007 **AD.**

2. That 10 days to answer concluded on June 12, 2007 **AD.**

61890

**State of Maryland, Anne Arundel County, Sct.**

I, ROBERT P. DUCKWORTH, Clerk of the Circuit Court for Anne Arundel County, Maryland, a court of record, do hereby certify that **Sheila M. Boss** was a commissioned/appointed and qualified Notary Public commencing on the 4th day of February, 2004.

**In Testimony Whereof,** I have hereunto set my hand and affixed the seal of the court this 9th day of July, 2007.



*Robert P Duckworth*

**Robert P. Duckworth, Clerk**
**Circuit Court for Anne Arundel County, Maryland**

3. That the NOTICE OF FAULT is served on June 12, 2007 AD and 3 day OPPORTUNITY TO CURE commenced on June 15, 2007 AD.

4. That the 3 days to cure concluded on June 18, 2007 AD with 3 days allowed for mailing.

5. That the 3 days for mailing commenced on June 18, 2007 AD and concluded on June 21, 2007 AD.

6. That no response to any of the above notices is evidenced by U.S. MAIL and any other private carrier.

7. That the Libellees are now in DEFAULT without recourse and are found in agreement and harmony with the Affiant in this administrative remedy due process.

8. Affiant accepts relief sought (1) Setoff of Case # 06-295, Case Dismiss, (2) Expunge of all arrest, warrants, charges, Court Records, Figure Prints, replevin of Original Documents pursuant to documents Labeled Entry into Evidence Act of State and UCC 1 Financing Statement with Original State Seals.

9. NOTARY ACCEPTOR further sayeth naught.

SUBSCRIBED AND SWORN _____
                        NOTARY ACCEPTOR

_____
NOTARY PRINT NAME

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under Oath

this _____9_____ day of ___July___ , 2007.

_____
Notary

SHEILA M. BOSS
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 1, 2008

CERTIFICATE AND NOTICE OF NONE RESPONSE
Page 2 of 2

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUL 13  PM 12: 59

NANCY M.
MAYER-WHITTINGTON
CLERK

# CERTIFICATE OF SERVICE

On <u>July 13, 2007</u>    I mailed to:

the papers identified as:

1.  CERTIFICATE AND NOTICE OF NONE RESPONSE
2.  CERTIFICATE OF MAILING

by U.S.P.S. FIRST CLASS MAIL  mailing them in a pre-paid envelope, addressed to the recipient for Edward Everett Brown, Jr.

I am over the age of 18 and not a party to the transaction regarding the papers I mailed.

Dated 7·13·07

William Green
Printed Name

Signature