UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

v.                                :          CR. NO. 06-295-01 (TFH)

EDWARD BROWN, JR.                 :

MOTION FOR WITHDRAWAL OF COUNSEL

Edward C. Sussman, Esq., appointed counsel for the defendant, pursuant to the Federal Rules of Criminal Procedure, respectfully requests that he be permitted to withdraw in this matter. In support of his request, counsel states the following:

1. Counsel was appointed to represent the defendant following a mistrial when Mr. Brown's first attorney withdrew from the representation.

2. Undersigned counsel entered his appearance with the understanding that the case would be re-tried within a relatively short time. A date of July 30, 2007 was set for the second trial. A pre-trial conference is presently scheduled for July 25, 2007.

3. Since his appointment, counsel has attempted unsuccessfully to meet with the defendant to discuss the case. On the date of the status hearing, Mr. Brown was not able to stay for a meeting because of his daughter's high school graduation. While the defendant did appear at counsel's office on June 11th, he was accompanied by the general counsel of his company. Thus, counsel was not, at that time, able to fully discuss the matter with the defendant. Nor had counsel sufficiently reviewed the material to be entirely familiar with the case.

4. Efforts to have the defendant meet with counsel have been totally unavailing since that

1

time. During the week of July 9 through July 12, the defendant was attending a revival and was not available. An appointment on July 13th could not be kept by the defendant because of a meeting with the IRS. Meetings set for July 17th and 18th were similarly precluded by a continuation of the July 13th meeting. Counsel has attempted to phone the defendant on July 18th and 19th without success. Messages left on the voice mail have not been returned.

     5. While counsel understands that the defendant is not legally compelled to consult with him, counsel does not believe that he can provide effective assistance in such a vacuum. Nor does counsel wish to participate in a trial in which he cannot perform up to the level that he expects from himself.

     6. In this case, the defendant's cooperation is vital. He has testified in the previous trial and his testimony is likely central to his defense. To not be able to properly consult with him, forecloses meaningful preparation of the defense.

     7. Counsel understands that he cannot grant his own motion and will continue to prepare as best he can. He does believe, however, that the defendant's unwillingness to make himself available to counsel compromises the effectiveness of the representation.

    WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this honorable court grant his request and allow him to withdraw in this matter.

>Respectfully submitted,

>_____
>Edward C. Sussman   No. 174623
>Suite 900 - South Building
>601 Pennsylvania Avenue N.W.
>Washington, D.C. 20004
>(202) 737-7110

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2007, a copy of the foregoing was served by electronic mail on all interested parties and by first class mail on the defendant at 12000 Plum Orchard Drive, #412, Silver Spring, MD 20904.

>_____
>Edward C. Sussman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

      v.                               :          CR. NO. 06-295-(TFH)

EDWARD BROWN, JR.                  :

O R D E R

    The court has before it the request of Edward C. Sussman, Esq, that he be granted leave to withdraw in this matter. The court notes that counsel has advanced good reason for the request,  It is therefore, this _____ day of _____, 2007,

    ORDERED,  that the motion be, and hereby is, granted.


                                                              _____
                                                              THOMAS F. HOGAN
                                                                CHIEF JUDGE, U.S. DISTRICT COURT
                                                                FOR THE DISTRICT OF COLUMBIA