UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 06-295 (TFH) |
| ) | |
| EDWARD EVERETT BROWN, JR., ) | |
| ) | FILED |
| Defendant.    ) | JUL 19 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

On July 13, 2007, Defendant Edward Everett Brown, Jr., pro se[1], as "Secured Party Creditor, Trustee Sui Juris Creditor, Ambassador/Dipl, Apostille #171765, Vienna Convention 23 UST 3227-3250" filed a "Certificate and Notice of None Response" (49) and a "Notice of Default" (# 50). The Court orders these two documents (# 49 and # 50) stricken from the docket because they have no relevance to Defendant Brown's pending criminal matter.

**SO ORDERED.**

July 19, 2007

Thomas F. Hogan
Chief Judge

---

[1] Although Mr. Brown is represented by counsel, he filed these documents, as well as several others on the docket, pro se.