## IN ADMIRALY

### 28 U.S.C. §1391(a) and 1406(a)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**



**FILED**

JUL 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Plaintiff in Error | ) | |
| vs. | ) | Sui Juris Litigant moves |
| | ) | ENTRY INTO EVIDENCE FOR SETOFF |
| | ) | AND DISMISSAL OF CASE WITH |
| **EDWARD EVERETT BROWN, JR.©®** | ) | INTERNATIONAL BILL OF EXCHANGE |
| | ) | Case No. 06-295  TFH |
| Defendant in Error | ) | |

## ENTRY INTO EVIDENCE FOR SETOFF AND DISMISSAL OF CASE WITH INTERNATIONAL BILL OF EXCHANGE

NOW COMES Edward Everett Brown, Jr., Third Party Intervener/Trustee making a special appearance for EDWARD EVERETT BROWN, JR., pursuant to 15 USC does hereby offer these gifts in the form of this **INTERNATIONAL BILL OF**

ENTRY INTO EVIDENCE FOR SETOFF AND DISMISSAL OF
CASE WITH INTERNATIONAL BILL OF EXCHANGE

1  **EXCHANGE** (SEE ANNEXED NEGOTIABLE INSTRUMENT, 1099OID, and 1040-V).

2

3                                              WITHOUT RECOURSE UCC 1-308

4

5

6                          By: *[signature] Edward Everett Brown Jr.*

7  Edward Everett Brown, Jr. Secured Party Creditor, Sui Juris Creditor, Ambassador/Dipl, Apostille # <u>171765</u>, Vienna Convention 23

8  UST 3227-3250,

9

10

11

12

13 **cc: Henry M. Paulson, (Trustee) US DEPARTMENT OF THE TREASURY**

14      **INTERNAL REVENUE SERVICE (C.I.D.)**

15      **COMPTROLLER OF USDOJ**

24 ENTRY INTO EVIDENCE FOR SETOFF AND DISMISSAL OF

25 CASE WITH INTERNATIONAL BILL OF EXCHANGE

                                    2 of 2   RE: EDWARD EVERETT BROWN, JR. (Trustee)
                                              CASE NO. 06-295

William Green
9900 Greenbelt Rd.
Lanham, Md 20706

Received
Mail Room

JUL 20 2007

Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia

ON DEMAND EXEMPT EXCHANGE ITEM
REGISTERED MAIL RB 715 570 087 US
No.10056

# "International Bill of Exchange (UNCITRAL Convention)"

UNCITRAL Convention Articles 1-7, Articles 11, 12, 13, Article 46 (3), Article 47-4, (c)

**Remit at Par**
Through: EDWARD EVERETT BROWN, JR.    Date: 07-19-07    Exempt Commercial Registry No. C90945490    Case No 06-295    Amount $10,000,000.00

CREDIT TO THE ORDER OF:    US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE. NW
WASHINGTON, DC 20001

Ten Million 00/100 Dollars

Account No. (█████)

International Bill of Exchange

Attention: Henry M. Paulson, Trustee
United States Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

*Edward-Everett [signature]*
Authorized Signature, Drawer. Secured Party-Creditor, Without Recourse. Authorized Representative, Secured Party "Good As Aval" This is a cross-borders transaction.

*(Not valid without below attached special processing instructions)

Ref: **Prepaid Exempt Exchange Item** - Process through TT&L
**International Bill of Exchange (UNCITRAL Convention)**
Account by FED Wire - Void where prohibited by law
DO NOT REMOVE BELOW PROCESSING INSTRUCTIONS- DO NOT REMOVE BELOW PROCESSING INSTRUCTIONS

Statement of Account
No.10056

| DATE | ACCOUNT NO. | AMOUNT | PREVIOUS BALANCE | CURRENT BALANCE |
|---|---|---|---|---|
| 07-19-2007 | 06-295 | $10,000,000.00 | $10,000,000.00 | —$0.00— |

