# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, a Private Corp.[1]<br>(No indicated Injured Party)<br>              Plaintiff(s),<br><br>v.<br><br>BROWN, JR., EDWARD EVERETT<br>(A *Stramineus Homo*[2])<br>              Defendant. | CR CASE NO. **06-295** - TFH<br><br>Affidavit of Termination[3] of Ineffective Counsel<br>*Nunc Pro Tunc*[4] *Ab Initio*[5]<br><br>**FILED**<br><br>JUL 2 5 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

| | |
|---|---|
| **Maryland [a Republic]**         )<br>                                                 )<br>**County of Montgomery**      ) | **Affirmed and Subscribed** |

Comes now Rev. Edward-Everett:Brown, Jr., Secured Party Creditor ([Maryland] Filing 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 [0000000181205671 UCC-1 Filing]), Authorized Agent for BROWN, JR., EDWARD EVERETT™©, and Third Party Witness in this instant action, Hereinafter Affiant. Affiant, having reached the Age of Majority and not under any legal or mental disability that would prevent Affiant from executing this Affidavit, does come forward into this alien and foreign jurisdiction from Affiant's Domicile as a Citizen of the Maryland Republic under the Unlimited Commercial Liability of the Secured Party Creditor to

---

[1] **Corporation.** An artificial person or legal entity created by or under the authority of the laws of a state or nation, composed, in some rare instances, of a single person and his successors, being the incumbents of a particular office, but ordinarily consisting of an association of numerous individuals. –*Black's Law Dictionary Fifth Edition, page 307.*

[2] **Stramineus homo.** L. Lat. A man of straw, one of no substance, put forward as bail or surety. –*Black's Law Dictionary Fifth Edition, page 1274.* See also **Straw man** or **party.**

[3] **Termination.** End in time or existence; close; cessation; conclusion. –*Black's Law Dictionary Fifth Edition, page 1319.*

[4] **Nunc pro tunc.** Lat. Now for then. Nunc pro tunc entry is an entry made now of something actually previously done to have effect of former date... [usually done to correct *Fraud* (*q.v.*) recently discovered] –*Black's Law Dictionary Fifth Edition page 964.*



make the following declaration: MR. BAR ATTORNEY references ALL BAR ATTORNEYS included in case # 06-295 acting as representative for Defendant.

> My Law is my family Bible, my colors are the Flags of the Republic of Maryland, black, yellow red and white banner and the Flag of Morocco land of the Moors and all lands west of Egypt. As a Moor operating commercially and civilly under the Treaty of Peace of September 16, 1836 with Morocco signed at Meccanez. Pursuant to Case # 01-0097 in US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA and Case #Y-76-083 in the US DISTRICT COURT FOR MARYLAND demonstrates no jurisdiction from this Court over the Flesh and Blood Man Rev. Edward Everett Brown-Bey II, as mandated by Title 21, USC Sec. 844 (b) (i). My authority is the Seal of "The People" the rightful masters of the Legislatures and the Courts, for whose peace, safety and happiness all government exists. I come forth to say, "My Yeas will be Yeas, my Nays will be Nays" and thus I say in the name of the Lord God Almighty, even Jesus the Christ. Amen.

Affiant, having been thus placed under Affirmation, does come forward to state certain *Facts*[6] of which Affiant have first-hand knowledge. Affiant brings forward these Facts *in propria persona*[7] since Affiant has yet to recognize any *lawful jurisdiction* in this matter. Affiant does say that the following *Facts* are true, correct, complete, and not misleading to the best of Affiant's knowledge.

1. Affiant has repeatedly demanded the Right to *Assistance of Legal Counsel* of Affiant's choice.
2. Affiant has never, with any knowledge or intent, asked for a B.A.R. Attorney.
3. Affiant gives Written Notice of actions previously only done orally, hence the *nunc pro tunc ab initio* nature of this Affidavit, that you, BAR. Attorney are hereby Noticed of same.
4. Mr. BAR Attorney has been absolutely ineffective Counsel for the following reasons:
   a. Mr. BAR Attorney has made no attempt of which Affiant is aware, to object to the appointment of *Judex*[8] *de facto Judges*[9] in this instant action.

