UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 06-295 (TFH) |
| | ) |
| EDWARD EVERETT BROWN, JR., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

FILED
JUL 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Since May 30, 2007, Defendant Edward Everett Brown, Jr. has filed several documents, signing them in his purported capacity as "Ambassor/Diplomat, Secured Party, Sui Juris, Creditor, Autochthon." Although he is represented by counsel in his criminal matter, Mr. Brown has filed these documents pro se. The documents are captioned as follows:

- "Motion for Settlement and Closure" (#38)

- "Commercial Affidavit of Truth Petition in the Form of a Motion" (#39)

- "Notice of Acceptance of Oath" (#41)

- "Judicial Notice" (#42)

- "Letter of Stipulation and Undertaking" (#43)

- "Affidavit of Obligation – Commercial Lien" (#44)

- "Notice of Fault – Opportunity to Cure" (#45)

- "Writ of Discovery" (#46)

- "Entry into Evidence for Setoff and Dismissal of Case with International Bill of Exchange" (#54)

The Court orders these nine documents (# 38, 39, 41, 42, 43, 44, 45, 46, 54) stricken from the docket because they have no relevance to Mr. Brown's pending criminal matter, nor do they have any other legal significance or validity.

**SO ORDERED.**

July 27th 2007

Thomas F. Hogan
Chief Judge