UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

v.                                :     CR. NO.  06-295  (TFH)

EDWARD EVERETT BROWN, JR.         :

DEFENDANT'S MOTION TO EXTEND THE TIME FOR
FILING MOTION FOR A NEW TRIAL

The defendant, through undersigned counsel, pursuant to Rule 33 of the Federal Rules of Criminal Procedure, respectfully requests that this honorable court extend the time for filing a motion for a new trial. In support of this request, the defendant states the following:

1. On August 3, 2007, a jury convicted the defendant of bank fraud, and two counts of involving the submission of a fictitious treasury instrument.  At the time of verdict, counsel for the defendant orally moved for a 21 day extension for the filing of any pretrial motions.  While the motion was granted, the court suggested that a written motion be filed.

2. The defendant now respectfully requests that the time for filing any such motion for a new trial be extended to August 21, 2007.

3. The interests of justice require that this motion be granted.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that he be granted the relief he seeks.

 in which trial is scheduled.

1

        Respectfully submitted,

_____
Edward C. Sussman, No. 174623
Counsel for Defendant Brown
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically on all interested parties this 3rd day of August, 2007.

_____
Edward C. Sussman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 06-295 (TFH) |
| EDWARD EVERETT BROWN, JR. | : | |

O R D E R

The court has before it the request of the defendant to extend the time for filing a motin for a new trial until August 24, 2007. The court finds that the defendant has advanced good cause for this request. It is, therefore, this _____ day of August, 2007,

ORDERED, that the motion be, and hereby is, granted.

_____
THOMAS F. HOGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA