UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 3 - 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

U.S. )
vs. )   Civil/Criminal No. 06-295
EDWARD E. Brown )

NOTE FROM JURY

We have reached a verdict on all 3 counts

Date: 8/3/2007
Time: 10:20

FOREPERSON

CO-109A