UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 3 - 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) Criminal No. 06-295 (TFH) |
| | ) |
| | ) |
| EDWARD EVERETT BROWN, JR., | ) |
| | ) |
| Defendant. | ) |

## JURY VERDICT FORM

COUNT 1 (BANK FRAUD):

As to Count 1 of the grand jury indictment, charging defendant Edward Everett Brown, Jr., with bank fraud, we, the members of the jury, do hereby find the defendant Edward Everett Brown, Jr.:

__✓__ GUILTY           _____ NOT GUILTY

COUNT 2 (FICTITIOUS INSTRUMENT):

As to Count 2 of the grand jury indictment, charging defendant Edward Everett Brown, Jr., with fictitious instrument, we, the members of the jury, do hereby find the defendant Edward Everett Brown, Jr.:

__✓__ GUILTY           _____ NOT GUILTY

COUNT 3 (FICTITIOUS INSTRUMENT):

As to Count 3 of the grand jury indictment, charging defendant Edward Everett Brown, Jr., with fictitious instrument, we, the members of the jury, do hereby find the defendant Edward Everett Brown, Jr.:

__✓__ GUILTY              _____ NOT GUILTY


_8/3/2007_                                          _[signature]_
Date                                                    Foreperson