FILED

AUG 8 - 2007

CLERK, U.S. DISTRICT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

v.                            :     CR. NO. 06-295 (TFH)

EDWARD EVERETT BROWN, JR.     :

## ORDER

The court has before it the request of the defendant to extend the time for filing a motin for a new trial until August 24, 2007. The court finds that the defendant has advanced good cause for this request. It is, therefore, this 7th day of August, 2007,

ORDERED, that the motion be, and hereby is, granted.

_____
THOMAS F. HOGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

1