FILED

OCT 5 - 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. **Edward E. Brown**              Docket No.: **06-295-01**

### REQUEST FOR EXTENSION AND DELAY OF SENTENCING

1. Extension for additional time to complete presentence report granted  *TFH*

   New sentencing date: _January 11, 2008 at 11:00am_

2. Extension for additional time to complete presentence report denied  _____

### ORDER OF COURT

Considered and ordered this ___3___ day of ___October___, 2007.

_____
Thomas F. Hogan
Chief Judge