UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-295 (TFH) |
| v. | : | |
| EDWARD EVERETT BROWN JR. | : | |
| Defendant. | : | |

### ORDER

Based on the representations in the Government's Motion to Revoke Defendant's Release Conditions and for Issuance of a Bench Warrant for his Arrest, and for his Detention Without Bond Pending Trial and for Expedited Review by this Court, this Court makes the following:

### FINDING

1. Since August 3, 2007, this Court released the defendant on his personal recognizance pending sentencing in the above matter. While he was on release, this Court ordered the defendant to obey specific conditions while he was on release, which included that he make twice weekly reports by telephone; continue to reside at his then-listed residence; stay within a fifty mile radius of Washington, D.C., and surrender all passports to Pretrial Services Agency.

2. Pursuant to the defendant's release on his personal recognizance, he was also warned that "any violation of a condition of release may result in revocation of release, pretrial detention, or contempt."

3. That the United States received documentary evidence from the Pretrial Services Agency supportive of its motion which indicates the defendant is in violation of at least two of his conditions of release, by failing to report twice weekly as required, and relocating without

informing the Pretrial Services Agency.

Based on the above Findings of Fact, it is this 30 day of October, 2007, hereby

**ORDERED** that a bench warrant shall be issued for the arrest of Edward Everett Brown Jr. with directions to the United States Marshals Service to execute the warrant forthwith; and

**ORDERED** that the Court's Order of August 3, 2007, ordering the release of Edward Everett Brown Jr. is hereby revoked; and

**ORDERED** that upon Edward Everett Brown Jr.'s be held without bond pending a revocation hearing in this case.

THOMAS F. HOGAN
CHIEF, UNITED STATES DISTRICT JUDGE

10/30/07
DATE

cc: Diane Lucas
    Assistant U.S. Attorney

Edward Sussman, Esquire