WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>EDWARD EVERETT BROWN<br><br>DOB:                    PDID# | DOCKET NO  06-295 | MAGIS NO |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>EDWARD E. BROWN    (Forthwith)<br><br>**FILED**<br>NOV 1 9 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |

| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST |
|---|---|
| ☒ Order of Court    ☐ Information<br>☐ Indictment        ☐ Complaint | |

| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |
|---|---|

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

BANK FRAUD

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 USC 1344 |
|---|---|

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE. |
|---|---|
| NO BOND | |

| ORDERED BY | JUDGE/MAGISTRATE JUDGE | DATE ISSUED |
|---|---|---|
| CHIEF JUDGE THOMAS F. HOGAN | | 10-30-07 |

| CLERK OF COURT | BY DEPUTY CLERK | DATE |
|---|---|---|
| Nancy Mayer-Whittington | | 10-30-07 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>11/19/07 | PUSM OTTER | |