# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk
301-344-0660

November 19, 2007

Reply to Southern Division Address
6500 Cherrywood Lane
Greenbelt, MD 20770

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

CR 06-295-TFH

**FILED**

NOV 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: Our No. 07-3767CBD
Your No. 06-295
United States of America v Edward Everett Brown, Jr.

Dear Clerk:

Enclosed please find the following documents:

1. Copy of Indictment
2. Order
3. Criminal Memo
4. Agreement to Detention
5. Commitment to Another District

Please acknowledge receipt and return to the undersigned.

If you should have any questions, please do not hesitate to contact the undersigned at 301-344-3123.

Sincerely,

Patricia K. Fosbrook
Deputy Clerk

enc.   Received on _____ by_____

# MAGISTRATE CRIMINAL MINUTES

DATE: November 16, 2007            JUDGE: Charles B. Day

TIME: 3:15 p.m.                    FTR/CTRM: Patricia Fosbrook 2-A

AUSA: Stacy Belf                   CRD: Patricia K. Fosbrook

DFDT'S ATTY: Edward Sussman        INTERPRETER: _____

UNITED STATES OF AMERICA v. **EDWARD EVERETT BROWN, JR.**

☐ Released on Conditions PR        ☒ Detained /Remanded to USMS

DFDT'S AGE: _____       DATE OF BIRTH: _____

CRIMINAL NO. 07-3767 CBD           NO. OF COUNTS: _____

☒ **Initial Appearance**           ☐ Guideline Sentencing
☐ Arraignment                      ☐ Non-guideline Sentencing
☐ Re-arraignment                   ☐ Indictment
☐ Sentencing                       ☐ Superseding Indictment
☐ Bail Review/Revocation Hearing   ☐ Information
☐ Violation of Probation           ☐ Complaint
☐ Violation of Supervised Release  ☐ Preliminary Hearing set for: _____
☐ Detention Hearing                ☒ WAIVER  of Rule 5 executed

*CR06-295-TFH FILED NOV 20 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT*

Defendant arraigned and plead "NOT GUILTY" as to Counts ___ of the Indictment

Defendant arraigned/re-arraigned and plead GUILTY as to Count(s) _____,

NOT GUILTY as to Count(s) _____ which was/were accepted by the Court.

☒ **Defendant advised of rights to silence and counsel**
☐ Defendant temporarily detained pending detention hearing on _____
☒ **Defendant detained by agreement**
☐ Defendant ordered detained after detention hearing
☐ Financial Affidavit
☐ AFPD /CJA appointed as counsel /Contribution Order
☐ Order Setting Conditions of Release w/conditions
☐ Counsel advised to call or go to chambers for dates / given dates in court

Remarks _____

_____ Days for Motions. Motions to be filed by _____.

☐ Pretrial & Motions Hearing _____.
☐ Trial-Jury ___ weeks . Trial week of _____.
☐ Come-Up to U.S. Marshal       ☒ Pre-Trial Officer: Tanyita Ruley
☒ Minute entries docketed

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

NOV 16 2007

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

RECEIVED
U.S. MARSHALS
MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No.   07-3767 CBD |
| EDWARD EVERETT BROWN, JR. | * | |

*******

### ORDER OF COMMITMENT TO ANOTHER DISTRICT

**DOCKET NUMBER:**
District of arrest: United States District Court for the District of Maryland
District of offense: 06-295

**MAGISTRATE JUDGE CASE NUMBER:**
District of arrest: 07-3767 CBD
District of offense: United States District Court for the District of Columbia

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON A/AN:**

X☐ **Indictment**   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of 18 U.S.C. § 1344 and 18 U.S.C. § 514

**DISTRICT OF OFFENSE:** United States District Court for the District of Columbia

**DESCRIPTION OF CHARGES:** Bank Fraud; Fictitious Instruments

**CURRENT BOND STATUS:**

☐ Bail fixed at $_____ and conditions were not met

☐ Government moved for detention and defendant detained after hearing in District of Arrest

☐ Government moved for detention and defendant detained pending detention hearing in District of Offense

☐ Other (specify)

**REPRESENTATION:**

☒ Retained Own Counsel   ☐ Federal Defender Organization   ☐ CJA Attorney   ☐ None

Interpreter Required?   ☐ Yes   Language: _____   ☒ No

DISTRICT OF  MARYLAND

TO THE UNITED STATES MARSHAL:

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

This commitment was received and executed as follows:

_____        _____
Date Commitment Order Received                          Place of Commitment

_____
Date Defendant Committed

                                                                          UNITED STATES MARSHAL

_____        _____
Date                                                                       BY:  Deputy Marshal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

NOV 16 2007

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                        DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No.  07-3767 CBD |
| EDWARD EVERETT BROWN, JR. | * | |

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Edward Sussman_, and the Government was represented by Assistant United States Attorney _Stacy Belf_, it is

**ORDERED**, this __16th__ day of __November__ __2007__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_/s/ Charles B. Day_
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

# U.S. District Court
## District of Maryland (Greenbelt)
## CRIMINAL DOCKET FOR CASE #: 8:07-mj-03767-CBD All Defendants
## Internal Use Only

Case title: USA v. Brown                                     Date Filed: 11/16/2007

Assigned to: Magistrate Judge Charles
B. Day

**Defendant**

Edward Everett Brown, Jr. (1)

**Pending Counts**                                           **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                        **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                               **Disposition**
None

**Plaintiff**

USA                                     represented by   **Stacy Dawson Belf**
                                                         United States Attorneys Office
                                                         6500 Cherrywood Ln Ste 400
                                                         Greenbelt, MD 20770
                                                         13013444433
                                                         Fax: 13013444516
                                                         Email: stacy.belf@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 11/16/2007 | 1 | Rule 40 Documents Received as to Edward Everett Brown, Jr. from the United States District Court for the District of Columbia (Attachment: # 1 Order for Bench Warrant from USDCDC)(pkf, Deputy Clerk) (Entered: 11/19/2007) |
|---|---|---|
| 11/16/2007 | 2 | Initial Appearance as to Edward Everett Brown, Jr (Defendant informed of Rights.) held on 11/16/2007 before Judge Charles B. Day. (Fosbrook 2-A.) (pkf, Deputy Clerk) (Entered: 11/19/2007) |
| 11/16/2007 | 3 | ORDER OF DETENTION BY AGREEMENT as to Edward Everett Brown, Jr. Signed by Judge Charles B. Day on 11/16/07. (pkf, Deputy Clerk) (Entered: 11/19/2007) |
| 11/16/2007 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Edward Everett Brown, Jr. Defendant committed to District of District of Columbia.. Signed by Judge Charles B. Day on 11/16/07. (pkf, Deputy Clerk) (Entered: 11/19/2007) |