UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. **Brown, Edward E.**                                       Docket No.: **06-295-01**

### REQUEST FOR EXTENSION AND DELAY OF SENTENCING

1. Extension for additional time to complete presentence report granted   .

    New sentencing date: _February 8, 2008_

2. Extension for additional time to complete presentence report denied _____

### ORDER OF COURT

Considered and ordered this ___29___ day of ___November___, 2006.

_____
Thomas F. Hogan
Chief Judge