UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-295 (TFH) |
| | : | |
| EDWARD EVERETT BROWN JR. | : | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
TO DEFENDANT'S DOCUMENTS FILED ON DECEMBER 4, 2007**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves pursuant to Federal Rules of Criminal Procedure 12, for an order extending the time to respond to defendant's *pro se* pleadings filed on December 4, 2007 until ordered to respond by the Court and submits the following in support.

1. On December 4, 2007, the defendant filed *pro se* a number of documents with the Court entitled, "Request for Hearing for Appearance and Honor" with an attached affidavit in support; "Letter Rogatory;" "Affidavit of Judicial Commercial Contract" with an attachment; and "Writ of Discovery."[1]  See Document No. 73.

2. The defendant has been convicted by jury of one count of bank fraud and two counts of fictitious obligation in this criminal matter.  The case is set for sentencing on February 8, 2008.  See Document No. 72.

3. On October 23, 2007, the government filed a motion for issuance of a bench warrant and to revoke conditions of release.  See Document No. 67.

4. On October 30, 2007, the Court held a hearing on the government's motion, at which time the defendant did not appear.  The Court issued a bench warrant and granted the

---

[1] The documents have a signature of an individual purporting to be an "Attorney-in-Fact," however, the signature is illegible.

government's motion to revoke the defendant's release order, and further ordered the defendant held until a hearing on the matter.  <u>See</u> Document No. 68.

    5.  On November 26, 2007, the defendant filed a motion to vacate detention order and impose conditions of release.  <u>See</u> Document No. 70.

    6.  On December 5, 2007, the Court held a hearing regarding the defendant's release pending sentencing.  The Court found by clear and convincing evidence that the defendant had violated the conditions of his release, and that he is unlikely to abide by any condition or combination of conditions of release.  The Court denied the defendant's motion for conditions of release and ordered the defendant held pending sentencing.

    7.  None of defendant's December 4, 2007 *pro se* documents appear to have any factual or legal basis.

    8.  On December 11, 2007, the undersigned counsel attempted to contact by telephone counsel for the defendant regarding the instant motion, but was unable to speak with him.

    WHEREFORE, the United States moves the Court for an order extending the time for the government to respond until ordered to respond by the Court.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Diane G. Lucas, D.C. Bar #443610
Assistant United States Attorney
555 Fourth Street, N.W., Fourth Floor
Washington, DC 20530
(202) 514-7912
Diane.Lucas@usdoj.gov


Certificate of Service

    I hereby certify that on December 11, 2007, a copy of this pleading was served by electronic mail upon Edward C. Sussman, Esquire., 601 Pennsylvania Avenue, N.W., Suite 900, Washington, DC 20004.

_____
Diane G. Lucas
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| 5. | : | **Crim. No. 06-295 (TFH)** |
| | : | |
| | : | |
| **EDWARD EVERETT BROWN, JR.** | : | |

## ORDER

Upon consideration of the government's Motion for Extension of Time to File Response to Defendant's Pro Se Documents Filed On December 4, 2007, and for good cause shown, the Motion is hereby granted. The United States does not have to respond to defendant's *pro se* filings of December 4, 2007 until ordered to do so by the Court.

_____
Thomas F. Hogan
Chief, United States District Judge

cc:   Diane Lucas, AUSA
      Edward C. Sussman, Esquire