UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

v.                                :   CR. NO. 06-295-01 (TFH)

EDWARD EVERETT BROWN, JR.         :

DEFENDANT'S MOTION FOR RECONSIDERATION OF COURT'S
ORDER THAT DEFENDANT BE HELD WITHOUT BOND

The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure, and the Bail Reform Act of 1984, respectfully requests that this honorable court reconsider its ruling of December 5, 2007 that Mr. Brown be held without bond. . In support of his reconsideration request, the defendant states the following:

1. On December 5, 2007, following a hearing on the issue, the court ruled that the defendant shall be held without bond pending sentencing on February 8, 2008.

2. The court will no doubt recall the rather complex series of events that led to the hearing. Many of the difficulties stemmed, in counsel's opinion, from the fact that Mr. Brown and his family -for a relatively lengthy period of time- did not have a stable residence.

3. The defendant's wife has now sent to counsel a signed lease for the premises located at 15007 Laureland Place, Laurel, MD 20707. It is counsel's understanding that Mrs. Brown will be installing a traditional ("hard line") telephone in the residence. Following proof of that installation, counsel would respectfully request that the defendant be released to Heightened Intensity Supervision that would permit a curfew to be electronically monitored.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that the

court grant his motion and that he be released under the conditions suggested in this motion.

Respectfully submitted,

_____/s/_____
Edward C. Sussman, No. 174623
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C.. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing was served electronically on all interested parties, this 17th day of December, 2007.

_____/s/_____
Edward C. Sussman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

      v.                                                 :         CR. NO 06-295 (TFH)

EDWARD EVERETT BROWN, JR.       :

### O R D E R

The court has before it the request of the defendant, that he be released pending sentencing. The court finds that the defendant has advanced good cause for this request. It is, therefore, this _____ day of _____, 2007,

ORDERED, the motion be, and hereby is, granted.

_____
THOMAS F. HOGAN
CHIEF JUDGE, UNITED STATES
DISTRICT COURT FOR THE DISTRICT
OF COLUMBIA

1