UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                          ) | Criminal No. 06-295 (TFH) |
| ) | |
| ) | |
| EDWARD EVERETT BROWN, JR., ) | |
| ) | |
| Defendant.      ) | |

## ORDER

On December 4, 2007, Defendant Edward Everett Brown, Jr. filed a document captioned "Request for Hearing and Apperance and Honor" and an attached document titled "Averment of Jurisdiction," which includes documents titled "Letter Rogatory" and "Affidavit of Judicial Commercial Contract." The Court orders this filing (dkt. #73) stricken from the docket because it has no relevance to Mr. Brown's pending criminal matter nor any other legal significance or validity.

In light of the Court's ruling, the government's "Motion for Extension of Time to Respond to Defendant's Document filed on December 4, 2007" (dkt. #74) is denied as moot.

**SO ORDERED**.

December 18, 2007

_____
Thomas F. Hogan
Chief Judge