UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-295 (TFH)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **EDWARD EVERETT BROWN, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of defendant's motion for reconsideration of the Court's Order that Defendant be held without bond pending sentence, the United States' opposition, and the record herein, it is hereby DENIED.

Dated this _____ day of January, 2008.

_____
THOMAS F. HOGAN
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

cc:   Diane Lucas, AUSA
      Edward Sussman, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-295 (TFH)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **EDWARD EVERETT BROWN, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of defendant's motion for reconsideration of the Court's Order that Defendant be held without bond pending sentence, the United States' opposition, and the record herein, it is hereby DENIED.

Dated this \_\_\_\_ day of January, 2008.

_____
THOMAS F. HOGAN
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

cc:   Diane Lucas, AUSA
      Edward Sussman, Esquire