UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-295 (TFH) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| EDWARD EVERETT BROWN, JR., | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION FOR RECONSIDERATION OF COURT'S ORDER
THAT DEFENDANT BE HELD WITHOUT BOND

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby opposes defendant's motion for reconsideration of the Court's order that defendant be held without bond. In support of said opposition, the United States submits the following:

1. On August 3, 2007, defendant was convicted by jury of one count of bank fraud, in violation of 18 U.S.C. § 1344, and two counts of fictitious obligation, in violation of 18 U.S.C. § 514. Following that conviction, this Court admitted defendant to bail pending sentencing.

2. In this case, defendant's release or detention pending sentencing is governed by 18 U.S.C. § 3143(a). This provides that a Court "shall order that a person who has been found guilty of an offense and who is awaiting imposition or execution of sentence . . . be detained." There are two exceptions to this command: (1) if the federal sentencing guidelines do not recommend a term of imprisonment, or if the judicial officer "finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c)."

3. Even if the sentencing guidelines for defendant's conviction do not recommend a sentence of imprisonment – and that has not yet been determined – this Court only could properly release defendant pending sentencing when he shows that he is likely to appear in Court for sentencing and that he will not pose a danger to the community by committing similar crimes while released. Following defendant's conviction after trial, this Court gave him the chance to show either or both points.

4. On October 23, 2007, the United States moved for issuance of a bench warrant and to revoke defendant's release conditions based in large part on defendant's failure to maintain contact with the Pretrial Services Agency as required. See Document No. 67.[1] Defendant failed to appear at a hearing on November 19, 2007, and the Court issued a bench warrant.

5. After defendant's arrest on the bench warrant, a hearing was held on December 5, 2007 regarding whether the Court would release defendant pending sentencing. The Court found pursuant to 18 U.S.C. § 3148(b), that defendant violated the conditions of his release pending sentence, and that it was unlikely that defendant would abide by any condition or combination of conditions of release.

6. In addition to other evidence presented at the hearing, the Court heard testimony that defendant failed to maintain contact with the Pretrial Services Agency beginning on October 1, 2007, and failed to report twice weekly as required. Further, there was testimony that defendant gave inaccurate information to the Pretrial Services Agency regarding his residence.

7. Defendant now moves the Court to reconsider its ruling because defendant's wife has

---

[1] "Document No." refers to the docket number assigned to the electronically-filed documents in the instant matter.

signed a lease for a residence.  See Document No. 75 at ¶ 3.

8.  The United States submits that the defendant's residence had little, if any, effect on defendant's inability to maintain regular telephone contact with the Pretrial Services Agency as required or to be candid with his Pretrial Services Officer.

WHEREFORE, the government respectfully opposes defendant's motion for reconsideration of the Court's Order that defendant be held without bond pending sentence.

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR
                                          UNITED STATES ATTORNEY

By:  _____
       DIANE LUCAS, D.C. Bar # 443610
       ASSISTANT U.S. ATTORNEY
       555 4th Street, N.W.,
       Washington, D.C. 20530
       (202) 514-7912
       Diane.Lucas@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-295 (TFH)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **EDWARD EVERETT BROWN, JR.,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of defendant's motion for reconsideration of the Court's Order that Defendant be held without bond pending sentence, the United States' opposition, and the record herein, it is hereby DENIED.

Dated this _____ day of January, 2008.

_____
THOMAS F. HOGAN
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

cc:   Diane Lucas, AUSA
      Edward Sussman, Esquire