UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

Copies to: Judge
AUSA – Special Proceedings
Dft.

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | ) | |
| FOR THE DISTRICT OF COLUMBIA | ) | |
| PLAINTIFF | ) | |
| | ) | |
| VS | ) | CR CASE#06-295 - TFH |
| | ) | AFFIDAVIT FOR |
| EDWARD EVERETT BROWN, JR. | ) | HEARING FOR |
| | ) | HONOR AND BOND ISSUANCE |
| ACCUSED | ) | |

**REQUEST FOR HEARING FOR APPEARANCE AND HONOR**

**FILED**
DEC 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOW COMES Edward Everett Brown, Jr. Third Party Intervener for EDWARD EVERETT BROWN, JR. THIS 9TH DAY OF DECEMBER 2007, REQUESTING OF THIS HONORABLE COURT A HEARING FOR HONOR AND BOND THAT WAS ISSUED TO SETTLE AND CLOSE CASE NUMBER 06-295.

_____
Witness

_____
Witness

_____
Witness

_____          12-4-07
Attorney-in-Fact                 Date

**RECEIVED**
DEC - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EDWARD EVERETT BROWN JR
a.k.a.   ATUN LISIMBA EL

Petitioner,

v.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Respondent,

**Avernment Of Jurisdiction**

    NOW COMES THE PETITIONER, THE MOORISH AMERICAN Edward Everett Brown Jr. aka Atun Lisimba El IN PROPRIA PERSONA, SUI JURIS AND WITH CONSTITUTION DE JURE TO MOVE THIS AVERNMENT OF JURISDICTION TO THE STATUS OF THIS MOORISH AMERICAN HEREBY CHALLENGE THE DEFENDANT, THE UNITED STATES DISTRICT COURT THE UNITED STATES CONGRESS, UNITED STATES SUPREME COURT, ET AL, TO BE RECOGNIZED AS A PART OF A PURE AND CLEAN NATION IS NOW THE ORDER OF TODAY'S JUDICIAL BUSINESS:   THE SUPREME LAWS OF THE UNITED STATES AND ALL OTHER FREE NATIONAL GOVERNMENTS JUDICIALLY UPHOLD THAT THERE CAN BE NO LEGAL PROCEEDING WITHOUT THE RIGHT ORDER OR ESTABLISHMENT OF PROPER STATUS AND APPOSITE JURISDICTION.   THESE TWO PILLARS OF LAW MUST BE IN PLACE AND HAVE PRECEDENCE BEFORE THE ADJUDICATION OF ALL FORMAL MATTERS OF LAWFUL SUBSTANCE CAN BE ADDRESSED.

## Cited Supreme Court Decisions:

- AMISTAD MUTINY OF 1841
- DRED SCOTT DECISION OF 1856

    The uniting of this new Nation is the calling of one family, bearing their one free National Name of Moorish American, is not to be misconstrued as a Religious Organization subjected to The United States The above-cited Supreme Court Decisions, combined with resolves as "*Elion Gonzales of Cuba vs. The Laws and Citizens of The United States*", were the lawful gnosis personifying the Supreme Issues of

FILED
CR 06-295-TFH   DEC 2 7 2007
Attachments   NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Status and Jurisdiction; these issues are relevant to the immediate matters of Nationality and Manumissions of the Indigenous Moorish to the Continental breast of North America.

Hear now the greatest bounds of jurisdiction empowered to the wisdom in The Supreme Court of THE UNITED STATES OF AMERICA is hereby challenged to render, in written Personam, its Constitutional Jurisdiction to govern the lost-found Indigenous Tribes of the Moorish American Nation, an estimated Sixty million Descendants. The U.S. Supreme Court in full authority to exercise the power of The United States Constitution, joined with the entire Embodiments of Congress, now have the burden of Proof to any jurisdiction to justly govern the Clean and Pure Nation of Moorish Americans present and in their Proper Person now before you.

First Amendment nor to be confused with those "Persons" denationalized in the United States Fourteenth Amendment under the ex post facto Slave Labels of Negroes, Blacks and Colored People.

When after no Jurisdiction over the Moorish Americans can be claimed and proven by the challenged Sovereignty whether Spiritually, Ancestrally, Indigenously, Politically or Legally; than both The Lion and The Lamb are to lay together and neither will be harmed in this New Era. They are to let Peace be Still in The North American Continent and the World, now and forever.

