UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v.   ) | Criminal No. 06-295 (TFH) |
| ) | |
| ) | |
| EDWARD EVERETT BROWN, JR.,   ) | |
| ) | |
| Defendant.   ) | |

### ORDER

Pending before the Court is [Dkt. # 63] Defendant's Motion for a New Trial. In accordance with the accompanying Memorandum Opinion issued herewith, it hereby is

**ORDERED** that Defendant's Motion for a New Trial [63] is **DENIED**.

**SO ORDERED**.

February 27, 2008

Thomas F. Hogan
Chief Judge

1