HONORABLE THOMAS F. HOGAN, UNITED STATES CHIEF JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
**FEB 27 2008**
Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-295-01</u> |
| vs. | : | |
| BROWN, Jr., Edward | : | Disclosure Date: <u>January 11, 2008</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____            _____
**Prosecuting Attorney**                                                **Date**

**For the Defendant**
(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    (X)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*UCC 1-308 WITHOUT RECOURSE*
*Secured Party*  1-25-08
**Defendant**    **Date**                              **Defense Counsel**    1-25-08   **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **January 25, 2008**, to U.S. Probation Officer **Deborah A. Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Gennine A. Hagar, Chief
       United States Probation Officer

Receipt and Acknowledgment                                          Page 2

Defendant contends that under Application Note No. 19, USSG § 2B1.1(b)(iii)(C), the computed offense level substantially overstates the seriousness of the offense and that a far lower sentence is appropriate. Counsel will submit a memorandum to the court describing in detail why the offense conduct falls outside the guideline range and, additionally, why the enumerated factors under 18 USC 3553(a) require a much lower sentence.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 1-25-08

Jan 28 2008 12:51PM  HP LASERJET FAX                    347-1999           p.1

EDWARD C. SUSSMAN, ESQ.
Attorney at Law
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

# FACSIMILE

TO:  DEBORAH STEVENS PANZER

RE: UNITED STATES V. BROWN

CR. NO. 06-295

2 PAGES PLUS COVERSHEET

Could you please email me those letters you received from family. Edwardsussman@yahoo.com thanks ed