UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA             :

v.                                   :    CR. NO. 06-295 (TFH)

EDWARD E BROWN, JR.                  :

NOTICE OF APPEAL

**FILED**
**FEB 29 2008**
Clerk, U.S. District and
Bankruptcy Courts

*Name and Address of Appellant*: Edward E. Brown, Jr., DCDC No. 316-976, D.C. Jail, 1901 D Street, S.E., Washington, D.C. 20003.

*Name and Address of Defense Counsel*: Edward C. Sussman, Suite 900, 601 Pennsylvania Avenue N.W., Washington, D.C. 20004.

*Offenses*: 18 U.S.C. §1344, §514

*Concise Statement of Judgment*: Defendant sentenced to serve six months in jail, imposed on February 27, 2008, following his conviction at trial for the offense listed above.

February 27, 2008          _Edward Brown / ECS_
Date                        Appellant

                            _Edward C. Sussman_
                            Edward C. Sussman No. 174623
                            Attorney for Appellant

CJA , NO FEE __X__

Does counsel wish to appear on appeal?    Yes
-

This appeal is pursuant to the Criminal Justice Act and the Sentencing Reform Act of 1984.

1

Transcripts have not been ordered.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 27th day of February 27, 2008 by first class mail, on AUSA Diane Lucas, 555 4th Street N.W., Washington, D.C. 20530.

_____
Edward C. Sussman