**PROCESSING INSTRUCTIONS AND MEMORANDUM**
[These instructions must remain attached to this instrument]
The herein-below instructions are based on Regulation Z at 12 CFR. And portions of 15 USC
**Fiduciary Collector:**
This is a prepaid discharge item with an attached charging instrument that has been accepted for value and returned for value, discharge and settlement of account no 06-295, valued at $10,000,000.00 by the Undersigned, This Exempt Exchange Item [bill of exchange] is to be presented through electronic medium by FEDWire to access the pre-established Account referenced above. Post the uncollected funds into the asset column of this account and charge the offer and acceptance for settlement; prepaid and exempt when entered in the post-closing balance. Return of original-issue profile is priority-exempt after acknowledgement from the undersigned principal, a Treasury accrual item, and a US bankruptcy-proceeding remedy.

Contract/Invoice # 06-295                         Private Set-off Account #:  228843399- 390945490
Acceptance Amount:    $10,000,000.00         Exemption Identification Number (EID#):   228843399
Registered Mail #:    RB 715 570 087 US        Account Creditor/Claimant (payee): CHIEF JUDGE THOMAS HOGAN
Treasury Account:    228843399                    Payee Account #: █████
Debtor:    EDWARD EVERETT BROWN, JR    CUSIP#    228843399- C90945490
                                                                         ORIGINAL LIVE BIRTH # 145-57-079384
**Creditor/Fiduciary**
The Undersigned attaches a copy of "Notice of Preauthorized Transfer EEI." dated (07-19-2007) executed by Edward-Everett:Brown, Jr., and sent to Henry M. Paulson. As Trustee, Henry M Paulson possesses sole authority to dishonor this preauthorized transfer. Make a copy of the entire package for your records. If the trustee dishonors this PAT/EEI, please

**FILED**
CR 06-295-TFH
Attachments

JUL 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

62190

**State of Maryland, Anne Arundel County, Sct.**

I, ROBERT P. DUCKWORTH, Clerk of the Circuit Court for Anne Arundel County, Maryland, a court of record, do hereby certify that **Sheila M. Boss** was a commissioned/appointed and qualified Notary Public commencing on the 4th day of February, 2004.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of the court this 19th day of July, 2007.

Robert P. Duckworth, Clerk
Circuit Court for Anne Arundel County, Maryland

notify the Undersigned immediately. The obligation of the drawee (acceptor), i.e. Secretary of the Treasury, through the bailee (authorized agent) of Account Creditor's/Claimant's financial institution's TT&L Department, arises out of the want of consideration for the pledge and by the redemption of the pledge under Public Resolution HJR-192 of June 5, 1933, i.e. Public Law 73-10 and <u>Guaranty Trust Co. of NY v. Henwood et al.</u> 307 U.S. 247 (FN3), and is represented by the claim hereto appertaining to accepted for value and bearing account number 06-295.

This claim-document Order is hereby surrendered, as said pledge is redeemed (discharged) by the drawer through the attached document via acceptance for value, and is exempt from levy. The Federal Regulations require the account Creditor's/Claimant's financial institution to accept this instrument, sign and present directly via Certified or Registered mail to the Secretary of the Treasury, US Treasury on Drawer's contract account. The amount of this accepted instrument is to be ledgered by Account Creditor's/ Claimant's financial institution's TT&L Department to the designated account for the discharge extinguishment of this claim (also per Regulation Z stipulation).