---

[5] **Ab initio.** Lat. From the beginning; from the first act; from the inception. –*Black's Law Dictionary Fifth Edition, page 6.*

[6] **Fact.** A thing done; an action performed or an incident transpiring; an event or circumstance; an actual occurrence; an actual happening in time space or an event mental or physical; that which has taken place. –*Black's Law Dictionary Fifth Edition, page 531.*

[7] **In propria persona.** In one's own proper person. It was formerly a rule in pleading that pleas to the jurisdiction of the court must be plead *in propria persona*, because if pleaded by attorney they admit the jurisdiction, as an attorney is an officer of the court, and he is presumed to plead after having obtained leave, which admits jurisdiction. –*Black's Law Dictionary Fifth Edition, page 712.*

[8] **Judex.** Lat. In Roman law, a private person appointed by the prætor, *with the consent of the parties*, to try and decide a cause of action commenced before him. (*Emphasis added*) –*Black's Law Dictionary Fifth Edition, page 754.*

[9] **De facto judge.** A judge who functions under *color of authority (q.v.)* but whose authority is defective in some procedural form. –*Black's Law Dictionary Fifth Edition, page 375.*

---

b. Mr. BAR Attorney has made no attempt of which Affiant is aware, to contact witnesses i.e Rep. Ron Paul of Texas, Alan Greenspann former Chairman of the Federal Reserve Board etc... to substantiate HJR-192, June 5, 1933 Public Policy 73-10 in Affiant's favor and compel them to come forward.

c. Mr. BAR Attorney has made no attempt of which Affiant is aware, to disclose any "discovery" to Affiant.

d. Mr. BAR Attorney has made no attempt of which Affiant is aware, to disclose the "Nature & Cause" of this instant action. [See Article 6 of *The Bill of Rights* for further explanation]

e. Mr. BAR Attorney has made no attempt of which Affiant is aware, to disclose any contract or agreement between Mr. BAR Attorney and Affiant.

f. Mr. BAR Attorney has made no attempt of which Affiant is aware, to disclose the Fact there is no "victim" in this case. [See header of all documents in this instant action for further explanation]

g. Mr. BAR Attorney has made no attempt of which Affiant is aware, to challenge jurisdiction in this instant action.

h. Mr. BAR Attorney has made no attempt of which Affiant is aware, to disclose whether this instant action is under Subject Matter, *In Personam*, or some other alleged jurisdiction.

i. Mr. BAR Attorney has made no attempt of which Affiant is aware, to disclose any papers that has Affiant's true Christian Appellation on them.

j. Mr. BAR Attorney has made no attempt of which Affiant is aware, to object to the lack of "Arraignment[10]" in this instant action.

k. Mr. BAR Attorney has made no attempt of which Affiant is aware, to remove this instant action to the court of Original Jurisdiction[11].

---

[10] **Arraignment.** Procedure whereby the accused is brought before the court to plead to the criminal charge in the indictment or information. The charge is read to him and he is asked to plead... Arraignment shall be conducted in open court and **shall** consist of reading the indictment or information to the defendant or stating to him the substance of the charge and calling on him to plead thereto. He **shall** be given a copy of the indictment or information **before** he is called to plead. (**Emphasis added**) –*Black's Law Dictionary Fifth Edition*.

[11] See Article III, Section 2, Clause 2 of the Original Jurisdiction, a.k.a. The Constitution for the united States of America, which specifically states, in pertinent part, "In all Cases... in which a State shall be a Party, the supreme Court shall have original Jurisdiction."

l.  Mr. BAR Attorney has made no attempt of which Affiant is aware, to disclose Mr. BAR Attorney's relationship with the BAR of [The District of Columbia]. Affiant declares that all actors in this instant action who have failed to do so to have "unclean hands[12]."

m.  Mr. BAR Attorney has made no attempt of which Affiant is aware, to disclose the Bond of this instant action or who is holding same.

n.  Mr. BAR Attorney has made no attempt of which Affiant is aware, to disclose the Bond of *Judex de facto Judge* Rosemary Collyer or who is holding same.

o.  Mr. BAR Attorney has made no attempt of which Affiant is aware, to disclose the Bond of the Attorney General's Office per Diane Lucas or who is holding same.

p.  Mr. BAR Attorney has made no attempt of which Affiant is aware, to disclose the Oath of Office (contract) of the "Judge of Record" in this instant action or if same even exists.

q.  Mr. BAR Attorney has made no attempt of which Affiant is aware, to disclose whether any fines, if imposed, in this instant action will go into the commercial account(s) of the court, or the pension account(s) for the Judges.

r.  Mr. BAR Attorney has made no attempt of which Affiant is aware, to disclose whether or not the "Judge of Record" in this instant action has any conflict of interest in also being a member of the B.A.R. Association.