Now, the highest Court in the UNITED STATES, being in want of said jurisdiction and therefore without power to issue an "In Personam Judgment", We, the Moorish American Vanguards, with our Seals affixed here upon, do hereby declare the autonomy of our Sovereignty, National Uprightness and Independence; Our first inalienable Right to be Free, to be ourselves, God-like, in His Likeness and Image

## The Moorish American Birthright of Independence

The United States in her infancy bear witness that no Nation will be free to live out its Creed, personify the Grand Principles and attain unlimited capacity of development while under the yoke, laws and tyranny of another Government. Neither has the Moorish Americans been free to be themselves in the 140 years (1865) since their emancipation from Negro Chattel Slavery, while under the Assumable Jurisdiction of the U.S. 14th and 15th Amendments of granted privileges; separated from the Rights guaranteed to all free National Citizens in the body of Her Constitution.

The Moorish Americans, through Rights Of Divinity, have come forth as a clean and pure people, empowered with the inalienable birthright to be an upright, independent and fearless Nation. In accordance with the Declaration Of Human Rights, they have the Human Right to be known by one, true free national Name and by Number, with Divine Constitution de jure, officials of Government with Attaché and Ambassadors, Principles, Our Flag and Holy Book. We have the inherent Rights to lands, air and waterways originally civilized, inhabited and cultivated by our Ancient Forefathers and to insure the sanctity of our Men, Women, Children and their prosperity.

_____
Attorney in Fact
Secured-Party, Sui Juris

# Proclamation Of Status And Jurisdiction
# Of The Moorish Americans

In the course of human events The Founding Fathers of The United States brought forth, on this Continent *two* new Nations. One, themselves, a conglomerate of Pale Skin Descendants from the Nations of Europe. The other Nation, a Comity of Olive Skin Nationals extracted from various Countries affixed indigenously to the North Western and South Western Shores of Africa yet latent in slavery. Now, in the plan of Universal Justice, it has become necessary for the latter, standing in their Proper Person, to proclaim their true Free National Status, thus dissolving the political bands and assumable jurisdictions of the former.

We, the Continental Natives, descendants of Moroccans from the Old Moorish Empire, whose Ancient Forefathers received permission from the Pharaohs of Ancient Kemet (Egypt) to settle and inhabit North West Africa. In those days Egypt was the Capital Empire of the Dominion and Kingdoms of Africa as Washington, DC. is the Capital of the Sovereign United States today. The Illustrious Lineage of Moorish American Ancestry reveals they were the Founders and are the true possessors of the present Moroccan Empire with its dominion and habitation of kingdoms, Nations, Tribes and Families of North West and South West Africa extending across the great Atlantis even unto the present North, Central and South Americas and also Mexico and Atlantis Islands; before the great Earthquake which caused the great Atlantic Ocean. We are born in the Image and Likeness of One Omnipotent Creator, The Great God and indigenous to the Continental Lands of the Americas then subjected to the assumable jurisdictions of the various United States under Slave Labels abolished since 1865.

## Proclamation Of Status

The advent of We, The Moorish Americans, were Divinely Ordained forth into rightful existence, in due time, as a Nation, by the will of the Great God at the abolishment of slavery, as ratified by the United States Congressional Thirteenth Amendment in 1865 A.D. This Congressional Manumission of the Sons and Daughters of Africa brought to light a New Nation of People upon the Earth. These New Nation of West African descendants have now come to lawfully link themselves again with the families of nations and to worship under their own vine and fig tree, which have been the inherited Birthrights of all Men through the descendent nature of their Ancient Forefathers. This is the true and inalienable inheritance to every member of the human family and nation upon the Earth. And The Moorish Americans are a part and parcel of the Human Family.

The Moorish Americans are not Negroes, Colored Folks or Black People, etc. because these Names were given to Slaves by Slaveholders in 1779 and lasted until 1865 during the time of duly constituted Slavery in the United States. But this is a new era of time now. All men now must proclaim their Free National Name to be recognized by their government and the Nations of the Earth. We hold these truths to be self-evident that man is made in the image and after the likeness of the Great God, their Creator; that no man can be Negro, Black or Colored and be attached to the human family. European Rulers gave these labels to the Moors of West Africa in a process of Denationalization. The state of the Negro leaves a people in want of national roots.