By-_____

Bailee's signature (authorized bank TTL agent)

### SECURITY AGREEMENT

To all men to whom these presentments shall come:

I, :Edward-Everett:Brown, Jr. Creditor of Original Live Birth #145-57-079384 EDWARD EVERETT BROWN, JR. OF RICHMOND, VA UCC FILING NUMBER 200300351620 filed with the Secretary of State of West Virginia, Nunc Pro Tunc. All property of BROWN, EDWARD, EVERETT JR., of address P. O. BOX 1000, WARSAW, VA is hereby committed to Secured Party Creditor Edward-Everett:Brown, Jr., Anchored in the Bay P. O. BOX 412, Burtonsville, MD 20866 and before any property herein identified can be exchanged, sold, tendered or in any manner disposed of must be compensated to the Secured Party for the property. This property now owned and hereafter acquired includes, but is not limited to proceeds, products, accounts and fixtures from crops, mine heads, wellheads, with transmitting utilities, etc., rent, wages, all income, land and minerals, water and air rights, cottages, house(s) buildings, bank accounts and deposits, bank deposit box(es) and the contents therein, saving account(s), retirement plans, stock, bonds, securities, benefits from trust(s), inheritances gotten or to be gotten, inventory from any source, all machinery either farm or industrial, livestock, livestock equipment, vehicles, auto(s), truck(s), four-wheelers, all boats and watercraft, motor homes, 5th-wheel trailers, mobile homes, jewelry, wedding bands and/or rings, watch(es), precious metals, household goods, appliances, any type furniture, kitchen utensils, cooking utensils, radio(s), tv(s), musical instruments, antiques, sports equipment, rifles, guns and any type property held as compensation for DEFAULT for the benefit of the Secured Party by either the Debtor or others. Any property not specifically identified, named or listed by make, model serial number, etc. is included in the same as though identified in full.
The Debtor agrees to notify all; claimants, creditors and employers of the same, as all debtor's assets and wages are property of the Secured Party and are noticed accordingly.
   This private held Security Agreement is not dischargeable in bankruptcy court as the holder's property is exempt from levy. Pursuant to setoff and closure in the Admiralty Case Number 06-295 Secured Party is requesting the replevin of all property and all records, figure prints etc., expunged Without Prejudice. In witness whereof, I have hereto set my hand and seal to four Private Negotiable Instruments (3) Bonds # EEBJ-11302051, and EEBJ-000120, EEBJ-000123 and this Instrument No.10056, Registered with United States Department of the Treasury and I.R.S. CID Division of this tenor and date. The Creator of All Charges accepts Debtor Position pursuant to Uniform Commercial Code.

Without Recourse UCC 1-207-1-308

*Edward Everett Brown, Jr.* [L. S.] Secured Party Creditor,
Trustee, Sui Juris, Diplomatic Apostille # 171765

On this __19__ day of July, A.D., Two Thousand Seven, before me, a Notary Public of the State of Maryland, came a man who proved to me on the basis of satisfactory evidence to be the man whose signature is subscribed hereon. The said man solemnly swore under oath that he has first hand knowledge of the facts contained herein and that they are true, correct, complete and certain.

Signature By _____, Notary Public

SHEILA M. BOSS
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 1, 2008

# 2006 Form 1040-V



Department of the Treasury
Internal Revenue Service

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2006 Form 1040. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

- Make your check or money order payable to the "United States Treasury." Do not send cash.
- Make sure your name and address appear on your check or money order.
- Enter "2006 Form 1040," your daytime phone number, and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return.
- To help process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX $\frac{xx}{100}$").

## How To Send In Your 2006 Tax Return, Payment, and Form 1040-V

- Detach Form 1040-V along the dotted line.
- Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.
- Mail your 2006 tax return, payment, and Form 1040-V in the envelope that came with your 2006 Form 1040 instruction booklet.

**Note.** If you do not have that envelope or you moved or used a paid preparer, mail your return, payment, and Form 1040-V to the Internal Revenue Service at the address shown on the back that applies to you.

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For the estimated averages, see the instructions for your income tax return. If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Cat. No. 20975C

Form **1040-V** (2006)

▼ Detach Here and Mail With Your Payment and Return ▼

---

Form **1040-V**
Department of the Treasury
Internal Revenue Service

**Payment Voucher**

▶ Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

2006

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |

4 Your first name and initial        Last name

If a joint return, spouse's first name and initial        Last name

Home address (number and street)        Apt. no.