The above list, items 4a-4r, is *not* exhaustive.

**You, Mr. BAR Attorney, Attorney at Law, [its address], have been, for the above stated reasons and more, very ineffective Counsel, and you are hereby terminated *nunc pro tunc ab initio*. Affiant demands that you, Mr. BAR Attorney, file your resignation/withdrawal immediately in this instant action, and send all discovery/documents in your possession regarding this instant action to the Affiant at the below location.**

Further Affiant says not.

---

[12] **Clean hands doctrine.** Under "clean hands" doctrine, equity will not grant relief to a party, who as actor, seeks to set judicial machinery in motion and obtain some remedy, if such party in his prior conduct has violated conscience or good faith or other equitable principle. –*Black's Law Dictionary Fifth Edition, page 227.*



# The State of Maryland

### Office of the Secretary of State

**I, Dennis C. Schnepfe, Interim Secretary of State of Maryland,** under and by virtue of the authority vested in me by Section 7-106 of the State Government Article of the Annotated Code of Maryland, Do Hereby Certify that

### Robert P. Duckworth

who has made and signed the attached certificate, was on the date thereof, the duly elected and qualified Clerk of the Circuit Court for Anne Arundel County whose official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.



**In Testimony Whereof**, I hereunto set my hand and have caused to be affixed the official seal of of the Secretary of State, at Annapolis, this 3rd day 2007 of April, in the year of our Lord.

*Dennis C. Schnepfe*

*Interim Secretary of State*

No. 82620

Dated the 3RD day of April in the year of Our Lord 2007

*Edward Everett Brown-Bey II*

Edward Everett Brown-Bey, II Affiant,
Secured Party Creditor
Without Prejudice
c/o P.O. BOX 412
Burtonsville, Maryland [20866]

**Jurat:**

On this, the 3RD day of April, 2007..., Edward Everett Brown-Bey II, known to me to be the one whose name is subscribed to the within document of Affidavit, personally appeared before me, ....Denise Lemke...., Notary Public for the State of Maryland and affixed His/Her seal hereto.

My commission expires: 4-1-2010

Seal: 

Notary Public

DENISE LEMKE
NOTARY-PUBLIC STATE OF MARYLAND
My Commission Expires 4/1/2010

*Affidavit of Termination of Ineffective Counsel -*   Page 5 of 5
*Case # 06-295*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
v. ) Criminal Case No. 06-295 (RMC)
)
EDWARD EVERETT BROWN, JR., )
)
Defendant. )

ORDER

Pursuant to the parties' teleconference with the Court on April 2, 2007, the parties requested a preliminary screening examination of the mental competency of Defendant under D.C. Code § 24-531. Accordingly, it is hereby

ORDERED that Defendant shall be examined by the psychiatric staff affiliated with the Legal Services Division and, after such examination, a report shall be submitted to this Court pursuant to D.C. Code § 24-531.03(c)(3). The report shall indicate whether Defendant is competent, incompetent, or whether further evaluation is needed. The report shall answer the following questions:

(1) Is Defendant presently mentally competent to understand the proceedings against him and to properly assist in the preparation of his defense?

(2) If the answer to the preceding question is negative, does the examining psychiatrist believe Defendant should be transferred to a mental hospital for further examination and treatment?

IT IS FURTHER ORDERED that the U.S. Marshal, or his designated deputy, shall transport Defendant to the Cellblock in the Superior Court for the District of Columbia on 4/4/07 at 12:30 PM for the purpose of a preliminary psychiatric examination.

SO ORDERED.

Dated: April 2, 2007

ROSEMARY M. COLLYER
United States District Judge

# CERTIFICATE OF SERVICE

On <u>April 3, 2007</u> I mailed to:

      JONATHAN JEFFRESS
      FEDERAL PUBLIC DEFENDER
      625 INDIANA AVE. NW
      WASHINGTON, DC 20004

the papers identified as:

1. AFFIDAVIT OF TERMINATION OF INEFFECTIVE COUNSEL
2. CERTIFICATE OF SERVICE

by mailing them in a pre-paid envelope, addressed to the recipient named above, bearing Registered First Class USPS Mail RB 715 569 557 US for Edward E. Brown, Jr.

My mailing location is:
<u>9900 GREENBELT ROAD</u>
<u>LANHAM, MD 20746</u>

I am over the age of 18 and not a party to the transaction regarding the papers I mailed.

Dated: <u>4-3-07</u>

*William Green* (signature)

**William Green**
**Printed Name**                                  **Signature**