Ancient heritage and in absence of Mother and Father for which to honor. Albeit the carnal customs of man do not alter the Nature of Truth or the course of Justice. Thus the true Free Nationality of the Ex-Slaves, now arisen from the dust of North America, is Moorish American. For man alone is reposed with consciousness, endowed with wisdom and appointed with the gifts of The Understanding from His immutable treasures while being armed with resolution. The Father of Love, Truth, Peace, Freedom and Justice has graced the Moors with these latent powers, unalienable Rights and the Key of Civilization to uplift Fallen Humanity; that among these inherent rights are Belief, Faith and Fruition of

Perfectness and Peace.

Although the United States has never been without some form of her Negro Slaves, the general American Public has been kept in an esoteric history about this inevitable true Proclamation of Status and the hallowed Free National Name of the Moorish American Natives. Nevertheless among her more ingenuous Citizens, the Noble History and Prophetic Return of The Moors and Truth of our existence has always been known.

The Moorish Americans, commensurable to every Nationality, have the divine and national right to be themselves; with hearts and minds pure with Love and bodies clean with water they are free. No Nation or any other living thing is free until it is of itself; unamalgamated, independent, wise and autonomous with free national standards and principles to support their unfolding generations. This is the true meaning and attainment of Freedom.

The Moorish Americans are Descendants of Moroccans, The Northwestern Capitol of the Mighty Carthage/Moorish Empire (700 BC-1820 AD), the Ancient Moabites whom inhabited the North Western and South Western shores of Africa, born indigenous in the Continental lands of America. The Moorish Americans are a Clean and Pure Nation. We have naturally derived our Free National Name "Moorish" by West African descent and "American" by indigenous birth.

We now proclaim the heritage of our ancient forefathers, the ancient Moabites whom inhabited Amexem, the first true and divine name of present day Africa, with its extreme western lands of North, Central and South Americas with Atlantis and adjoining Islands. We are the true heirs of the Earth Mounds, Pyramids and 40 ton Moorish basalt Heads built and sculptured by our seafaring forefathers, founders of the first civilization in the Americas, ten to twenty thousand years ago. The ten thousand year old Skeleton discovery of an African Man named 'Kennewick Man', The Basalt Heads and Earth Mounds can be found to this day from Canada in the North, southward throughout The U.S., Mexico, Central and into South America proves our pre-American presence here. True history declares The Moorish Americans, seeds of the Ancient Canaanites from the Holy Land Of Canaan, are the original Inhabitants of all the Americas, whether by legacy or dormant conditions of servitude. No other People can rightfully make this indigenous claim, including the so-called 'Indian' Tribes that followed centuries later, save the Moorish Nations.

We also proclaim Parcel in America through the blood of our forefathers that has been shed, in acquiring the independence and sustaining the prosperity and tranquility which has glorified the United States of America through all of Her wars and conflicts, defending the principles of the Republic for which She stands. The Moorish Americans, endowed by their Creator with the high Principles of Love, Truth, Peace, Freedom and Justice, are rejoining the Family of Nations upon the earth. All nations of the earth in these modern days are seeking peace, but there is but one true and divine way that peace may be obtained in these days and it is through these principles being taught universally to all nations, in all lands. Under these principles, all men are one and equal to seek their own destiny, after the Holy and Divine Laws of their Forefathers. We are the return of the Ancient Ones and we are today what our Ancient Forefathers were yesterday without doubt or contradiction.

The Moorish Americans, as a Clean and Pure Nation, descended from the inhabitants of Africa, birthplace of the human family and Torch Bearers of Civilization, do not desire to amalgamate or marry into the families of the Pale Skin Nations of Europe. Neither serve the Gods of their Religion, because our forefathers are the true and divine founders of the first Religious Creed, for the redemption and salvation of mankind on earth. Therefore, we are returning the church and Christianity back to the European Nations, as it was prepared by their forefathers for their Earthly salvation. While we, the Moorish Americans, are returning to Islamism, The Old Time Religion of Ancient Kemetian Mystery System, which was founded by our forefathers for our earthly and divine salvation. Hence, we too are seeking first The Kingdom of Heaven by honoring our Father and our Mother that our days, as a people, will be long upon the Earthland, which the Lord, the Great God, has given us. Such a covenant of endurance and prosperity can never been given to those deluding to the misnomers of Negro, Blacks and

Colored People.