City, town or post office, state, and ZIP code

Cat. No. 20975C

| 9696 | ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | | 1 Original issue discount for 2006<br>$ | OMB No. 1545-0117<br>**2006** | **Original Issue Discount** |
| | | | 2 Other periodic interest<br>$ | Form **1099-OID** | |
| PAYER'S federal identification number | RECIPIENT'S identification number | | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ | **Copy A** |
| RECIPIENT'S name | | | 5 Description | | **For Internal Revenue Service Center** File with Form 1096. |
| Street address (including apt. no.) | | | 6 Original issue discount on U.S. Treasury obligations<br>$ | | For Privacy Act and Paperwork Reduction Act Notice, see the **2006 General Instructions for Forms 1099, 1098, 5498, and W-2G.** |
| City, state, and ZIP code | | | 7 Investment expenses<br>$ | | |
| Account number (see instructions) | | 2nd TIN not. ☐ | | | |

Form **1099-OID**   Cat. No. 14421R   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

| 9696 | ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | | 1 Original issue discount for 2006<br>$ | OMB No. 1545-0117<br>**2006** | **Original Issue Discount** |
| | | | 2 Other periodic interest<br>$ | Form **1099-OID** | |
| PAYER'S federal identification number | RECIPIENT'S identification number | | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ | **Copy A** |
| RECIPIENT'S name | | | 5 Description | | **For Internal Revenue Service Center** File with Form 1096. |
| Street address (including apt. no.) | | | 6 Original issue discount on U.S. Treasury obligations<br>$ | | For Privacy Act and Paperwork Reduction Act Notice, see the **2006 General Instructions for Forms 1099, 1098, 5498, and W-2G.** |
| City, state, and ZIP code | | | 7 Investment expenses<br>$ | | |
| Account number (see instructions) | | 2nd TIN not. ☐ | | | |

Form **1099-OID**   Cat. No. 14421R   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

| 9696 | ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | | 1 Original issue discount for 2006<br>$ | OMB No. 1545-0117<br>**2006** | **Original Issue Discount** |
| | | | 2 Other periodic interest<br>$ | Form **1099-OID** | |
| PAYER'S federal identification number | RECIPIENT'S identification number | | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ | **Copy A** |
| RECIPIENT'S name | | | 5 Description | | **For Internal Revenue Service Center** File with Form 1096. |
| Street address (including apt. no.) | | | 6 Original issue discount on U.S. Treasury obligations<br>$ | | For Privacy Act and Paperwork Reduction Act Notice, see the **2006 General Instructions for Forms 1099, 1098, 5498, and W-2G.** |
| City, state, and ZIP code | | | 7 Investment expenses<br>$ | | |
| Account number (see instructions) | | 2nd TIN not. ☐ | | | |

Form **1099-OID**   Cat. No. 14421R   Department of the Treasury - Internal Revenue Service

# CERTIFICATE OF SERVICE

On <u>July 19, 2007</u>   I mailed to:

        ALFREDA LUDD
        ACCOUNTING
        US DISTRICT COURT FOR DC
        333 CONSTITUTION AVE NW
        WASHINGTON, DC 20001

the papers identified as:

1. INTERNATIONAL BILL OF EXCHANGE # 10056 VALUED $10,000,000.00
2. COVER PAGE OF CASE NUMBER 06-295 ENTRY INTO EVIDENCE FOR SETOFF AND CLOSURE
3. 1099-OID
4. 1040-V
5. CERTIFICATE OF SERVICE

by mailing them in a pre-paid envelope, addressed to the recipient named above, bearing REGISTERED MAIL SERVICE U.S.P.S. # **RB 715 570 087 US**, for Edward E. Brown, Jr.

My mailing location is:
<u>9900 GREENBELT ROAD</u>
<u>LANHAM, MD 20746</u>

I am over the age of 18 and not a party to the transaction regarding the papers I mailed.

Dated: <u>July 19, 2007</u>

William Green
Printed Name
                                                Signature