The new Nation of Moorish Americans is the fruition of the original 13th Amendment, with its full body of 20 Sections, repudiated by the Reconstruction Congress. Now, not to be denied. This right to proclaim their Free National Name before the constitutional folds, to be misconstrued as an act of aggression, rebellion, ne'er declaration of war against the harmony of the United States of America, its laws, citizens nor allies; in lieu of inevitable compliance with the natural laws of indigenous comity of nations all over the world, both Ancient and modern which demands all men to proclaim their nationality in order to be recognized and accepted by all other Free Nationals. We acknowledge the unavoidable destiny of our divine attainment and deliverance to be a Holy People, as undeniable and in due time.

The applications of the 14th and 15th Amendments are reconstructed and established forms of Government designed to be destructive to these ends. Six scores and ten years of enforcement of these laws lay bear an unbroken history of iron-hand oppression, which remain unchanged and proven that descendants of West Africans will never be free while woven into the fabric of European Jurisprudence which has threads of nationalism and neocolonialism.

The United States of America, with Her Great Congressional 13th Amendment of 1865, Abolished the Institution of Slavery, which in fact repealed and did rescind wholly all Slaves, Slave Masters and Slave Names of said Institution. Albeit contrived and did willfully Assumed Jurisdiction over the comatose Ex-Slaves and extended its powers, through the Clause "All Persons Born", referring solely to the reestablishing the institutions of Negro, Black, Colored Chattel and other Commercial Properties, as used in the 14th Amendment. This wrongful, willful Act intentionally abused Congressional Powers of a free National Government and alone buried the Ex-Slaves in the shallow grave of Ex Post Facto Laws of its 14th and 15th Amendments. Therefore, today the U.S. courts, through the Several Corporate States, still owns and have assumable jurisdiction of all such Denationalized Persons, clearly certified by the States, at live birth as Negro, Blacks and Colored, etc.

The U.S. 14th Amendment uses the term "Person" to diffuse the "3/5 clause" of its Constitution (Art 1-Sec3) and was written strictly applicable to slaves and Ex-slaves, misnomer Negroes, Colored Folks, Black People, etc. Under Color of Law, this document gives the United States clear title and ownership to said persons, as property, and evinces Assumable Jurisdiction over the automatism of fallen humanity. The 14th Amendment was ratified in full knowledge it would perpetuate all so-called Negroes, as an undeclared and wretched People, to remain alienated and separated from the Human Family. This mandates the Ex-slaves into an unconscious act of Voluntary Enthrallment by clinging to those Names and Principles that delude to slavery. As long as the Ex-slaves accept the Slave Labels of Negro, Black and Colored People, that has been Certified upon their decree of live birth by the States wherein they were born, then they will live the life of a Slave, bearing names that delude to slavery, yet not knowing they have been Denationalized to the status of Slaves.

Yet neither the United States nor any other Sovereign power have established lawful jurisdiction over the Clean and Pure Nation of Moorish Americans. Nay, neither written nor assumed nor will such jurisdiction over the subject matter be surrendered, given or hypothesized. Whereas, the above decree of Hostage Making can have no jurisdictional bearing upon the Clean and Pure Nation of Moorish Americans. The United States of America is now being called forth, with its Congressional powers as handed down in the last Clauses of the Reconstruction Amendments, before the International Bar of Indigenous Peoples and League of United Nations For Human Rights, in light of the full Constitutional Body of Laws and Principles for which it stands, to answer this proper Federal Question and lawful challenge, to demonstrate The United States of America cannot muster adjudication to this hereby great National ADVERNMENT OF JURISDICTION:

## AFFIDAVIT IN SUPPORT

The underlined statements are true, complete and correct to the best of my knowledge and ability. On 9th day of January a hearing is requested by third party intervener Edward Everett Brown, Jr. on behalf of and for EDWARD EVERETT BROWN, JR., where an indemnity bond was filed into the court, therefore, indemnifying this judge and this case. Up to this point, it has not been honored or case settled. This has placed this court and the U.S. Prosecutor in dishonor. At this time I will afford this court and the U.S. Prosecutor the opportunity to cure the dishonor by requesting a Bond Hearing for a second time and restate my offer as presented in the first request. That states: NOW COMES Edward Everett Brown, Jr. Third Party Intervener/Offer for EDWARD EVERETT BROWN, JR. and do hereby accept for value and return the same for said bond and offers as terms and conditions, my personal recognizance in "exchange" for the waiver of the public filing fee for said bond.

Upon acceptance of this offer I do not anticipate contesting any of the facts in the charging instrument, Should you elect to accept my offer I request the court accept my exemption in "exchange" for the discharge of the bond to me, with the offer accepted, I will accept for value the court's dishonor in this matter and request the court settle and close the accounting on all sides and Edward Everett Brown, Jr. be released/setoff.

_____
Authorized Representative
Secured-Party, UCC1-308, Without Recourse

_____
Witness

_____
Witness

_____
Witness




UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
        Plaintiff         )
vs.
                                 )
EDWARD EVERETT BROWN                 Case No. **06-295**
                                 )
        Defendant        )

Edward Everett Brown                 )
(injured third party intervenor)     )

---

## LETTER ROGATORY

The President of the United States of America, to any judge, LT. Governor or tribunal having jurisdiction of criminal causes, at District of Columbia , in the United States.

Whereas, a certain suit is pending in our District Court of the United States for the District of Columbia. I, Ambassador/Diplomat Edward Everett Brown Jr. (Diplomatic Apostille # **200324, 175034**) under appointment via The Republic of Maryland is deemed inviolable and protected under the US Treaties and Other International Agreements –Multi Diplomatic Relations April 18 1961, 23 UST 3227-3250 .United Nations Conference on Diplomatic Intercourse and Immunities. Vienna Convention On Relations, Entered into Force with Respect to the United

States of America December 13, 1972...By the President of the United States of America. The following Articles are now Public Record and in Full Effect for the above Ambassador/Diplomat. 1. Article 29 Diplomatic Immunity not be arrested nor detained under any circumstances, and to be protected against any attack on his person, freedom and dignity.

In the Matter of Case number 06-295 and Bond number EEBJ-000117-RB 715 569 680 US, I have continued to be in honor of all presentments by acceptance and return. This case has been bonded and accepted by the principal on behalf of the legal fiction. In my fiduciary capacity all obligation for the fiction has been discharged by me as Authorized Representative and Attorney In Fact. As the principal within this case I previously Issued an Indemnity bond that indemnified your honor and the honor of this court in these proceedings and this indemnification was issued in good faith and with clean hands. The indemnifying power of these documents is enforced when all parties remain in honor. I have continued my honorable position and now I have reservations that honor is not the priority of this court, nor judge.

Have I not continued to express to the court by my acceptance that I am not the DEFENDANT, nor am I the surety for any bond that was or was not issued by this court against the legal fiction, and have not seen any evidence that disputes the claim and proves the opposite. Should this court or Judge chooses to force me into a jurisdiction that is foreign to me then I will have not choice but to revoke the

indemnity bond that covers the Judge in this matter and begin the process of reporting all theft of bonds to CID ( Criminal Investigation Department-Treasury/IRS).  At this time I am hereby assuming that the DEFENDANT is guilty and he must surrender himself as the surety for any alleged crimes.  Please find enclosed Certificate of Live Birth as the surrendering of the real DEFENDANT, the legal fiction known as and represented on all court documents as EDWARD EVERETT BROWN JR.  The flesh and blood man , known as, Edward Everett Brown Jr. injured third party intervenor is innocent of any and all charges.

_____
Witness

_____
Witness

_____
Witness

_____
Attorney-in-Fact (UCC 3-419;
Accommodating party  UCC-1-308
Secured Party), Without Recourse,
Sui Juris Creditor,

# AFFIDAVIT OF JUDICIAL COMMERCIAL CONTRACT

EDWARD EVERETT BROWN, JR.©®

December 9, 2007

IN THE CLERK OF COURT AND
CHIEF JUDGE THOMAS F. HOGAN
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

RE: Case 06-295

For the record, on the record, let the record show. JUDGE the word bench in Latin means Bank you work for the Bank and your Court Room is your private business and for Bar card members and DEFENDANTs only.

For the record, on the record, let the record show. I, the Secured Party, is the real flesh and blood not a DEFENDANT or a BAR card holder, but the holder-in-Due-Course Creditor.

For the record, on the record, let the record show by and through the Secretary of State for the State of MARYLAND the Secured Party is the Creditor an Autochthon Moor. Secured Party for the name you hold in question in this Matter. I am not a defendant nor I am a Bar card member.

The cost to have me in your court room and jail will be One Million Dollars $1,000.000.00, per visit and per day incarceration.

The real flesh and blood man will not enter by free will but under 911 Terrorists acts of Threats, Duress and Coercion for my life and family.

For the record, on the record, let the record show that the real flesh and blood man, Edward Everett Brown, Jr., is innocent of any and all charges!

The Secured Party request a dismissal of all commercial charges, because this court is indemnified by private indemnity bond and accept for value in exchange for discharge and closure of all rulings of this court and purge all contempt by surrendering the DEFENDANT, EDWARD EVERETT BROWN JR., by way of Certificate of Live Birth.

Attorney-in-Fact (UCC 3-419) (UCC1-308)
Secured-Party Creditor

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ____4____ day of December, 2007, a copy of this Request for Hearing or Proceeding was mailed, postage paid to:

CHIEF JUDGE THOMAS F. HOGAN
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001

NANCY MAYER-WHITTINGTON
CLERK OF COURTS
UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001

_____
Attorney-in-Fact, Third Party Intervener
UCC - 3-419, Accommodating Party

12-04-07
Date

# CERTIFICATE OF LIVE BIRTH
## COMMONWEALTH OF VIRGINIA
### DEPARTMENT OF HEALTH, BUREAU OF VITAL STATISTICS

Registration District No. _____  Registered No. 10337-145 57 079384

**1. PLACE OF BIRTH**
- a. COUNTY: _____
- Magisterial District: _____
- b. CITY OR TOWN: Richmond
- c. FULL NAME OF HOSPITAL OR INSTITUTION: Richmond Community Hospital
- d. IS PLACE OF BIRTH INSIDE CITY OR TOWN LIMITS? YES ☒ NO ☐

**2. USUAL RESIDENCE OF MOTHER**
- a. STATE: Virginia
- b. COUNTY: _____
- c. CITY OR TOWN: Richmond
- d. STREET (If Address): _____
- e. IS RESIDENCE INSIDE CITY OR TOWN LIMITS? YES ☒ NO ☐
- FARM? YES ☐ NO ☒

**3. CHILD'S NAME** (If child is not yet named, leave blank.)
- a. (First): Edward
- b. (Middle): Everett
- c. (Last): Brown Jr.

**4. SEX:** Male 3
**5a. THIS BIRTH:** SINGLE ☒ TWIN ☐ TRIPLET ☐
**5b. IF TWIN OR TRIPLET (This child born):** 1ST ☐ 2ND ☐ 3RD ☐

## FATHER OF CHILD
**7. FULL NAME**
- a. (First): Edward
- b. (Middle): Everett
- c. (Last): Brown
**8. COLOR OR RACE:** Negro
**9. AGE (At time of this birth):** 23 YEARS
**10. BIRTHPLACE (State or foreign country):** Virginia
**11a. USUAL OCCUPATION:** Salesman
**11b. KIND OF BUSINESS OR INDUSTRY:** _____

## MOTHER OF CHILD
**12. FULL MAIDEN NAME**
- a. (First): Ann
- b. (Middle): _____
- c. (Last): Christian
**13. COLOR OR RACE:** Negro
**14. AGE (At time of this birth):** 21 YEARS
**15. BIRTHPLACE (State or foreign country):** James City, VA
**16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER (Do NOT include this child)**
- a. How many OTHER children are now living?: 1
- b. How many OTHER children were born alive but are now dead?: 0
- c. How many children were stillborn (born dead after 20 weeks pregnancy)?: 0

**17. INFORMANT:** Mrs. Ann C. Brown

I hereby certify that this child was born alive on the date stated above at 11:40 A.M.

**18a. SIGNATURE OF ATTENDANT:** William Feeling
**18b. ATTENDANT AT BIRTH:** M.D. ☒ MIDWIFE ☐ OTHER (Specify) ☐
**18c.** 1
**18d. DATE SIGNED:** _____

**19. DATE RECEIVED BY LOCAL REGISTRAR:** Dec. 10-1957
**20. REGISTRAR'S SIGNATURE:** _____
**21. SUPPLEMENTAL INFORMATION:** _____

---

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the State Department of Health, Richmond, Virginia.

APR 11 1983

Date Issued

*Russell E. Booker, Jr.*

RUSSELL E. BOOKER, JR., State Registrar

ANY REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY STATUTE. DO NOT ACCEPT UNLESS ON SAFETY PAPER WITH THE VITAL STATISTICS SEAL CLEARLY IMPRESSED.

Section 32.1-272, Code of Virginia, as Amended.

*Accepted for Value*





## IN ADMIRALY

### 28 U.S.C. §1391(a) and 1406(a)

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff in Error ) | |
| vs. ) | Sui Juris Litigant moves |
| ) | WRIT OF DISCOVERY |
| ) | REQUEST FOR DEBT VALIDATION |
| EDWARD EVERETT BROWN, JR.©® ) | ACCESSMENT |
| ) | Case No. **06-295** |
|     Defendant in Error ) | |

## WRIT OF DISCOVERY

NOW COMES Edward Everett Brown, Jr., Third Party Intervener/Offer for EDWARD EVERETT BROWN, JR., pursuant to 27 CFR 72.11 does hereby request a validation of debt regarding the above styled case with presentment from the Original Charging Instrument that was Accepted For Value and Returned for Settlement and Closure timed stamped and accepted into the Court record and in the docket. Silence is

WRIT OF DISCOVERY
                1 of 2      RE: EDWARD EVERETT BROWN, JR.
                                          CASE NO. 06-295

1  acquiescence to offer.

2  *Edward Everett Brown Jr.* [signature]

3  _____

  Edward Everett Brown, Jr.

4

5  COUNTY OF ANNE ARUNDEL    )         ss

6  STATE OF MARYLAND         )

7

8  On the  11  day of  June  , 2007, before me Edward Everett Brown,

9  Jr., personally known to me (or proved to me on the basis of

10 satisfactory evidence of identification) to be a person whose name is

11 subscribed to the within this document.

12 Witnessed, my hand and official seal.

13

14 [signature] _____

15 NOTARY                    SHEILA M. BOSS
                            NOTARY PUBLIC STATE OF MARYLAND
                            My Commission Expires February 1, 2008

16 My commission Expires:_____

17

**WRIT OF DISCOVERY**

2 of 2                    RE: EDWARD EVERETT BROWN, JR.
                              CASE NO. 06-295



# The State of Maryland

### Office of the Secretary of State

**I, Dennis C. Schnepfe, Interim Secretary of State of Maryland,** under and by virtue of the authority vested in me by Section 7-106 of the State Government Article of the Annotated Code of Maryland, Do Hereby Certify that

### Robert P. Duckworth

who has made and signed the attached certificate, was on the date thereof, the duly elected and qualified Clerk of the Circuit Court for Anne Arundel County whose official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.



**In Testimony Whereof**, I hereunto set my hand and have caused to be affixed the official seal of of the Secretary of State, at Annapolis, this 11th day 2007 of June, in the year of our Lord.

*Dennis C. Schnepfe*

*Interim Secretary of State*

No. 85376

**State of Maryland, Anne Arundel County, Sct.**

**I, ROBERT P. DUCKWORTH,** Clerk of the Circuit Court for Anne Arundel County, Maryland, a court of record, do hereby certify that **Sheila M. Boss** was a commissioned/appointed and qualified Notary Public commencing on the 4th day of February, 2004.

**In Testimony Whereof,** I have hereunto set my hand and affixed the seal of the court this 11th day of June, 2007.

*Robert P Duckworth*

**Robert P. Duckworth, Clerk**
**Circuit Court for Anne Arundel County, Maryland**

# CERTIFICATE OF SERVICE

On <u>June 11, 2007</u> I mailed to:

       DIANE LUCAS
       PROSCUTING ATTORNEY
       555 4TH STREET NW
       WASHINGTON, DC 20530

the papers identified as:

1. **COPY WRIT OF DISCOVERY**
2. **CERTIFICATE OF SERVICE**

by mailing them in a pre-paid envelope, addressed to the recipient named above, bearing First Class USPS Mail for Edward E. Brown, Jr.

My mailing location is:

_____

I am over the age of 18 and not a party to the transaction regarding the papers I mailed.

Dated: <u>June 11, 2007</u>

<u>William Green</u>         *[signature]*
Printed Name                Signature